Theresa Schultz
March 04, 2020                                          1

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                  McALLEN DIVISION

 3   ROBERT "BOBBY" FLORES,      §
                                 §
 4          Plaintiff,           §
                                 §
 5       vs.                     §    Civil Action No.
                                 §    7:18-CV-00027
 6   HONEYWELL SAFETY PRODUCTS,  §
     USA, INC.,                  §
 7                               §
            Defendant.           §
 8   **************************************************

 9              VIDEOTAPED DEPOSITION

10              THERESA SCHULTZ

11                MARCH 4, 2020

12   **************************************************

13        VIDEOTAPED DEPOSITION OF THERESA SCHULTZ,

14   produced as a witness at the instance of the

15   Plaintiff and duly sworn, was taken in the

16   above-styled and numbered cause on March 4, 2020,

17   from 2:00 p.m. to 6:38 p.m., before Kara Dickinson,

18   reported by computerized stenotype machine at the

19   offices of Royston, Rayzor, Vickery & Williams, LLP,

20   8200 West IH-10, Suite 320, San Antonio, Texas 78230,

21   under Rules 30(b)(2)(A) of the Federal Rules of Civil

22   Procedure and the provisions stated on the record or

23   attached hereto.

24

25
```

Theresa Schultz
March 04, 2020                                        2 to 5

Page 2

```
1         A P P E A R A N C E S
2
3  FOR THE PLAINTIFF
4      LAW OFFICE OF EZEQUIEL REYNA, JR., L.L.P.
       Edward L. Ciccone
5      702 W. Expressway 83, Suite 100
       Weslaco, Texas 78596
6      956-968-9556
       elciccone@gmail.com
7
8
9  FOR THE DEFENDANT
10     ROYSTON, RAZOR, VICKERY & WILLIAMS, L.L.P.
       Javier Gonzalez
11     55 Cove Circle
       P.O. Box 3509
12     956-542-4377
       javier.gonzalez@roystonlaw.com
13
14     MIRANDA, SAMBURSKY, SLONE, SKLARIN, VERVENIOTIS,
       L.L.P.
15     Neil L. Sambursky
       240 Mineola Boulevard
16     Mineola, NY 11501
       (516) 408-5408
17     nsambursky@pmtlawfirm.com
18
19
20     ALSO PRESENT:  Videographer
21
22
23
24
25
```

Page 3

```
1         EXAMINATION INDEX
2  THERESA SCHULTZ                              Page
3      Examination by Mr. Ciccone                4
4      Examination by Mr. Gonzalez             206
5      Examination by Mr. Ciccone             206
6              EXHIBITS
7  Exhibit 1 - Howard Leight Logo              19
8  Exhibit 2 - Chapter 13 Hearing Conservation Manual  45
9  Exhibit 3 - Video of Ms. Schultz            51
10 Exhibit 4 - Video of Ms. Schultz            59
11 Exhibit 5 - 2010 Sperian PowerPoint         89
12 Exhibit 6 - 2013 Ms. Schultz Paper          96
13 Exhibit 7 - USA Shooting Team Webpage       109
14 Exhibit 8 - National Shooting Sports Foundation
15         Safety Video                        116
16 Exhibit 9 - Photos of Box of Shooters Earplugs  118
17 Exhibit 10 - Photos of Box of MAXX Earplugs  123
18 Exhibit 11 - Photos of Tub of Shooters Earplugs  124
19 Exhibit 12 - Michael & Associates 2003 Report  136
20 Exhibit 13 - 2015 Ms. Schultz ISHN Paper    146
21 Exhibit 14 - (Video not played - not attached)
22 Exhibit 15 - Proposed EPA Rule Change       155
23 Exhibit 16 - EPA Webpage                    169
24 Exhibit 17 - 2018 Affidavit and Report      174
25 Exhibit 18 - NHCA Publication               56
```

Page 4

```
1              EXHIBITS
2                                              Page
3  Exhibit 19 - Bill Murphy Article            75
4  Exhibit 20 - 2009 NIOSH Alert               81
5  Exhibit 21 - January 2010 NIOSH publication  86
6  Exhibit 22 - Position Paper on Recreational
7          Firearms Noise                      101
8  Exhibit 23A - Abstract                      103
9  Exhibit 23B - ISHN Article                  154
10 Exhibit 24 - January 2014 Scott Lake Article  184
11 Exhibit 25 - (Exhibit No. skipped)
12 Exhibit 26 - Hearing Conservation Manual
13         5th Edition                         204
14 Exhibit 27 - List of Exhibits               204
15
16
17
18 Reporter's Certification                    209
19
20
21
22
23
24
25
```

Page 5

```
1         P R O C E E D I N G S
2      THE VIDEOGRAPHER:  Today's date is
3  March 4th, 2020.  The time now is 2:10 p.m.  We are
4  on the record.
5              THERESA SCHULTZ,
6  having been first duly sworn, testified as follows:
7              EXAMINATION
8      Q.  (BY MR. CICCONE) Ma'am, would you state
9  your name for us, please.
10     A.  My name is Theresa Wise Schultz.
11     Q.  And I understand that you're a retired Air
12 Force officer?
13     A.  Yes, I am.
14     Q.  And during this deposition, may I show you
15 the respect that I think that you've earned by
16 addressing you by your rank?
17     A.  You may.  I haven't had that in a while, so
18 I enjoy it.
19     Q.  Very well, Colonel.  Colonel, are you from
20 Texas?
21     A.  I am.
22     Q.  And tell me where in Texas that you were
23 born?
24     A.  I was born in Jacinto City, Texas.
25     Q.  And did you go to high school in Texas?
```

Theresa Schultz
March 04, 2020                                         6 to 9

Page 6

1     A.  I did.
2     Q.  And tell me what year you graduated?
3     A.  1976.
4     Q.  And do you have a bachelor in science in
5  communications disorders from the University of Texas
6  at Austin?
7     A.  I do.
8     Q.  And when did you get that BS?
9     A.  1981.
10    Q.  And do you have also have a master's in
11 audiology from the University of Texas?
12    A.  1983, yes.
13    Q.  Okay.  And then you got a PhD in hearing
14 science from Ohio State?
15    A.  The Ohio State University.
16    Q.  The Ohio State University.  And tell me
17 when you got your PhD.
18    A.  1995.
19    Q.  What was the title of your dissertation?
20    A.  Oh, boy, title, title?
21    Q.  What was the dissertation about?
22    A.  It was basically looking at standard
23 threshold shift definitions and comparing them in
24 military hearing conservation data analytics.
25    Q.  And, Colonel, when you wrote that

Page 7

1  dissertation, were you already in the military?
2     A.  I was.
3     Q.  And did the Army, I think you were in the
4  Army initially, did the Army send you to get that
5  dissertation or pay for your education in that
6  regard?
7     A.  I was in the Air Force at the time, and
8  they did pay for my education.
9     Q.  Colonel, tell me what got you interested in
10 audiology.
11    A.  I was going to school at the University of
12 Texas as a music major and realized that music was
13 not for me.  And so my sister was actually working at
14 The School for the Deaf in Austin and I became
15 interested in sign language.  So I took a basic
16 communications disorders class where they talked
17 about deaf education and speech pathology and
18 audiology.  And when they talked about audiology, it
19 sort of sparked some interest, and went into it from
20 there.
21    Q.  And I understand that you began your career
22 in hearing conservation as it an audiologist for the
23 U.S. Army?
24    A.  I did.  I was in the Army for three years.
25    Q.  Okay.  And tell me where you were stationed

Page 8

1  during that time.
2     A.  Fort Riley, Kansas.
3     Q.  And tell me what your responsibilities were
4  during the three years that you were in the Army?
5     A.  As an audiologist in the Army, we split our
6  time between clinical work doing diagnostic hearing
7  evaluations and hearing aid fittings and hearing
8  conservation work preventing noise induced hearing
9  loss in the troops that we're responsible for.
10    Q.  And you then went into the Air Force?
11    A.  Yes.
12    Q.  And you served in the Air Force for 18
13 years?
14    A.  That's correct.
15    Q.  And you retired from the Air Force in 2004?
16    A.  That's correct.
17    Q.  And, Colonel, while you were in the Air
18 Force were you twice recognized as outstanding
19 audiologist of the year?
20    A.  I was.
21    Q.  And how many audiologists does the Air
22 Force have?
23    A.  It changes over time, anywhere between 30
24 and 45.
25    Q.  And so out of those 30 or 45 audiologists,

Page 9

1  the Air Force recognized you as the No. 1 audiologist
2  two years in a row?
3     A.  Not in a row.
4     Q.  And tell me did you receive an award that's
5  known as the Elizabeth Guild Award for Contributions
6  to Military Hearing Conservation?
7     A.  I did.
8     Q.  And what year did you receive that award?
9     A.  It's on my wall.  I should know that.  As a
10 matter of fact, I really don't remember the year.
11    Q.  Well, certainly before 2004?
12    A.  It was.
13    Q.  Okay.  Now, Colonel, you used a term while
14 you were discussing your Army career, and that term
15 was "noise induced hearing loss".  Okay.  And I want
16 you to define them for us in terms that,
17 perhaps, laypeople like us can understand.  Can you
18 define it for us, please.
19    A.  Define noise induced hearing loss.  It's a
20 hearing loss that is caused due to hazardous levels
21 of noise.
22    Q.  Okay.  And does noise induced hearing loss,
23 what part of the hearing organ does this damage
24 affect?
25    A.  Generally, it affects structures in the

Theresa Schultz
March 04, 2020                                    10 to 13

Page 10

1    inner ear.
2        Q.  And this would be the cochlea?
3        A.  That's correct.
4        Q.  And the little hairs in side the cochlea?
5        A.  Little cells with hairs on top of them,
6    yes, sir.
7        Q.  And these can be permanently damaged by
8    excessive noise?
9        A.  They can be.
10       Q.  Okay.  And, Colonel, with respect to
11   military personnel, is noise induced hearing loss an
12   occupational hazard to those personnel?
13       A.  I'm sorry.  Say the first part of the
14   sentence again.
15       Q.  With respect to Army personnel, military
16   personnel in general, is noise induced hearing loss
17   an occupational hazard for those people?
18       A.  It is.
19       Q.  And in terms of the scale of the problem,
20   can you describe that for us, please.
21           MR. GONZALEZ:  Objection form.
22       Q.  (BY MR. CICCONE) Is it a -- is it a -- You
23   can answer the question if you understood it.
24       A.  Yes.  Say it again.
25       Q.  Is it a problem that you consider to be a

Page 11

1    serious problem?
2            MR. GONZALEZ:  Object to form.
3            You can still answer.
4            THE WITNESS:  I don't know that my
5    opinion on it is all that important.  But, yes,
6    people do get noise induced hearing loss in the
7    military, and it is recognized.
8        Q.  (BY MR. CICCONE) Does it affect a
9    significant number of people in your opinion?
10           MR. GONZALEZ:  Object to form.
11           THE WITNESS:  Again, define
12   "significant".
13       Q.  (BY MR. CICCONE) Well, in terms of
14   percentage, do you have any idea of the percentage of
15   military people who experience a noise induced
16   hearing loss in connection with their military
17   service?
18       A.  It changes, that percentage changes over
19   time and from services to service and -- It varies.
20       Q.  Does the government pay money to veterans
21   who have experienced noise induced hearing loss as a
22   result of their military service?
23       A.  There is a process in the Veterans
24   Administration for people who have been received
25   hearing loss and think that it's from their military

Page 12

1    service and filed for compensation.
2        Q.  And you do you have any idea approximately
3    how much money the government pays to veterans who
4    have experienced noise induced hearing loss as a
5    result of their military experience each year?
6            MR. GONZALEZ:  Object to the form.
7            THE WITNESS:  I don't know the number
8    off the top of my head.
9        Q.  (BY MR. CICCONE) Is it in the hundreds of
10   millions?
11           MR. GONZALEZ:  Object to form.
12           THE WITNESS:  I would say to find that
13   information -- I'd need to look it up.
14       Q.  (BY MR. CICCONE) Very well.  Now, Colonel,
15   after you retired from the Air Force in 2004, did you
16   work for a company called Sonomax?
17       A.  I did.
18       Q.  Okay.  And tell me what kind of a business
19   Sonomax is.
20       A.  It was a startup company that had a fairly
21   novel custom hearing protector that could be filtered
22   to provide a target amount of hearing protection.
23       Q.  Where is that company located?
24       A.  Montreal, Canada.
25       Q.  And were you the vice president of

Page 13

1    professional operations?
2        A.  Yes.
3        Q.  And what were your responsibilities with
4    that company?
5        A.  To recruit and train people to be able to
6    make these custom hearing protectors.
7        Q.  And you worked there in Montreal, or did
8    you work somewhere else?
9        A.  I worked in the United States.
10       Q.  And how long did you work for Sonomax?
11       A.  About eight months.
12       Q.  Okay.  And after Sonomax, did you go to
13   work for NIOSH?
14       A.  Yes.
15       Q.  Okay.  And have I pronounced that
16   correctly, NIOSH?
17       A.  The National Institute for Occupational
18   Safety and Health.
19       Q.  And that's a federal agency?
20       A.  It is.
21       Q.  And, Colonel, is that part of the Center
22   for Disease Control and Prevention?
23       A.  Yes.
24       Q.  And does NIOSH work in tandem with OSHA?
25       A.  They do.  They are different agencies.

Theresa Schultz
March 04, 2020                                    14 to 17

Page 14

1  NIOSH does research and makes recommendations about
2  safety practices, and of course OSHA is under a
3  different part of the federal government, but they
4  are more the regulatory branch.
5      Q.  Okay.  And tell me whether or not NIOSH
6  provides any sort of leadership to prevent workplace
7  illnesses and injuries?
8      A.  Yes, they do.  That is their mission.
9      Q.  Right.  And at NIOSH were you a team leader
10  for hearing loss prevention?
11      A.  Yes, sir, I was.
12      Q.  And, Colonel, tell me what your
13  responsibilities were as a team leader at NIOSH.
14      A.  The NIOSH lab where I worked focused on
15  mining safety.  And so we did research and made best
16  practice recommendations for hearing loss prevention
17  in the mining industry.
18      Q.  And where was your office?
19      A.  Ins Pittsburgh, Pennsylvania.
20      Q.  And did you travel around or did you spend
21  most of your time there in Pennsylvania?
22      A.  Most of the time there.
23      Q.  Okay.  So you would have joined NIOSH,
24  what, about 2005, 2006?
25      A.  Yes, sir.

Page 15

1      Q.  And how long did you work for NIOSH?
2      A.  About two years.
3      Q.  And then after NIOSH, Colonel, did you go
4  to work for Sperian Protection?
5      A.  Yes.
6      Q.  And I've seen online, perhaps in a
7  biography, that you went to work for them in May of
8  2008.  Is that about right?
9      A.  Yes, that's correct.
10      Q.  Okay.  And at that time, Colonel, was
11  Sperian still owned by the French company called
12  Bacou?
13      A.  Yes, yes.
14      Q.  Okay.  Have I pronounced that correctly?
15      A.  Yes, you have.
16      Q.  Okay.  And am I correct that about two
17  years after you went to work for Bacou --
18      A.  Bacou-Dalloz is what it was called at the
19  time, but yes.
20      Q.  Right, Bacou-Dalloz.  Am I correct that
21  about two years after you went to work for -- we'll
22  just call them Bacou -- that Honeywell purchased
23  Sperian?
24      A.  That's correct.
25      Q.  Okay.  And Honeywell purchased Sperian

Page 16

1  while you worked for Sperian; is that correct?
2      A.  That is correct.
3      Q.  And so did you then become a Honeywell
4  employee?
5      A.  Yes, sir.
6      Q.  Even though you still did the same thing
7  that, I guess, you were doing before?
8      A.  Correct.
9      Q.  Okay.  I want to talk to you very briefly
10  about this gentleman Howard Leight.  Do you know who
11  Howard Leight is?
12      A.  Yes, I have met him.
13      Q.  Okay.  And Howard Leight, he's an inventor,
14  a businessman in California.  Do you know?
15      A.  Yes.
16      Q.  Okay.  And do you know approximately how
17  old he is?  If he's even still alive?
18      A.  He is still alive, as far as I know, and I
19  would guess around 70ish.
20      Q.  Okay.  I think he may be older than that,
21  but I'll trust your memory.
22          Did you ever meet Howard Leight's
23  father, whose name was Charles Leight?
24      A.  No, I never met him.
25      Q.  Okay.  He died, I think, in 2007 when he

Page 17

1  was 95.  Do you know whether Charles Leight and his
2  father, Howard, patented --
3      A.  You mean.
4      Q.  -- hearing protection devices?
5      A.  Okay.  You mean Howard Leight and his
6  father?
7      Q.  Yeah.  The father was named Charles.
8      A.  Oh, okay.
9      Q.  Okay.
10      A.  Okay.
11      Q.  Do you know if they patented hearing
12  protection devices?
13      A.  Yes.
14      Q.  Do you know how many they patented over the
15  years?
16          MR. GONZALEZ:  Object to form.
17          THE WITNESS:  No.
18      Q.  (BY MR. CICCONE)  Okay.  I've got patents
19  going back to 1954 by Charles Leight, Sr., and as
20  late as 2017 by Howard Leight.  Are you familiar at
21  all with any of the patents that either one of those
22  two men have registered?
23          MR. GONZALEZ:  Object to form.
24          THE WITNESS:  I'm not sure what you
25  mean by "familiar with the patents".

Theresa Schultz
March 04, 2020                                    18 to 21

Page 18

1       Q. (BY MR. CICCONE) Do you know what they did?
2   What kind of inventions they were?
3           MR. GONZALEZ: Object to form.
4           THE WITNESS: They were hearing
5   protectors.
6       Q. (BY MR. CICCONE) Do you know if they
7   patented hearing -- like earplugs?
8       A. Earplugs.
9       Q. And other devices as well, as far as you
10  know?
11      A. Banded hearing protection, yes.
12      Q. Okay. And when you were with Sperian,
13  where was your office?
14      A. I lived in Pittsburgh most of the time that
15  I worked for them and then moved to Texas.
16      Q. At any point did you ever live in
17  California?
18      A. I did not.
19      Q. Okay. So you worked, sort of, remotely for
20  them if their office was there in California?
21      A. Yes, sir.
22          MR. GONZALEZ: Let him finish his
23  question, then he's going to let you finish your
24  response. Okay?
25          THE WITNESS: Okay.

Page 19

1           MR. GONZALEZ: You caught him a little
2   bit on his question.
3           (Exhibit 1 marked)
4       Q. (BY MR. CICCONE) Now, Exhibit 1 is a --
5   what I think is the Howard Leight logo. Have you
6   ever seen that logo before?
7       A. Yes, sir.
8       Q. Okay. And do you -- do you know if the
9   person depicted in this logo is supposed to be Howard
10  Leight?
11      A. I don't really know if it is or not.
12      Q. Okay. But you've seen the logo before?
13      A. I have.
14      Q. And does it appear on various Honeywell
15  hearing protection products, as far as you know?
16      A. Yes.
17      Q. And are you familiar at all with any of the
18  Honeywell product line, for example, earplugs?
19      A. Yes.
20      Q. Okay. And how did you became familiar with
21  the product line?
22      A. As an employee of Howard
23  Leight/Sperian/Honeywell one of my jobs was to be
24  familiar with our product line and teach people about
25  hearing conservation and the use of hearing

Page 20

1   protectors.
2       Q. How many different models of earplugs does
3   Honeywell make, if you know?
4       A. I don't know the number off the top of my
5   head, but --
6           MR. GONZALEZ: Object to form.
7           THE WITNESS: -- several.
8       Q. (BY MR. CICCONE) Like more than five?
9       A. More than five.
10      Q. More than ten?
11      A. You want me to make a rough order of
12  magnitude guess?
13      Q. Well, just --
14          MR. GONZALEZ: Objection to form.
15      Q. (BY MR. CICCONE) -- give me your best
16  estimate, Colonel.
17          (Reporter clarification)
18      Q. (BY MR. CICCONE) Colonel, give me your best
19  estimate of the number of models of hearing --
20  earplugs -- earplugs that Honeywell manufactures and
21  markets?
22          MR. GONZALEZ: Object to form.
23          THE WITNESS: So models I would say,
24  20.
25      Q. (BY MR. CICCONE) And they also manufacture

Page 21

1   and market what we call earmuffs?
2       A. Yes.
3       Q. Are you familiar at all with that product
4   line?
5       A. Yes, sir.
6       Q. And we'll talk a little bit more about that
7   in a while. But do you have any estimate of the
8   number of different models of earmuffs that Honeywell
9   manufactures and markets?
10          MR. GONZALEZ: Object to form.
11          THE WITNESS: Both of the answers
12  change over time because the number of products
13  change over time. But again, a rough order of
14  magnitude for earmuffs would be maybe eight to ten
15  different kind.
16      Q. Okay. And tell me a little bit about
17  Honeywell. Is Honeywell a publically traded company,
18  as far as you know?
19      A. Yes, sir.
20      Q. And is the parent company Honeywell
21  International?
22          MR. GONZALEZ: Object.
23          THE WITNESS: Yes.
24      Q. (BY MR. CICCONE) And as far as you know,
25  does that company conduct its business through a

Theresa Schultz
March 04, 2020                                    22 to 25

Page 22

1    number of different subsidiaries?
2         MR. GONZALEZ:  Object to form.
3         THE WITNESS:  I'm not sure I'm the
4    right source for their business model.  But yes, they
5    do have divisions, yes.
6         Q.  (BY MR. CICCONE)  Right.  And I'm interested
7    in knowing whether you worked for the division that's
8    known as Honeywell Safety Products?
9         A.  It was known by that name at one point in
10   time.  The name changes as time changes.
11        Q.  Right.  And tell me, does that division,
12   did it sell personnel protection equipment, including
13   things like fall protection devices, eye protection,
14   respirators, and hearing protectors?
15        A.  Yes, sir.
16        Q.  Okay.  But you just worked with respect to
17   the hearing protection facet of that business, am I
18   right or wrong?
19        A.  Yes, sir.  For eight of -- eight and a half
20   of the eleven years that I worked there, I only
21   worked for the hearing protection part.
22        Q.  And, of course, that was your background,
23   that was your specialty?
24        A.  Yes, sir.
25        Q.  Right.  And tell me what your job

Page 23

1    description was during this 11 years that you worked
2    for Honeywell.
3         A.  My job description for the majority of that
4    time was hearing conservation manager, and -- so the
5    job description basically was to educate our
6    customers about hearing loss prevention, hearing
7    conservation, and best practices in those aspects.
8         Q.  Did you do this by yourself, or were there
9    other people at Honeywell that worked with you to do
10   that?
11        A.  We had a team of audiologists and marketing
12   managers and other folks that worked on that, yes,
13   sir.
14        Q.  And, Colonel, did you work with anybody at
15   Honeywell with respect to designing the products that
16   Honeywell was marketing for hearing protection?
17        A.  No, that was not within my scope.
18        Q.  Did you work with anybody with respect to
19   testing the hearing protectors that company was
20   marketing during the time that you worked there?
21        A.  That was not my job description either.
22        Q.  Did you -- did you work with anyone at
23   Honeywell with respect to the labeling of the
24   products that Honeywell was marketing during the
25   period of time that you worked there?

Page 24

1         A.  That was not within my job description.
2         Q.  Do you know who the people at Honeywell are
3    who are responsible for the product labeling with
4    respect to hearing protectors?
5         A.  Yes, sir.
6         Q.  Can you name any names?
7         A.  It's changed over time.
8         Q.  Well, say, while you were there.
9         A.  It changed while I was there.
10        Q.  Say, at the end of your tenure at
11   Honeywell, can you name any of the people responsible
12   for labeling of the hearing protecting products?
13        A.  I would say the global product manager for
14   hearing was Charlotte Loomis.
15        Q.  And where was Charlotte located?
16        A.  In San Diego.
17        Q.  Did you ever meet her face-to-face?
18        A.  Yes.
19        Q.  Did you meet her face-to-face more than
20   once?
21        A.  Yes.
22        Q.  Did you ever work with her?
23        A.  Yes.
24        Q.  And work did you do with her?
25        A.  She would review documents that we were

Page 25

1    working on together.  We were a hearing conservation
2    team, so we -- several of us worked together to
3    review things that we wrote online, those sorts of
4    things.
5         Q.  What specific information would you provide
6    Charlotte to review?
7         A.  Often if we were writing an article for a
8    trade journal, Charlotte would be one of the people
9    who reviewed it, yes.
10        Q.  And what purpose would it serve her to
11   review your work?
12        A.  Another set of eyes.
13        Q.  Colonel, when did you leave Honeywell?
14        A.  In May of 2019.
15        Q.  Can I ask you the reason that you left?
16        A.  You can.
17        Q.  Why did you leave?
18        A.  There were several reasons.  The primary
19   reason was that Honeywell is a larger entity, had a
20   more strict work from home policy, and that just
21   didn't meet my ongoing needs.
22        Q.  And when you left in 2009, were you living
23   in San Antonio or somewhere else?
24        A.  2019.
25        Q.  2019.  I'm sorry.

Theresa Schultz
March 04, 2020                              26 to 29

Page 26

1     A.  No.  I lived in College Station, Texas.
2     Q.  And so there strict working from home
3  policy was at odds with what your priorities were at
4  the time?
5     A.  Correct.
6     Q.  Okay.  What are some of the other reasons
7  that you left?
8         MR. GONZALEZ:  Object to form.
9         THE WITNESS:  One reason was I had
10  always wanted to work at the Department of Defense
11  Hearing Center of Excellence, and a position became
12  available that I wanted to apply for.
13     Q.  (BY MR. CICCONE)  And, Colonel, tell me
14  where you're working now.
15     A.  At the DOD Hearing Center of Excellence.
16     Q.  That's here in San Antonio?
17     A.  Yes, sir.
18     Q.  Now, tell me what your job responsibilities
19  are.
20     A.  I'm the branch chief of prevention and
21  surveillance branch within the Hearing Center of
22  Excellence.
23     Q.  And what do you do on a day-to-day basis?
24     A.  I manage a team that does research and
25  educational activities and outreach to teach people

Page 27

1  about hearing loss prevention and hearing
2  conservation.
3     Q.  When you say "people", do you mean military
4  people or civilians as well?
5     A.  Mostly military members, that's our focus.
6     Q.  And on a day-to-day basis, do you go and
7  speak to groups of people?  Do you write papers?
8  Tell me what you do on a day-to-day basis.
9     A.  In my branch chief position, I primarily
10  manage people who write papers, and go speak to
11  people.
12     Q.  Do you travel around and give speeches or
13  seminars, or does most of your work happen here in
14  San Antonio?
15     A.  Most of my work is here in San Antonio.  I
16  do travel occasionally.
17     Q.  I want to talk to you a little bit about
18  some professional associations that I know that
19  you've been a member of, and perhaps you're still a
20  member of.  Colonel, am I correct that you were the
21  president of National Hearing Conservation
22  Association in 2007-2008?
23     A.  Yes, sir.  And I just took office as
24  president of the National Hearing Conservation
25  Association again this month, actually, last month.

Page 28

1     Q.  Voluntarily or involuntarily?
2     A.  Voluntarily.
3     Q.  Okay.  And you've been a member of that
4  organization for more than 30 years, have you not?
5     A.  Yes, sir.
6     Q.  And tell me, Colonel, what function does
7  that organization serve.
8         MR. GONZALEZ:  Object to form.
9     Q.  (BY MR. CICCONE) What does the organization
10  do?
11     A.  Their mission is to prevent hearing loss
12  from noise and other factors throughout all aspects
13  of society.
14     Q.  Okay.  Does -- where is it its office?
15     A.  In Westminster, Colorado, a suburb of
16  Denver.
17     Q.  What are your responsibilities as president
18  of the NHCA?
19     A.  NHCA.
20     Q.  What are your responsibilities?
21     A.  To serve as the leader at our meetings, to
22  basically keep the association healthy and running.
23     Q.  Is it a large organization in terms of --
24  Let me rephrase that.
25         How many members does that association

Page 29

1  have?
2     A.  Our current membership is probably in the
3  500 to 600 range.
4     Q.  And the people that are members, are they
5  audiologists people that are experience in hearing
6  conservation?  What kind of people belong to that
7  organization?
8     A.  Yes, sir, audiologists, industrial
9  hygienists, physicians, nurses, noise control
10  engineers, anyone concerned with noise induced
11  hearing loss.
12     Q.  And, Colonel, I also understand you were
13  the chair of the Council for Accreditation and
14  Occupational Hearing Conservation.  It's kind of a
15  mouthful, but is that in fact what you were?
16     A.  Yes, sir.
17     Q.  And tell me approximately when you were the
18  chair of that organization.
19     A.  Again, years.  I want to say 2009, 2010,
20  somewhere around there.
21     Q.  And tell me what that organization does.
22     A.  CAOHC is that acronym that we used for
23  that, CAOHC.  And that organization is a
24  certification body that trains and certifies course
25  directors, who then teach courses to hearing

Theresa Schultz
March 04, 2020                                    30 to 33

Page 30

1  technicians and those technicians are the people who
2  do audiometric testing in industry, in the military,
3  in occupational hearing conservation programs.
4      Q.  And, Colonel, does that organization
5  publish The Hearing Conservation Manual?
6      A.  It does.
7      Q.  And I have the 2017 edition, which
8  apparently the 5th edition.  And am I correct that
9  you were one of the editors of this fantastic manual?
10     A.  Thank you.  I did have the honor of
11 coediting that manual, yes?
12     Q.  And your co-editor was Thomas Hutchinson?
13     A.  Yes, sir.
14     Q.  Tell me a little bit about him.  Does he
15 have credentials that are somewhat similar to yours
16 in terms of experience, education?
17     A.  He does.  He's a retired Navy audiologist.
18     Q.  And, Colonel, approximately how long did it
19 take to put this 5th edition of this Hearing
20 Conservation Manual together?
21     A.  Too long, about four years.
22     Q.  And in addition to co-editing this 5th
23 edition, did you actually publish or write two of the
24 articles that are included in it?
25     A.  Yes.  I co-wrote two chapters.

Page 31

1      Q.  Right.  And that's chapter 13 and 14 of
2  this manual?
3      A.  I think so, yes, sir.
4      Q.  And in addition to what we discussed,
5  Colonel, are you a fellow in the American Academy of
6  Audiology?
7      A.  Yes, sir.
8      Q.  And tell me what that organization does.
9      A.  The American Academy of Audiology is
10 professional organization for audiologists that
11 certifies us, tests us to basically become
12 audiologists.
13     Q.  How long have you been a fellow in that
14 organization?
15     A.  A fellow since probably the late 1980s.
16     Q.  And are you also a certified member of the
17 American Speech Language Hearing Association?
18     A.  Yes, sir.
19     Q.  And what does that organization do?
20     A.  That is another professional organization
21 that certifies and basically continues our continuing
22 education units and those sorts of things for
23 audiologists.
24     Q.  Your a member of the Air Force Audiology
25 Organization?

Page 32

1      A.  Yes, sir.
2      Q.  And what does that organization do?
3      A.  It's the organization of Air Force
4  audiologists to promote what Air Force audiologists
5  do within the Air Force.
6      Q.  And in addition to these articles that we
7  discussed in this Hearing Conservation Manual,
8  Colonel, is it true that you published a number of
9  other articles on hearing conservation?
10     A.  Yes, sir.
11     Q.  And do you have any idea of the number of
12 articles that you've published over the years on
13 hearing conservation?
14     A.  No, sir, I've never counted.
15     Q.  Would it be more than 10?
16     A.  Yes, sir.
17     Q.  Would it be more than 20?
18     A.  Yes, sir.
19     Q.  Would it be more than 30?
20     A.  I don't know.
21     Q.  Okay.  In addition to publishing articles,
22 Colonel, have you spoken at conferences around the
23 country, perhaps even internationally, on hearing
24 conservation?
25     A.  Yes, sir.

Page 33

1      Q.  Have you spoken internationally?
2      A.  In Canada.
3      Q.  And in addition, have you traveled around
4  the country giving seminars on hearing conservation?
5      A.  Yes, sir.
6      Q.  Do you still do that?
7      A.  No, sir.
8      Q.  Colonel, explain to me if you can, why is
9  it important for people to try to conserve their
10 hearing?
11     A.  Gosh, why is it important for people to
12 see?  It's important because hearing is a precious
13 sense.
14     Q.  Colonel, once someone's hearing has been
15 damaged, does it ever come back?
16     A.  It can.
17     Q.  If it's been permanently damaged, is there
18 any way to bring it back?
19         MR. GONZALEZ:  Object to form.
20         THE WITNESS:  Not generally, no.
21     Q.  (BY MR. CICCONE) Colonel, I want you to
22 explain to us, there's an Environmental Protection
23 Agency, EPA, definition of excessive noise.  Do you
24 know what that definition is?
25     A.  The EPA's definition?

Theresa Schultz
March 04, 2020                                      34 to 37

Page 34

1    Q.  Yes, it's in a regulation.  Tell me how you
2  would define excessive noise.
3         MR. GONZALEZ:  Object, form.
4         THE WITNESS:  Various regulations
5  define excessive noise at different thresholds.  So
6  it depends on the jurisdiction, on how many people
7  you want to protect out of the population.  So it
8  depends I guess is the answer.
9    Q.  Well, give us some examples of some of the
10  regulations of some of the definitions of excessive
11  noise that you're familiar with?
12         MR. GONZALEZ:  Object to form.
13         THE WITNESS:  The Occupational Safety
14  and Health Administration, OSHA, has a definition of
15  hazardous noise being above 90 dBA for 8-hours a day.
16    Q.  (BY MR. CICCONE) Okay.  What does dBA mean,
17  doing business as?
18    A.  No, sir.  Decibels A-weighted.
19    Q.  That's measure of, what, sound pressure
20  level?
21    A.  Yes, sir.
22    Q.  Okay.  And I don't want to get too
23  technical or else we'll lose people.  But you're
24  saying that OSHA defines excessive noise as over 90
25  dBA over a period of how long?

Page 35

1    A.  Eight hours.
2    Q.  And, Colonel, is there a difference between
3  continuous noise and impulsive noise?
4    A.  Yes, sir.
5    Q.  And can you tell us, very generally, what
6  continuous noise is as compared to impulsive noise?
7    A.  Without getting very technical and keeping
8  it very simple, continuous noise is a noise that's
9  ongoing, like (demonstrating).  Impulse noise is a
10  noise that is very quick.  There are some definitions
11  of how quick it needs to be, but an example is
12  (demonstrating).
13    Q.  Do firearms produce continuous noise or
14  impulsive noise?
15    A.  Impulsive noise.
16    Q.  Okay.  And does the level of impulsive
17  noise that a firearm generates depend on a lot of
18  things, including the type of firearm, the caliber of
19  ammunition, and other factors as well?
20    A.  Yes, sir.
21    Q.  And can you give me the range of impulsive
22  noise that firearms can generate?
23         MR. GONZALEZ:  Object to form.
24         THE WITNESS:  Oh, boy.  Again, it
25  depends.  Are we talking about firearms from, you

Page 36

1  know, air guns to military weaponry?  Do we need
2  to -- it very much depends.
3    Q.  (BY MR. CICCONE) How about gunpowder-type
4  firearms?
5         MR. GONZALEZ:  Object to form.
6         THE WITNESS:  I'm not sure what that
7  means.
8    Q.  (BY MR. CICCONE) Have you written any
9  articles, Colonel, that survey the decibel range
10  impulsive noise that various firearms can produce?
11    A.  I have written an article that summarizes
12  some research that other researchers did looking at
13  impulsive noise and different ranges for recreational
14  firearms.
15    Q.  Okay.  And with respect to recreational
16  firearms, what was the range that you observed that
17  those firearms can produce?
18    A.  For that particular range of recreational
19  firearms, generally 120 decibel peak to 170-ish
20  decibel peak.
21    Q.  And, Colonel, what is the decibel level at
22  which hearing can become potentially damaged?
23         MR. GONZALEZ:  Object to form.
24         THE WITNESS:  It's a very individual
25  difference.  Some people are more tolerant to noise

Page 37

1  than others.
2    Q.  (BY MR. CICCONE) Give me the average.
3         MR. GONZALEZ:  Objection form.
4         THE WITNESS:  I'm not sure.  An
5  average of what?
6    Q.  (BY MR. CICCONE) The number that I've seen
7  in the literature and I'll show you the articles, and
8  we can discuss them.  140 decibel or more can
9  permanently damage a person's hearing.  Is that -- is
10  that a figure that you've seen or you're familiar
11  with?
12         MR. GONZALEZ:  Objection, form.
13         THE WITNESS:  Yes, it is.
14    Q.  (BY MR. CICCONE) And do you concur with
15  that range, that 140 decibels or more can damage a
16  person's hearing?
17         MR. GONZALEZ:  Object to form.
18         THE WITNESS:  It can.
19    Q.  (BY MR. CICCONE) Okay.  And you told us
20  that firearms can produce up to 170 decibels of
21  impulsive noise?
22    A.  Yes, it does.
23    Q.  And do you agree that 170 decibels is
24  certainly more than 140 decibels?
25    A.  Yes, sir.

Theresa Schultz
March 04, 2020                          38 to 41

Page 38

1    Q.  And do you agree that a person can
2  experience a noise induced hearing loss as a result
3  of unprotected exposure to a firearm?
4    A.  Yes, sir.
5    Q.  And, Colonel, based on your experience, can
6  a single unprotected exposure to a gunshot cause
7  permanent hearing damage?
8        MR. GONZALEZ:  Object to form.
9        THE WITNESS:  It depends.
10   Q.  (BY MR. CICCONE)  Okay.  Depends on what?
11   A.  The distance from the firearm, the distance
12  from the muzzle, the caliber, environment that you're
13  in, lots of variables.
14   Q.  What are some of the environmental factors
15  that will affect a person's risk of noise induced
16  hearing loss from a firearm's noise?
17   A.  Environmental factors?
18   Q.  Yes.
19   A.  I'm not sure if you consider how close the
20  person is to the firearm an environmental factor, but
21  that's one.
22   Q.  Well, let's talk about specifically an
23  indoor firing range.  Do you believe that somebody
24  that's on an indoor firing range is perhaps exposed to
25  a greater risk of noise induced hearing loss from

Page 39

1  unprotected exposure to gunfire noise than somebody
2  who may be outside?
3        MR. GONZALEZ:  Object to form.
4        (Reporter clarification)
5        THE WITNESS:  In general, yes.
6    Q.  (BY MR. CICCONE)  Why is that, Colonel?
7    A.  Why is it that indoor firing could be more
8  hazardous than outdoor?
9    Q.  Yes.
10   A.  Because of the way sound waves travel.
11   Q.  Can you articulate that a little bit more?
12   A.  In an outdoor environment, sound waves from
13  a noise continue to go outward.  In an enclosed
14  indoor environment, sound waves may reverberate
15  around the walls.
16   Q.  Colonel, based upon your years of
17  experience in this industry, do you believe that
18  people understand the importance of hearing
19  conservation to the extent that you believe that they
20  should?
21        MR. GONZALEZ:  Objection, form.
22        THE WITNESS:  I don't know that I can
23  speak for the general population.  But I think most
24  people have some understanding of the dangers of
25  noise induced hearing loss -- of high noise to your

Page 40

1  hearing.
2    Q.  (BY MR. CICCONE)  Has it been your
3  experience when addressing groups of people, perhaps
4  employees or at conferences, that people do not
5  appreciate how vulnerable they may be to noise
6  induced hearing loss from unprotected exposure to
7  noises?
8        MR. GONZALEZ:  Object to form.
9        THE WITNESS:  Yes.  It's possible
10  there are people that don't understand that.
11   Q.  (BY MR. CICCONE)  Well, Colonel, if
12  everybody understood it, then why do we need somebody
13  like you to give conferences and seminars and write
14  papers?
15        MR. GONZALEZ:  Object to form.
16   Q.  (BY MR. CICCONE)  Did you say "exactly"?
17  I'm sorry.  I didn't hear your answer.
18   A.  No.  I'm sorry.  I said, well, yes.  Yes.
19  I would like to think people knew, but yes, I've
20  spent my career telling people, and yes.
21   Q.  All right.  And, Colonel, we talked a
22  little early about there's different styles of
23  hearing protection device.  I think we mentioned
24  there's earplugs and there's earmuffs.  And there's
25  also electronic hearing protectors.  Are you familiar

Page 41

1  at all with those devices?
2    A.  Yes, sir.
3    Q.  Okay.  And that's really going to be beyond
4  the scope of the discussion, but I want to focus on
5  earmuffs and earplugs, if that's okay for the
6  purposes of the depositions.
7    A.  Yes.
8    Q.  And what I want to ask you specifically,
9  Colonel, is that has it been your experience over the
10  years that -- that some people don't wear hearing
11  protectors correctly or properly or appropriately?
12   A.  Yes, that happens.
13   Q.  Do you believe, Colonel, that a person has
14  to have some -- some basic skills to know how to wear
15  hearing protectors appropriately or properly or
16  correctly?
17        MR. GONZALEZ:  Objection, form.
18        THE WITNESS:  I'm not sure what "basic
19  skills" means.
20   Q.  (BY MR. CICCONE)  Well, this is a -- I think
21  that's a word you will have used in some of the
22  materials that we're going to look at.  What does
23  that word "basic skills" mean to you?
24        MR. GONZALEZ:  Object to form.
25        THE WITNESS:  Depends on a context.

U.S. LEGAL SUPPORT, INC
713-653-7100

Theresa Schultz
March 04, 2020                                              42 to 45

Page 42

1    Q.  (BY MR. CICCONE) Okay.  Well, say, in
2   general in an environment where there are laypeople
3   who are not audiologists like you, what basic skills
4   do you think people would need in order to know how
5   to wear hearing protection appropriately?
6           MR. GONZALEZ:  Object to form.
7           THE WITNESS:  What basic skills would
8   somebody need?  Maybe the ability to read and follow
9   directions if they haven't worn a hearing protection
10  for before.  The ability to use their hands to
11  manipulate something.
12   Q.  (BY MR. CICCONE) I want to -- Let me
13  briefly talk to you about earmuffs because we're
14  going to focus most of our discussion on the
15  earplugs.  But I've got these Howard Leight earmuffs
16  that we used in some other depositions that I bought
17  from Honeywell.
18          And I'm going to put these on, and I
19  want you to --
20          MR. CICCONE:  You don't have to put me
21  on camera.
22   Q.  (BY MR. CICCONE) I'm going to put them on.
23          Am I wearing them correctly?
24          MR. GONZALEZ:  Objection, form.
25          THE WITNESS:  Yes.

Page 43

1    Q.  (BY MR. CICCONE) You want to put them on so
2   you can show the camera.
3           MR. GONZALEZ:  No.  Counsel, I'm not
4   going to allow her to do that --
5           MR. CICCONE:  Okay.
6           MR. GONZALEZ:  -- as far as a
7   demonstrative with the witness.
8    Q.  (BY MR. CICCONE) Tell me, Colonel, with
9   respect to a pair of earmuffs, okay, how would you --
10  how would a person wear them to maximize the
11  protection that the earmuffs would provide?
12   A.  According to the directions on the package.
13   Q.  Well, Colonel, this particular package has
14  no directions.  I mean, could you give us some
15  general pointers on what someone should do to wear a
16  pair of earmuffs appropriately or correctly?
17          MR. GONZALEZ:  Object to form.
18   Q.  (BY MR. CICCONE) Oh, the insert.
19   A.  Yes.
20   Q.  Good, thank you.  Do you believe that
21  somebody needs to read instructions in order to know
22  how to wear, for example, earmuffs correctly, or have
23  some prior experience or perhaps have some
24  instruction?
25   A.  One or the other of those things.

Page 44

1    Q.  Or all three, perhaps?
2           (Reporter clarification)
3    A.  Or all three perhaps?  I don't know that
4   you need all three, maybe some people do.
5    Q.  Well, let's talk about earplugs.  Do you
6   believe, Colonel, that someone needs at least some
7   level of skill to be able to properly wear earplugs?
8           MR. GONZALEZ:  Object to form.
9           THE WITNESS:  Again, skills of manual
10  dexterity and the ability to -- although I have to
11  say, I was going to say the ability to reach over
12  your head, but I've seen people fit earplugs without
13  reaching over their head.
14   Q.  Colonel, can you list some disadvantages of
15  disposal earplugs?
16          MR. GONZALEZ:  Object to form.
17          THE WITNESS:  Disadvantages of
18  disposable earplugs would include that when you have
19  dirty hands, it's -- you may get the earplug dirty by
20  rolling it up.  Foam earplugs are slightly harder to
21  get a good fit with than some of the other types of
22  earplugs.
23          Other disadvantages are, you know, can
24  be expense because if you go through a lot of them,
25  they can add up expense-wise.

Page 45

1    Q.  (BY MR. CICCONE) Colonel, are proper
2   fitting techniques for earplugs difficult to learn?
3           MR. GONZALEZ:  Object to form.
4           THE WITNESS:  I don't believe so.
5           (Exhibit 2 marked)
6    Q.  (BY MR. CICCONE) Well, remember, we were
7   talking about The Hearing Conservation Manual,
8   including Chapter 13 that you coauthored.  It's been
9   marked as an exhibit.  It's Exhibit No. 2.
10          And I'd like to direct your attention
11  to page 108 where you've listed the disadvantages of
12  disposable foam earplugs.  And you've listed
13  "attenuation depends highly on fit."  Then you say,
14  "proper fitting technique can be difficult to learn."
15  And then of course you talked about the hygiene
16  issues.
17          Do you remember writing that?
18   A.  I do.
19   Q.  Do you think that's correct?
20   A.  It can be difficult to learn.
21   Q.  Right, can be difficult to learn.
22          And tell me, Colonel, why you believe
23  that proper fitting techniques can be difficult to
24  learn.
25   A.  Compared to many of the other hearing

Theresa Schultz
March 04, 2020                                    46 to 49

Page 46

1  protectors, there's more steps involved in fitting a
2  foam earplug than, say, a reusable earplug or
3  earmuff.
4       Q.  Anything else?
5       A.  One of those steps is rolling it down, and
6  again it's important to follow directions and do that
7  appropriately.
8       Q.  Well, we're going to talk more about that
9  in a minute.
10           Colonel, do you believe that it is
11  important to have at least some instruction to learn
12  how to properly wear foam earplugs?
13           MR. GONZALEZ:  Objection, form.
14           THE WITNESS:  It -- it can be.  It
15  very much depends on the person's ears.  Some ears
16  are easy to fit.
17       Q.  (BY MR. CICCONE)  Let me direct your
18  attention to Chapter 14 of The Hearing Conservation
19  Manual that I believe that you coauthored.  And what
20  you say this is, this is first paragraph on page 121:
21           Too often the person providing hearing
22  protection training is little more than a dispenser,
23  handing the worker earplugs and saying, quote, "Here
24  use this around loud noise," end quote, or "Stick
25  these in your ears", end quote.

Page 47

1           Do you remember writing that?
2       A.  Yes.
3       Q.  Have you encountered situations --
4           MR. GONZALEZ:  What page is that,
5  Counsel?
6           MR. CICCONE:  This is page 121.
7           MR. GONZALEZ:  Thank you.
8       Q.  (BY MR. CICCONE)  Colonel, have you
9  encountered situations where workers are given
10  hearing protectors, but are given no instructions or
11  inadequate instruction with respect to how to
12  properly wear them?
13           MR. GONZALEZ:  Object to form.
14           THE WITNESS:  Yes.
15       Q.  (BY MR. CICCONE)  And do you believe that
16  it's potentially dangerous to workers to be simply
17  given earplugs with no instruction on how to wear
18  them and then work in a noisy environment?
19       A.  Yes.
20       Q.  Okay.  And tell me why it's potentially
21  dangerous.
22       A.  If they're exposed to hazardous noise and
23  not fitting the hearing protector properly, they can
24  eventually get noise induced hearing loss.
25       Q.  Now, Colonel, there's a short video that I

Page 48

1  want to play that I believe is you, and it came from
2  the Honeywell site or YouTube or one of the two, and
3  it's only 30 seconds long.
4           But before we play the video, you talk
5  in the video about VeriPRO, and tell me what VeriPRO
6  is.
7       A.  VeriPRO is a Honeywell earplug fit testing
8  system.
9       Q.  And is it an electronic device?  Is it some
10  sort of a mechanical tool?  What is it exactly?
11       A.  It's a software and patented earmuff system
12  that actually allows you to measure how much
13  protection a person is getting from their particular
14  earplug.
15       Q.  And you said it's proprietary or it's
16  patented?
17       A.  It is.
18       Q.  Does Honeywell own the patent, if you know?
19       A.  I assume they do, yes.
20       Q.  Does Honeywell sell that equipment, if you
21  know?
22           MR. GONZALEZ:  Objection, form.
23           THE WITNESS:  Yes, they do.
24       Q.  (BY MR. CICCONE)  And do you have experience
25  using this equipment?

Page 49

1       A.  Yes, sir.
2       Q.  What experience do you have using that
3  equipment?
4       A.  Part of my job at Honeywell was to teach
5  people how to use that equipment, to do what we
6  called implementation visits to teach them how to use
7  it.
8       Q.  Okay.  And so, for example, would you go to
9  an employer's facility, if you were invited to do so,
10  and teach employees how to properly wear earplugs and
11  then verify their performance with this equipment
12  you've discussed?
13       A.  What I would do is I would go to an
14  employer's place, who purchased VeriPRO, and teach
15  the safety manager or the industrial hygienist or
16  whoever was going to administer the test going
17  forward to administer the VeriPRO test.
18       Q.  Okay.  And so this VeriPRO test would
19  verify that somebody was wearing hearing protection
20  correctly?
21       A.  Yes, sir.
22       Q.  Okay.  Let's -- I want to play the video.
23  It's only 30 seconds long.
24           MR. GONZALEZ:  Counsel, before you do
25  that, can you read into the record the YouTube

Theresa Schultz
March 04, 2020                                    50 to 53

Page 50

1  website, just so there's a record.
2           MR. CICCONE:  Well, it's going to be
3  on the flash drive that I gave.  We produced it.  And
4  it either came from Honeywell's website or from
5  YouTube or from both.  It may be published on both.
6           MR. GONZALEZ:  Can we -- can we do
7  this -- I guess later on somehow leave a blank, so we
8  can insert it somewhere?
9           MR. CICCONE:  Sure.
10           MR. GONZALEZ:  We'll leave a blank on
11  the transcript, and the blank will have in
12  parenthesis, insert the website address.
13  (INSERT WEBSITE ADDRESS)_____
14           MR. CICCONE:  Ready?
15       Q.  (BY MR. CICCONE)  Well, first of all, is
16  that you, Teresa Y. Schultz, PhD, Lieutenant Colonel,
17  USAF, Retired?
18       A.  Yes, sir.
19       Q.  And this "Hear Forever" trademark, what is
20  that?
21       A.  That was an educational campaign that
22  Honeywell had to teach people about hearing
23  conservation.
24       Q.  Okay.  And you say -- you talk about the
25  beauty of VeriPRO earplug fit testing.  Is that what

Page 51

1  it says?
2       A.  That's what it says.
3       Q.  Okay.  And when you -- you made this video.
4  Do you remember making the video?
5       A.  Yes, sir.
6       Q.  And do you remember when you made the
7  video?
8       A.  I couldn't tell you a year.
9       Q.  Like, within the last ten years?
10       A.  Yes.
11       Q.  And, obviously, you made it while you were
12  with Honeywell?
13       A.  Yes.
14       Q.  And whose idea was it that you make this
15  video?  Was it your idea or was it somebody else's
16  idea?
17       A.  It was somebody else's idea.
18       Q.  Let's play it, and then if you remember
19  more about it.
20           (Exhibit 3 marked)
21           (Video playing)
22  (INSERT WEBSITE ADDRESS)_____
23       Q.  (BY MR. CICCONE)  Okay.  Colonel, you heard
24  the video.  Did you hear you use the words, "basic
25  skills"?

Page 52

1       A.  Yes, sir.
2       Q.  Okay.  And does that refresh your
3  recollection of what basic skills means in terms of
4  fitting hearing protectors?
5           MR. GONZALEZ:  Object to form.
6           THE WITNESS:  In that context, I would
7  say the basic skills are taught on the instruction
8  packages of earmuffs and earplugs.
9       Q.  (BY MR. CICCONE)  Colonel, in your
10  experience have you found that it's helpful to
11  demonstrate to people how to properly wear hearing
12  protectors?
13           MR. GONZALEZ:  Object to form.
14           THE WITNESS:  It can be helpful.
15       Q.  (BY MR. CICCONE)  And didn't you say that in
16  the video?
17       A.  Yes.
18       Q.  Okay.  Colonel, in the other article that
19  we talked about briefly in The Hearing Conservation
20  Manual, I'm going to cite you the page, 121 --
21           MR. GONZALEZ:  And that's exhibit?
22           MR. CICCONE:  Chapter 14 we didn't
23  copy, but I will copy it later.
24       Q.  (BY MR. CICCONE)  This is only one line.
25  Colonel, you said on page 121, "Numerous studies have

Page 53

1  shown that the best way for workers to learn about
2  hearing protection is through one-on-one training.
3  Workers need to know not only when and why they
4  should use earplugs, but how to use them
5  effectively."
6           Okay.  Do you remember writing that?
7       A.  Yes, sir.
8       Q.  And do you think that's true?
9       A.  Yes, sir, that applies to workers.
10       Q.  Okay.  Well, would it apply to anybody
11  who's potentially exposed to high noise levels?
12           MR. GONZALEZ:  Objection, form.
13           THE WITNESS:  It could.
14       Q.  (BY MR. CICCONE)  Okay.  Colonel, why do you
15  believe that the best way for workers to learn about
16  hearing protection is through one-on-one training?
17       A.  Because everybody's ear canal is a little
18  different.
19       Q.  Any other reasons?
20       A.  That's the main reason.
21       Q.  Colonel, have you instructed people
22  one-on-one, or perhaps even in groups, on how to
23  properly wear earplugs?
24       A.  I have.
25       Q.  And have you been invited by employers to

Theresa Schultz
March 04, 2020                                    54 to 57

Page 54

1  instruct their employees on how to properly wear
2  earplugs?
3      A.  Yes.
4      Q.  And, Colonel, when you were in the Air
5  Force, did you ever instruct military personnel on
6  how to properly wear hearing protection?
7      A.  Yes.
8      Q.  Now, you talked just briefly about
9  everybody's ear canal being a little different.
10     A.  Yes, sir.
11     Q.  And, Colonel, I've got a beautiful
12 anatomical model that we've used in some other
13 depositions.  And if it will help you illustrate your
14 testimony, can you show us where the ear canal is?
15     A.  It's right here (indicating).
16     Q.  Okay.  And is this a -- is this an actual
17 size or is this larger than life?
18     A.  Way larger than life.
19     Q.  Okay.  But does it help you to illustrate
20 your testimony to point out where the ear canal is?
21     A.  Well, sure.  It's this part right here
22 (indicating).
23     Q.  And tell me the theory behind earplugs.
24 What's the earplug supposed to do that will protect
25 your hearing?

Page 55

1      A.  The earplug is designed to block the
2  transmission of sound down the ear canal.
3      Q.  Okay.  And, Colonel, with regard to
4  earplugs, does one size earplug fit everybody?
5      A.  No.
6      Q.  Okay.  And is there such a thing in the
7  hearing protection industry as one size fits all for
8  earplugs?
9      A.  No.  It's generally people say one size
10 fits most.
11     Q.  We talked earlier about this National
12 Hearing Conservation Association?
13     A.  NHCA.
14     Q.  NHCA.  And, of course, you were the
15 president at one point.  And there's a publication
16 that they have published, and tell me if you've ever
17 seen it before.
18         I didn't mark it as an exhibit because
19 I didn't know whether you were the author or had any
20 involvement in its preparation.
21         Have you ever seen it before?
22     MR. GONZALEZ:  Can you mark it,
23 Counsel, just because we're using it.
24     MR. CICCONE:  Sure.
25     MR. GONZALEZ:  Just so there's a

Page 56

1  record.
2      MR. CICCONE:  I'm going to mark it as
3  18.
4      MR. GONZALEZ:  Thank you.
5      (Exhibit 18 marked)
6      THE VIDEOGRAPHER:  Excuse me, sir.  We
7  have about five minutes left on this tape.
8      MR. CICCONE:  Okay.
9      Q.  (BY MR. CICCONE) Colonel, have you ever
10 seen Exhibit 18 before?
11     A.  Yes.
12     Q.  And when did you see it for the first time?
13     A.  I saw it when it was being developed as
14 edits were being done on it, and I saw it as a final
15 product.
16     Q.  And approximately when was that?
17     A.  We've done a couple versions of this.  So
18 my guess on this one would be maybe 2010, 2012,
19 somewhere around there.
20     Q.  Ten, twelve years ago more or less?
21         Okay.
22         (Reporter clarification)
23     THE WITNESS:  2010 or 2012.
24     THE REPORTER:  And then he said, "Ten
25 or twelve years more or less?"

Page 57

1  I didn't hear your answer.
2      MR. GONZALEZ:  She said yes.
3      THE REPORTER:  Okay.
4      Q.  (BY MR. CICCONE) And, Colonel, did you have
5  any involvement in actually writing the language
6  that's on Exhibit 18?
7      A.  In this latest version, no, sir.
8      Q.  Okay.  But you had worked on earlier
9  versions?
10     A.  Yes, sir.
11     Q.  You actually authored some of the language?
12     A.  I helped to edit some of the language.
13     Q.  Okay.  By "editing" you mean you read it
14 and made suggestions for revisions?
15     A.  Yes, sir.
16     Q.  Okay.  And, Colonel, one of the -- one of
17 the things that is on Exhibit No. 18 reads this way,
18 it says, "Although some expandable foam earplugs come
19 close, there's really no such thing as a one size
20 fits all HPD."
21         Does HPD stand for hearing protection
22 device?
23     A.  Yes, sir.
24     Q.  And it continues, "Each person must be
25 individually evaluated to determine the best match of

Theresa Schultz
March 04, 2020                                    58 to 61

Page 58

1  HPD for their environment, noise exposure, anatomy,
2  and hearing ability.
3         Okay.  Do you understand what I just
4  read?
5     A.  Yes, sir.
6     Q.  Do you agree with that statement?
7     A.  Yes, sir.
8     Q.  And, Colonel, in Exhibit 18, the National
9  Hearing Conservation, NHCA, they also say in this
10 publication, "Don't use just tell the individual how
11 to wear HPDs, have the wearer demonstrate correct
12 placement of the device.  Stress the importance of a
13 good seal for adequate noise protection.  Show what a
14 good fit feels and sounds likes, and reinforce the
15 need to use HPDs at all times in noise."
16        Do you understand what I just read?
17    A.  Yes, sir.
18    Q.  Do you agree with that statement?
19    A.  That's part of training that we do.
20    Q.  Okay.
21        (Off the record discussion)
22        THE VIDEOGRAPHER:  Time now is
23 3:07 p.m.  We are off the record.
24        (Recess from 3:07 p.m. to 3:18 p.m.)
25        THE VIDEOGRAPHER:  Time now is

Page 59

1  3:18 p.m.  We are back on the record.
2     Q.  (BY MR. CICCONE) Colonel, before the break
3  we were talking about fitting earplugs, and I've got
4  another short video of you that I'd like to show.
5  And after I show this video, which is about 2-minutes
6  long, then I've got some questions I want to ask you
7  about it.
8         MR. GONZALEZ:  And then, for the
9  record, we'll have another blank and in parenthesis
10 next to the blank we'll insert the website address
11 for the video.
12        Is that okay, Mr. Ciccone?
13        MR. CICCONE:  Yes.
14        MR. GONZALEZ:  Thank you.
15        MR. CICCONE:  Ready.
16        (Exhibit 4 marked)
17        (Video playing.)
18 (INSERT WEBSITE ADDRESS)_____
19    Q.  (BY MR. CICCONE) Colonel, do you recall
20 when you made that video?
21    A.  At the same time I made the other video in
22 the earlier twenty-teens, 2010, 2011.
23    Q.  Did you write the script for that video or
24 did somebody else write it?
25    A.  I wasn't a script.  It was just me

Page 60

1  teaching.
2     Q.  Okay.  Were your remarks written out ahead
3  time or was it was just ad lib on camera?
4     A.  Ad lib.
5     Q.  Did somebody direct you, or did you just
6  turn a camera on and make a video?
7     A.  We had had a cameraman, much like today,
8  and someone would ask a question, and I would
9  respond.
10    Q.  How long do you think it took you to make
11 that video?
12    A.  That particular one, I can't remember how
13 many takes.  But probably one or two takes of doing
14 that.
15    Q.  And why did you need one or two takes?
16    A.  I might have stumbled over my speech a
17 little bit.
18    Q.  Was that video edited later where bits and
19 pieces were stitched together from the different
20 takes?
21    A.  No.
22    Q.  What was your purpose, Colonel, in making
23 that video?
24    A.  To provide additional training if anyone
25 wanted it, to go on to our YouTube channel for added

Page 61

1  training.
2     Q.  Training for who?
3     A.  Training for anyone using a foam earplug.
4     Q.  Okay.  When you say "our YouTube channel",
5  whose YouTube channel?
6     A.  Honeywell.
7     Q.  Okay.  And to your knowledge is that video
8  available on Honeywell's YouTube channel?
9     A.  I don't know if it still is, but it was.
10    Q.  Okay.  Let me -- Now, we've listened to
11 you, and I don't want to go back over the materials,
12 and I've got earplugs and I don't want you to
13 demonstrate how to put the earplugs in.
14        But what you did talk about that I
15 want to get you to expand upon, is this notion of:
16 You said that there's a corner in a person's ear
17 canal.  We've got the model, and if you don't mind
18 showing us on the model where this corner is that you
19 were talking about.
20    A.  So the ear canal is sort of in three parts.
21 There's a part right down there by the eardrum that
22 is basically skin on cartilaginous on bone, and you
23 won't be down there.
24        There's another part in there that has
25 a little bit of padding in between.  And then on the

Theresa Schultz
March 04, 2020                                          62 to 65

Page 62

1  outside, the part that you sort of see when you look
2  at somebody's ear, has a bit of a curve in most ear
3  canals, one way or another, either up or down or back
4  or forward.  And so pulling the ear from the outside,
5  like I demonstrated on the video, straightens that
6  out a little bit.
7      Q.  I see.  And, Colonel, explain to me again,
8  if you don't mind, why is it important that you roll
9  the earplug down tight, in order to get around that
10  corner that you talked about in the video?
11          MR. GONZALEZ:  Object to form.
12          THE WITNESS:  Rolling the earplug is
13  important to get a proper fit.
14      Q.  (BY MR. CICCONE) Okay.  And when you insert
15  that earplug, is there any danger that you could
16  actually touch your eardrum?
17      A.  No.  It's not exactly to scale, but an ear
18  canal is maybe about this long.
19      Q.  About the length of your little finger?
20      A.  Yes.  And an earplug only goes in about
21  that far.
22      Q.  Okay.  And in the video you were
23  demonstrating this reach around technique.  Where,
24  for example, if I wanted to put the plug in my left
25  ear, I would reach around my head with my right hand

Page 63

1  and pull my ear up and out to straighten the ear
2  canal?
3      A.  Yes.
4      Q.  And, Colonel, does it matter what hand you
5  use if you're going to insert the plug in our left
6  ear?
7          For example, why can't I use my left
8  hand to put my ear out and back, and then insert the
9  plug with my right hand.
10      A.  You could, it's just not as easy.
11      Q.  And is this a technique that you developed
12  yourself or is this a technique that was developed by
13  other people in hearing conservation community?
14          MR. GONZALEZ:  Objection, form.
15          THE WITNESS:  This is a technique that
16  everybody in the hearing conservation community uses.
17      Q.  (BY MR. CICCONE) Okay.  Going back how far?
18      A.  As long as I've been in the business.
19      Q.  And that's over 30 years?
20      A.  Yes.
21      Q.  Did somebody teach you how to do this?
22      A.  Well, I've looked at a lot of instructions
23  on hearing protectors, and then probably came to
24  other people's seminars and shared teaching
25  techniques, and -- so, yes, people have taught me how

Page 64

1  to do it as well.
2      Q.  And, Colonel, in the video you talk about
3  how it's sometimes helpful to give people feedback by
4  taking a picture of the person with a cell phone or a
5  camera, for example.  And explain to me again why
6  that would be helpful to teaching a person to
7  properly wear an earplug.
8          MR. GONZALEZ:  Objection, form.
9          THE WITNESS:  It's an additional piece
10  of information because we can't see our ear canals,
11  and having a camera take a picture of it while the
12  person opens it, let's them see their ear canal open.
13  And it provides a feedback of:  Oh, I see how it
14  opens when I do that.
15      Q.  (BY MR. CICCONE) Well, Colonel, is it so
16  difficult to learn how to do this that somebody would
17  need that kind of feedback?
18      A.  No, sir.
19          MR. GONZALEZ:  Objection, form.
20      Q.  (BY MR. CICCONE) Then why is it -- why do
21  you find it helpful to give somebody feedback by
22  using a cell phone camera?
23          MR. GONZALEZ:  Object to form.
24          THE WITNESS:  Just an additional
25  training technique.

Page 65

1      Q.  (BY MR. CICCONE) Okay.  And you also talk
2  in this video about wiggling the earplug.  I don't
3  quite understand what you mean when you say "wiggle
4  the earplug".  Wiggle it in what way?
5      A.  Just as you insert the earplugs.
6      Q.  Okay.  And, Colonel, can you rotate the
7  earplug as you're inserting it to help see it?
8      A.  Yes.
9      Q.  Do people do that?
10      A.  Yes.
11      Q.  Is that something that you recommend?
12      A.  Yes.
13      Q.  Can a person moisten the earplug, for
14  example, by putting it in his or her mouth to help
15  insert it?
16          MR. GONZALEZ:  Objection, form.
17          THE WITNESS:  People do.
18      Q.  (BY MR. CICCONE) Do you recommend that?
19      A.  No.
20      Q.  Why not?
21      A.  Hygiene.
22      Q.  And finally, you talked about letting the
23  earplug expand in your ear.  Is that important?
24      A.  Generally, if you put the earplug in deep
25  enough into your ear canal, it's going to expand

Theresa Schultz
March 04, 2020                                    66 to 69

Page 66

1  without you doing anything.  If you don't have it
2  deeply inserted, just letting it expand, listening to
3  it expand, again just gives you some additional
4  information feedback that you're getting a good fit.
5      Q.  And, Colonel, how does somebody know if the
6  earplugs are correctly inserted?  You talked about
7  this VeriPRO device, but without that kind of device
8  how would somebody know that the earplugs are
9  correctly inserted?
10         MR. GONZALEZ:  Objection, form.
11         THE WITNESS:  Intuition.  For example,
12  if you put your fingers up to your earplugs -- your
13  ear canals and close them off and your voice sounded
14  muffled and everything got quiet, that's how you know
15  you're getting a good fit.
16      Q.  (BY MR. CICCONE) Colonel, when somebody is
17  correctly wearing earplugs, can the person generally
18  hear normal speech by people around him or her?
19         MR. GONZALEZ:  Objection, form.
20         THE WITNESS:  Speech, if they're
21  wearing the earplug properly, is likely to be
22  diminished.
23      Q.  (BY MR. CICCONE) But can you still hear
24  somebody who is speaking in a normal tone of voice if
25  you're wearing your earplugs properly?

Page 67

1         MR. GONZALEZ:  Objection, form.
2         THE WITNESS:  It depends on your
3  hearing ability and their volume.
4      Q.  (BY MR. CICCONE) Colonel, the conversation
5  that we're having now, can you give us the range of
6  the approximately number of decibels that our voices
7  are generating in this conversation?
8         MR. GONZALEZ:  Objection, form.
9         THE WITNESS:  I wish I could pull out
10  my cell phone and do my little decibel level meter,
11  but I would guess about 65 decibels.
12      Q.  (BY MR. CICCONE) Okay.  And you said that
13  the OSHA threshold is, what, 95 decibels?
14      A.  Ninety.
15      Q.  Ninety?  And firearm is, what, 160 to 170?
16      A.  Depends on the firearm.  I had said a
17  firearm could be 120 to 170.
18      Q.  Colonel, does an earplug have to completely
19  seal a person's ear canal in order to attenuate noise
20  to a safe level?
21      A.  That's a complex question.  It depends on
22  the noise, but in general that's the purpose of the
23  earplug is to obtain a seal to block a sound.
24      Q.  Well, for example, with respect to a very
25  high noise level, for example a firearm at 160

Page 68

1  decibels, would the earplug wearer need a complete
2  seal in order to be protected against the high noise
3  level?
4         MR. GONZALEZ:  Objection, form.
5         THE WITNESS:  Yeah.  There's some
6  studies on impulse noise that show that even with
7  somewhat degraded fit, you can still be protected
8  from impulse noise with hearing protectors.
9      Q.  (BY MR. CICCONE) Okay.  When you say
10  "somewhat protected", what do you mean?
11      A.  Get enough attenuation to not get a
12  temporary hearing loss or a permanent hearing loss.
13      Q.  Have there been any studies that have been
14  done that actually document how much attenuation from
15  impulse noise that a person receives from improperly
16  fitted earplugs?
17         MR. GONZALEZ:  Object to form.
18         THE WITNESS:  There's a study that I'm
19  thinking of that was done in the Army years ago that
20  had soldiers exposed to -- it wasn't even weapon's
21  fire.  It was explosive fire -- with, again, degraded
22  fit.  And videos of seeing that the earplug was not a
23  perfect fit and how it moved around as the explosion
24  came.  And then they immediately tested the hearing
25  or these soldiers, and they did not have temporary or

Page 69

1  permanent hearing loss.
2      Q.  (BY MR. CICCONE) Was this a controlled
3  experiment?
4      A.  It was, yes.
5      Q.  So they intentionally exposed soldiers to a
6  potentially dangerous sound level to determine how
7  much attenuation the improperly fitted plugs were
8  giving them?
9      A.  This was before a lot of the protections
10  these days.  This was back in the '60s.
11         But they had done some work ahead of
12  time, some pilot work, to determine that the soldiers
13  would only get temporary hearing loss, if they got
14  any.  And then they conducted this experiment and
15  showed that didn't get even temporary, much less
16  permanent hearing loss.
17      Q.  Do you know if those soldiers were followed
18  later in life to determine whether or not they were
19  experiencing hearing loss later on?
20      A.  I do not know.
21      Q.  Okay.  Do you think that today that the
22  military would attempt to conduct that kind of
23  experiment on its personnel?
24         MR. GONZALEZ:  Objection, form.
25         THE WITNESS:  Not under current IRB

Theresa Schultz
March 04, 2020                              70 to 73

Page 70

1  standards.
2      Q.  (BY MR. CICCONE) "IRB" means what?
3      A.  Institutional Review Board, it's the
4  research approval process.
5      Q.  Colonel, in The Hearing Conservation
6  Manual, this is chapter 13 that you co-authored.  On
7  page 114 you include a section on dual protection,
8  dual protection or double protection.
9          And tell me what that refers to dual
10  protection or double protection.
11     A.  Those terms are often used interchangeably,
12  and mean using two types of hearing protection, most
13  commonly an earplug and an earmuff.
14     Q.  And you say in this article that, "Dual
15  protection can be helpful in very high noise levels
16  above 105 decibels."  Do you remember writing that?
17     A.  Yes.
18     Q.  Okay.  I think you described earlier that
19  our speech is in the relative low decibel range.  You
20  said that the OSHA level was about 90, and you talked
21  about firearms could from 120 up to, say, 170?
22     A.  You've moved from continuous noise to
23  impulse noise in that question that you just gave.
24          So just to clarify, our speech is
25  measured on the continuous noise scale at 65 dB.  The

Page 71

1  OSHA standard is saying you can only be permitted to
2  90 decibel continuous noise are lower for an 8-hour
3  period.
4          And now you've just move to impulse
5  noise which has a different permissible exposure
6  level, and a different way of measuring.  It's in dB
7  peak versus dBA.
8      Q.  Okay.  But is it your conclusion in this
9  article that "Double hearing protection can protect a
10  person for exposure to continuous noise above 105
11  decibels"?
12     A.  Yes, sir.
13     Q.  Okay.  Is it your opinion, Colonel, that
14  double hearing protection can also protect someone
15  from exposure to impulse noise?
16     A.  It can.
17     Q.  Okay.  And, for example, would it protect
18  somebody from impulse noise such as impulse noise
19  that could be generated by a firearm?
20     A.  It can.
21     Q.  Colonel, does wearing double hearing
22  protection, for example, the earmuffs and the
23  earplugs, does it double the attenuation of the noise
24  or is there some formula to determine what the
25  attenuation is?

Page 72

1      A.  Decibels are measures on a logarithmic
2  scale, so think exponents not going up additively but
3  exponentially.  If you have a continuous noise of 90
4  dB, and another continuous noise of 90 dB right next
5  to it, two machines, your resulting noise is not 180
6  dB, it's 93 dB.  And that 3 dB additive is a doubling
7  of the energy.
8      Q.  Okay.  And what I'm interested in knowing
9  in particular is, say, I've got two hearing
10  protection devices.  For example, the Shooter's
11  earplugs that are at issue in this case that are
12  rated at 33 NRR.  And then we've got these Leightning
13  L3 earmuffs that are rated -- I think they're at 30
14  dB NRR?
15     A.  Right on top.
16     Q.  Yes, 30 dB and NRR.  I want you to explain
17  to me if you can, if I wear the earplugs and the
18  earmuffs together, in other words, dual hearing
19  protection, can I expect a noise reduction rating of
20  63?  That would be adding the two sums together.
21     A.  No, sir.
22     Q.  Okay.  Colonel, approximately how would you
23  determine what the attenuation is by wearing the dual
24  protectors?
25     A.  The method to determine the amount for dual

Page 73

1  protection is in your example to know how much you're
2  getting from the earplug, which in this case is a
3  noise rating of 33.  If indeed you are getting 33
4  from it, and you added muffs on top of it, you can
5  add about 5 dB.  And that's a good rule of thumb that
6  OSHA recommends for double protection.
7      Q.  Okay.  So I take the 33 from -- for
8  example, the Shooter's earplugs that are rated at 33
9  NRR and then add 5 to that?
10     A.  Yes.
11     Q.  So that would be an approximate noise
12  reduction rating of, say, 38?
13     A.  Yes, sir.
14     Q.  Am I right?
15          Okay.  And that's assuming that I'm
16  wearing the plugs correctly; is that correct?
17     A.  Yes.
18     Q.  And if I'm not wearing the plugs correctly,
19  does that formula is it accurate, or would it
20  accurately effect what the noise reduction rating
21  would be?
22     A.  The rating would change depending on the
23  properness of either of the hearing protectors.
24     Q.  Would it go up or down?
25     A.  It depends on how you're wearing it.  It

Theresa Schultz
March 04, 2020                          74 to 77

Page 74

1  would likely go down if you weren't wearing it
2  properly.
3      Q.  Now, Colonel, are you familiar with the
4  notion that the use of double hearing protection from
5  the earmuffs and earplugs can provide a person who is
6  exposed to firearm noise with more protection than
7  the use of a single device alone?  Are you familiar
8  at all with that notion?
9      A.  That notion is recommended by NIOSH, yes.
10     Q.  Okay.  And I wanted to ask you that.  We've
11 got a number of papers that I want to very briefly go
12 through.  The first one is a -- it's a 2008 paper by
13 William Murphy, and that's titled "Assessment of
14 Noise Exposure for Indoor and Outdoor Firing Ranges".
15         First of all, are you familiar with
16 the paper?
17     A.  Yes.
18         MR. GONZALEZ:  Counsel, you're going
19 to mark each one, right?
20         MR. CICCONE:  No.  I didn't mark
21 the -- I will if you want me to.
22         MR. GONZALEZ:  Just so we have a
23 record of -- as you're going along.
24         MR. CICCONE:  I can.  They're all on
25 the thumb drive that I gave you.  I was trying to

Page 75

1  avoid attaching all of those to the deposition, just
2  because of the volume, but I will if you want to.
3         (Exhibit 19 marked)
4      Q.  (BY MR. CICCONE)  Okay.  Colonel, Exhibit
5  No. 19 is a copy of Murphy's article.  Have you ever
6  seen the article before?
7      A.  Let me look at it.  Bill Murphy is a
8  prolific researcher, so he's written a lot of
9  articles.
10     Q.  Yeah.  While you're looking through it, I
11 wanted to ask you about that.  When you say "Murphy
12 is a prolific researcher," he has written a lot of
13 articles in this community, has he not?
14     A.  He has.
15     Q.  And, in fact, you've coauthored some
16 articles with him, have you not?
17     A.  I have.
18     Q.  Okay.  Do you know him personally?
19     A.  I do.
20     Q.  Is this somebody you could call if you
21 wanted to and talk to him about some issue that you
22 were concerned about?
23     A.  Yes, sir.
24     Q.  And did y'all work at NIOSH together?
25     A.  Yes.  He worked a the Cincinnati office and

Page 76

1  I worked at the Pittsburgh office, but we did work
2  together, yes.
3      Q.  Okay.  So in other words, you were
4  professional colleagues?
5      A.  Yes, sir.
6      Q.  Okay.  I want you to take a look at the
7  articles and let me ask you a question about it.
8      A.  (Reading.)
9          Okay.
10     Q.  Colonel, what I have done is I have
11 highlighted a couple of things in this article, just
12 to draw your attention to them.  And am I correct
13 that what Murphy was investigating was noise exposure
14 to firearm's noise by law enforcement officers.  Is
15 that your understanding of what the context of the
16 paper was?
17     A.  I believe it was.
18     Q.  I think they were SWAT team members, if I'm
19 remembering correctly.  And one of the things he
20 says -- and let me direct your attention to -- it's
21 on page 696.  And apparently what they did, the
22 officers were wearing earmuffs and then they gave
23 them earplugs to wear with the earmuffs and Murphy
24 concludes, those peak reduction results along with
25 the peak noise level measured for the weapons,

Page 77

1  indicate that the officers should consider using dual
2  hearing protection during weapons training exercises.
3         And then he continues on with his
4  recommendations.  "Dual hearing protection provides
5  maximum peak level reduction, greater than 40
6  decibels for the purpose of reducing impulsive noise
7  due to small arms firing.  Use of double protection,
8  can minimize the potential risk of improper fitting
9  of earplugs."
10         Did you understand what I just read?
11     A.  Yes, sir.
12     Q.  Okay.  That last -- that recommendation,
13 "use of double protection can minimize the risk --
14 the potential risk of improper fitting of earplugs."
15         Do you agree with that recommendation?
16         MR. GONZALEZ:  Objection, form.
17         THE WITNESS:  Yes, sir.
18     Q.  (BY MR. CICCONE)  Okay.  And tell me about
19 this potential risk of improper fitting of earplugs.
20 What's Murphy talking about in this article, if you
21 know?
22         MR. GONZALEZ:  Objection, form.
23         THE WITNESS:  Well, it seems fairly
24 clear.  Actually, let me look at his words because
25 they seemed quite clear to me.  Is that if you

Theresa Schultz
March 04, 2020                                    78 to 81

Page 78

1  weren't wearing the earplug correctly, you have a
2  backup of wearing the earmuff correctly.
3      Q.  (BY MR. CICCONE) When he talks about this
4  potential risk of improperly fitted earplugs, do you
5  see where he wrote that?
6      A.  Yes.  Double protection minimizes that
7  potential risk.
8      Q.  Okay.  What potential risk is he talking
9  about?
10         MR. GONZALEZ:  Objection, form.
11         THE WITNESS:  I'm guessing the
12  potential risk he's referring to -- and, again, I
13  would need to read through the whole article to make
14  sure I'm understanding it.
15     Q.  (BY MR. CICCONE) Of course, of course.
16     A.  But the potential risk would be if you
17  didn't fit the earplug right, you have a backup of
18  fitting the earmuff correctly.
19     Q.  Okay.  But a risk of what, noise induced
20  hearing loss?
21         MR. GONZALEZ:  Objection, form.
22         THE WITNESS:  Yes, sir.
23     Q.  (BY MR. CICCONE) Okay.  So do you
24  understand Murphy to be saying that there is a
25  potential risk of noise induced hearing loss if the

Page 79

1  plugs don't fit correctly?
2         MR. GONZALEZ:  Objection, form.
3         THE WITNESS:  Yes, sir.
4      Q.  (BY MR. CICCONE) Do you agree with that?
5         MR. GONZALEZ:  Object to form.
6         THE WITNESS:  Yes, sir.
7      Q.  (BY MR. CICCONE) Okay.  And this potential
8  risk that Murphy talks about in his 2008 article,
9  Colonel, do you believe that that potential risk is
10  one that the hearing conservation community is aware
11  of?
12         MR. GONZALEZ:  Objection, form.
13         THE WITNESS:  Certainly.
14     Q.  (BY MR. CICCONE) And, Colonel, do you agree
15  that the hearing industry is also aware of the
16  potential risk that Murphy describes?
17         MR. GONZALEZ:  Objection, form.
18         THE WITNESS:  The potential risk of
19  improper fit?
20     Q.  (BY MR. CICCONE) The potential risk of
21  noise induced hearing loss from an improper fit of an
22  earplug?
23         MR. GONZALEZ:  Objection, form.
24         THE WITNESS:  Yes.
25     Q.  (BY MR. CICCONE) Colonel, when do you think

Page 80

1  you first read Murphy's paper?
2         MR. GONZALEZ:  Object, form.
3         THE WITNESS:  Possibly the -- in 2008.
4      Q.  (BY MR. CICCONE) Okay.  About the time that
5  he published it?
6      A.  Probably, yes.
7      Q.  Okay.  And, Colonel, at that time were you
8  working for Sperian?
9      A.  Yes, by that time I was.
10     Q.  Okay.  And you were a hearing conservation
11  manager for Sperian when you read that paper?
12     A.  Possibly.
13     Q.  Do you recall discussing Murphy's paper,
14  Murphy's recommendation with any of your colleagues
15  at Sperian?
16         MR. GONZALEZ:  Objection, form.
17     A.  Not specifically.
18     Q.  (BY MR. CICCONE) Do you remember discussing
19  it in general?
20         MR. GONZALEZ:  Object to form.
21         THE WITNESS:  Not specifically.
22     Q.  (BY MR. CICCONE) Do you believe or have
23  reason to believe that your colleagues at Sperian
24  were aware of Murphy's paper and his recommendations?
25         MR. GONZALEZ:  Objection, form.

Page 81

1         THE WITNESS:  I can't recall that.
2      Q.  (BY MR. CICCONE) The next paper I want to
3  talk to you about, Colonel, is a 2009 NIOSH alert.
4  We're going to go ahead and mark it.  This is going
5  to be No. 20.
6         MR. GONZALEZ:  Did you say 2009?
7         MR. CICCONE:  2009.
8         (Exhibit 20 marked)
9      Q.  (BY MR. CICCONE) And, Colonel, have you
10  ever seen the 2009 NIOSH alert?
11     A.  Yes.
12     Q.  When do you recall first seeing it?
13         MR. GONZALEZ:  Object to form.
14         THE WITNESS:  Again, probably shortly
15  after publication.
16     Q.  (BY MR. CICCONE) So that would have been
17  approximately 2009?
18     A.  Yes, sir.
19     Q.  Okay.  And the title of the publication is,
20  "Preventing Occupational Exposures to Lead and
21  Indoor -- and Noise at Indoor Firing Ranges".  Is
22  that the title?
23     A.  Yes, sir.
24     Q.  Okay.  And, Colonel, let me direct your
25  attention to page 19.  Let me see if I can find if I

Theresa Schultz
March 04, 2020                                    82 to 85

Page 82

1  tagged it for you.  Page 19 of the NIOSH alert
2  states, "All workers and shooters should be required
3  to use dual hearing protection devices (earmuffs and
4  earplugs) when the range is in use."
5          Did I read that correctly?
6      A.  I don't know.  I can't see that far, sorry.
7          It looks like you did, yes.
8      Q.  Okay.  And are there different kinds of
9  NIOSH publications?  For example, this one is called
10  an alert.  Is there a difference between an alert and
11  some other kind of publication?
12     A.  There likely is, and I'm not the expert in
13  their various kind of communications.  But it appears
14  this was a result of what was called a health hazard
15  evaluation, where someone has requested that NIOSH
16  come in and do an assessment, in this case for lead
17  exposure and noise exposure in an indoor firing
18  range.
19     Q.  Did you play role at all in the NIOSH
20  investigation or assessment of that condition?
21     A.  No, sir.
22     Q.  Okay.  You never talked to anybody about
23  the investigation or provided any input whatsoever?
24     A.  No, sir.
25     Q.  Okay.  Were you aware that the

Page 83

1  investigation was underway?
2      A.  No, sir.
3      Q.  Okay.  And the line that I read that, "All
4  workers and shooters should be required to wear dual
5  hearing protection devices," what significance, if
6  any, do you attach to the word "required"?
7          MR. GONZALEZ:  Objection, form.
8          THE WITNESS:  My guess in this context
9  is that it is advising the employer, in this case I
10  assume the range operator, that that would be a good
11  policy, a policy recommendation to have.
12     Q.  (BY MR. CICCONE) But the question is:  Why
13  would NIOSH suggest that employers require workers
14  and shooters to wear dual protection, as opposed to
15  simply giving them an option to do so?
16         MR. GONZALEZ:  Object to form.
17         THE WITNESS:  Employers are required
18  by law to keep their employees safe, and so most
19  safety standards have requirements for personal
20  protective equipment.
21     Q.  (BY MR. CICCONE) Would a shooter not be
22  safe by simply wearing earplugs?
23         MR. GONZALEZ:  Object to form.
24         THE WITNESS:  The way you state that,
25  "Would a shooter not be safe," that's not -- I don't

Page 84

1  agree with that statement.  A shooter could very well
2  be safe by wearing earplugs.
3      Q.  (BY MR. CICCONE) Well, if that's true,
4  Colonel, then why would NIOSH require that employees
5  and shooters wear dual hearing protection?
6          MR. GONZALEZ:  Objection, form.
7          THE WITNESS:  For the employer to
8  protect themselves.  They're supposed to be
9  protecting their employees, and that's their
10  requirement.  And so passing that on to the employees
11  to wear their PPE, wear double PPE, is probably why
12  "required" is used there.
13     Q.  (BY MR. CICCONE) Okay.  I didn't quite
14  understand who you think is being protected.  Is it
15  the employer that's being protected, or the employee
16  that's actually exposed to the impulsive noise on the
17  firing range?
18     A.  Yes, both.  The employer is required to
19  protect their employee.  And so in order to protect
20  themselves as an employer and say, yes, I am
21  protecting my employees, they have safety rules that
22  say you need to wear double protection to make sure
23  that their employees are safe.
24     Q.  Did you discuss that alert with any of your
25  colleagues at Sperian?

Page 85

1      A.  I can't say that I did.
2          MR. GONZALEZ:  Object to form.
3      Q.  (BY MR. CICCONE) Do you know if any of your
4  colleagues at Sperian had a copy of this alert?
5          MR. GONZALEZ:  Object to form.
6          THE WITNESS:  I don't know.
7      Q.  (BY MR. CICCONE) Do you recall discussing
8  the alert with any of your colleagues at Sperian with
9  regard to selling earplugs to people that they knew
10  would be in a shooting range?
11         MR. GONZALEZ:  Object, form.
12         THE WITNESS:  No, sir.
13     Q.  (BY MR. CICCONE) Okay.  But I thought you
14  were a hearing conservative manager there --
15     A.  Yes, sir.
16     Q.  -- whose role was to try to educate people
17  on the safe use of hearing protectors.
18         And explain to me, if that was your
19  role at Sperian and if you knew that Sperian was
20  selling these earplugs, well tell me why you would
21  not have communicated to Sperian NIOSH's alert that
22  workers and shooters should be required to wear
23  double hearing protection.  Why wouldn't you have
24  done that?
25         MR. GONZALEZ:  Objection, form.

Theresa Schultz
March 04, 2020                                    86 to 89

Page 86

1    THE WITNESS: Because that's a -- that
2   was from a health hazard assessment for a specific
3   environment. So I'm not sure why I would -- what
4   would be gained for me to be required to say that
5   specific thing. I don't know.
6        I don't see that as -- it has an alert
7   on it, but it doesn't seem like an alarmist thing for
8   NIOSH to recommend to people to be extra safe.
9        MR. CICCONE: Colonel, there's a 2010
10  NIOSH paper. Let's me go ahead and mark this one as
11  Exhibit No. 21.
12       (Exhibit 21 marked)
13       Q. (BY MR. CICCONE) This is a January 2010
14  publication that was authored by...
15       A. Yeah, sometimes the NIOSH documents don't
16  have authors.
17       Q. No, this one does. And it's -- This
18  document was prepared by a gentleman named Kardous,
19  K-A-R-D-O-U-S. Do you know that gentleman?
20       A. I do know him.
21       Q. Okay. Is he an audiologist, a hearing
22  conservation specialist like you are?
23       A. He's an industrial hygienist, I believe.
24       Q. Okay. But in any event, do you know if he
25  works for NIOSH or did at that time?

Page 87

1        A. He did.
2        Q. And the title to this workplace solutions
3   document is, "Reducing Exposure to Lead and Noise at
4   Indoor Firing Ranges". Do you see where I've read
5   that?
6        A. Yes.
7        Q. And then it's on -- the second page of the
8   publication, the recommendation. He writes, "Workers
9   and shooters at firing ranges should take the
10  following steps to protect themselves," and then he
11  lists, "use double hearing protection, earplugs, and
12  earmuffs." Do you see where I've read that?
13       A. I do.
14       Q. Okay. And do you think that's -- that's
15  good advice that shooters on indoor ranges should
16  protect themselves by wearing dual protection?
17       A. That is good advice.
18       Q. Would that be your recommendation to
19  somebody going on to an indoor shooting range to wear
20  double hearing protection?
21       MR. GONZALEZ: Objection, form.
22       THE WITNESS: Yes.
23       Q. (BY MR. CICCONE) Okay. And tell me why
24  would you recommend that somebody wear double hearing
25  protection on an indoor shooting range?

Page 88

1        MR. GONZALEZ: Objection, form.
2        THE WITNESS: Again, just to ensure
3   safety. My guess is that document is a sequella of
4   the document that you talked about before. It's
5   taking it into a different format.
6        Q. (BY MR. CICCONE) Right. It's about a year
7   apart or so.
8        Okay. Colonel, do you remember the
9   first time you ever saw this document?
10       A. I, frankly, don't remember seeing that
11  document.
12       MR. GONZALEZ: Exhibit 21?
13       MR. CICCONE: 21.
14       THE WITNESS: 21.
15       Q. (BY MR. CICCONE) Colonel, there was a 2010
16  conference that was in Orlando, Florida that was in
17  February of 2010, and it was put on by The National
18  Hearing Conservation Association. Were you the
19  president of that association at the time that that
20  conference was put on?
21       A. 2010, I don't think so.
22       Q. Okay. But you were certainly a member?
23       A. Yes.
24       Q. Okay. Do you remember attending that
25  conference?

Page 89

1        A. Yes.
2        Q. Did you speak at that conference?
3        A. I don't remember that.
4        (Exhibit 5 marked)
5        Q. (BY MR. CICCONE) Okay. And there was a
6   PowerPoint that was put on it, and it's labeled,
7   "Howard Leight by Sperian," and we talked about
8   Howard Leight being a trade name for the Sperian
9   products, and then subsequently the Honeywell
10  products; is that correct?
11       A. Yes.
12       Q. Okay. And this --
13       A. That just reminded me, I did speak there.
14       Q. Okay. What did you talk about?
15       MR. DROOTMAN: Object to form.
16       THE WITNESS: The title slide that you
17  have there says, "Best Practices in Hearing
18  Conservation."
19       Q. (BY MR. CICCONE) You would have been the
20  speaker?
21       A. I think, yes.
22       Q. Did you present a PowerPoint?
23       A. I think I did, yes.
24       Q. Okay. Because this -- these are a few
25  pages from a much longer document that I'll have to

Theresa Schultz
March 04, 2020                                    90 to 93

Page 90

1  produce later if it's not already on the thumb drive
2  because it's -- it was too voluminous to try to
3  include in the deposition, but I will if I have to
4  later.
5      A.  Okay.
6      Q.  But, Colonel, one of the -- there's a
7  number of pages that I've included in this exhibit.
8  But the one that I want to draw your attention to is
9  the page that's entitled, "Dual Protection".  Do you
10  see this page?
11      A.  I do.
12      Q.  Okay.  And the text reads, "For extreme
13  noise environment dual protection is often
14  recommended."  And, of course, you agree with that
15  statement, do you not?
16      A.  I do.
17      Q.  Okay.  And then it talks about estimating
18  the protected noise level by adding the 5 decibels to
19  the noise reduction rating for the highest rated
20  hearing protection devices, which is what you
21  explained earlier?
22      A.  Yes.
23      Q.  Okay.  And then it gives the potential NRR,
24  and it happens to be very close to the example that
25  you and I had discussed earlier.

Page 91

1          But my question is:  That at least as
2  of 2010, do you agree with me that Honeywell, your
3  employer at that time on whose behalf you were
4  speaking at this conference, was aware of the
5  recommendation that dual hearing protection provided
6  additional protection to somebody who was exposed to
7  a high noise environment?
8          MR. GONZALEZ:  Objection, form.
9          THE WITNESS:  Yes.
10      Q.  (BY MR. CICCONE) Do you recall ever
11  discussing that recommendation with any of your
12  colleagues at Honeywell?
13          MR. GONZALEZ:  Objection, form.
14          THE WITNESS:  The recommendation for
15  double protection in --
16      Q.  (BY MR. CICCONE) Yes.
17      A.  -- an extreme environment?
18      Q.  Yes.
19      A.  It was what we considered best practice.
20      Q.  Okay.  But did you specifically discuss it
21  with any of your colleagues at Honeywell that you can
22  recall?
23          MR. GONZALEZ:  Objection, form.
24          THE WITNESS:  Well, again, discuss it
25  in what kind of context?  I mean, we -- we all as a

Page 92

1  hearing conservation team worked at creating those
2  slides together, so yes.
3      Q.  (BY MR. CICCONE) The reason I'm asking you
4  these questions is that the earplugs that are in
5  issue in this case -- and this is an exemplar box of
6  these Shooters Earplugs that we've used in several of
7  these depositions, and I've got some photographs that
8  we'll refer to later and include in the transcript.
9          But the text on the box says,
10  "Shooters Earplugs, ideal for shooting sports."
11          MR. GONZALEZ:  The portions you read
12  you're saying, right?
13          MR. CICCONE:  Yes.
14          MR. GONZALEZ:  Okay.
15          THE WITNESS:  I don't see where it
16  says, "Ideal for shooting sports."
17      Q.  (BY MR. CICCONE) It's real -- It's right
18  there, Colonel.  It's the third line -- one, two,
19  three.
20      A.  Yeah, down the bullet.
21      Q.  "Shooters Earplugs, ideal for shooting
22  sports."  And tell me, Colonel, are you familiar at
23  all with that product?
24      A.  I am, yes.
25      Q.  Okay.  And did you know when Honeywell

Page 93

1  began to market that product?
2      A.  I do not.  Most of the work that I did with
3  Howard Leight/Honeywell was on the industrial side,
4  teaching industrial hearing conservation customers,
5  and this is a retail product.
6          I was -- This was like a sister
7  division in Honeywell.  So, no, I don't know when it
8  came into being.
9      Q.  Do you know if Sperian was selling that
10  product when you worked with Sperian before Honeywell
11  bought Sperian?
12          MR. GONZALEZ:  Object to form.
13          THE WITNESS:  I don't know the answer
14  to that.
15      Q.  (BY MR. CICCONE) When is the first time
16  that you think that you became aware that Honeywell
17  was selling those Shooters Earplugs?
18          MR. GONZALEZ:  The ones that she's
19  holding the case, right, that product?
20          MR. CICCONE:  Yes.
21          THE WITNESS:  When did I become aware
22  that Honeywell was selling this?  I would say
23  sometime in the first year of my employment.  So
24  2008, 2009.
25      Q.  (BY MR. CICCONE) Okay.  So I think you

Theresa Schultz
March 04, 2020                                    94 to 97

Page 94

1  testified that you went to work for Sperian in 2008.
2      A.  Yes.
3      Q.  And I think we talked about Honeywell
4  buying Sperian about 2010.
5      A.  Yes.
6      Q.  Okay.  So do I understand that when you
7  were working for Sperian, that you were aware that
8  Sperian was selling the Shooters Earplugs that are --
9  an exemplar box of which is there in your hand?
10     A.  It would not have been branded by Honeywell
11  at the time.
12     Q.  Well, obviously.
13     A.  It would have said Sperian.
14     Q.  It probably would have said Howard Leight
15  because that's the trademark?
16     A.  Yes.
17     Q.  Okay.  Colonel, we talked about the Murphy
18  paper, the NIOSH alert, the NIOSH paper.  We've even
19  talked about your PowerPoint all relating to dual
20  hearing protection to protect somebody from impulsive
21  noise from firearms.
22         My question is:  Did you ever talk to
23  anybody at Sperian about selling Shooters Earplugs
24  that are ideal for shooting sports when you knew that
25  double hearing protection was recommended to protect

Page 95

1  a shooter from impulsive noise from firearms?
2         MR. GONZALEZ:  Objection, form.
3         THE WITNESS:  Yeah.  The way you asked
4  the question, I'm not sure what you're getting at,
5  but let me answer as best I can.
6         The recommendations for double
7  protection are, as we've spoken about, that sort of
8  extra safety.  A well-fit foam earplug is certainly
9  adequate for most recreational firearms.
10     Q.  (BY MR. CICCONE) And, Colonel, we talked
11  about this risk that an improperly properly earplug
12  would not provide the attenuation that a properly fit
13  earplug would provide.
14         But do you see anything on the box
15  that talks about the risks that an improperly fit
16  earplug will not provide the required attenuation?
17     A.  There's information, a caution on the back
18  of the box.
19     Q.  Right.  And it does say that it's 33 NR if
20  properly worn or if used properly or something along
21  those lines?
22     A.  Something along those lines.
23     Q.  But the question really is, Colonel, if the
24  box says, "Shooters Earplugs, ideal for shooting
25  sports," does it say anything about NIOSH, or the

Page 96

1  Hearing Conservation Association, or Murphy, or any
2  of the other people that we've talked about
3  recommending that dual hearing protection is
4  necessary or required to protect somebody from
5  firearm's noise in an indoor range?
6         Does it say anything on the box about
7  that?
8         MR. GONZALEZ:  Object to form.
9         THE WITNESS:  No.
10         (Exhibit 6 marked)
11     Q.  (BY MR. CICCONE) Let me hand you Exhibit
12  No. 6, Colonel, that I believe is a paper that you
13  published in publication called Soldier
14  Modernisation?
15     A.  Yes.
16     Q.  And I believe, Colonel, that you published
17  this paper in 2013, and the title is, "New Research
18  Shows Firearms Users How to Keep Their Hearing Safe."
19         Do you remember publishing that paper?
20     A.  I do, yes.
21     Q.  And it's even got Honeywell's name on the
22  first page?
23     A.  Yes, sir.
24     Q.  And when you published that paper,
25  obviously, you were the hearing conservation manager

Page 97

1  for Honeywell?
2      A.  Yes.
3      Q.  Okay.  So, obviously, Honeywell was aware
4  of what you were doing and what papers you were
5  publishing?
6      A.  Yes.
7      Q.  Did somebody have to review that paper and
8  approve it before you submitted it for publication?
9      A.  Yes.
10     Q.  Who would that have been?
11     A.  A marketing person at the time, and I don't
12  remember who it was.
13     Q.  How many marketing people would Honeywell
14  have had that would have had to review your work?
15         MR. GONZALEZ:  Object to form.
16         THE WITNESS:  At that time?
17     Q.  (BY MR. CICCONE) Yes.  This is 2013.
18         THE WITNESS:  Yeah.
19         MR. GONZALEZ:  Object to form.
20         THE WITNESS:  There was usually one
21  marketing person who reviewed.  But that marketing
22  person changed over time.
23     Q.  (BY MR. CICCONE) Why would a marketing
24  person at Honeywell have to review a paper that you
25  would have submitted for publication on hearing

Theresa Schultz
March 04, 2020                                    98 to 101

Page 98

1  protection?
2        MR. GONZALEZ: Object to form.
3        THE WITNESS: Honeywell's policy is
4  anytime they publish things, the marketing people
5  have to review it, the lawyers have to review it.
6  They have a process.
7        Q. (BY MR. CICCONE) Did you get any feedback
8  from the marketing person about the content of the
9  article that you proposed to submit for publication?
10       MR. GONZALEZ: Object to form.
11       THE WITNESS: I do not recall
12  specifically, but likely, the marketing people often
13  did helpful edits of just the grammatical corrections
14  and things like that.
15       Q. (BY MR. CICCONE) And I noticed that your
16  coauthor was William Murphy?
17       A. Yes, sir.
18       Q. And Murphy is the gentleman whom we
19  described earlier, has published a lot of things, and
20  he was at NIOSH, and he probably still is?
21       A. Yes.
22       Q. Do you know if Murphy is still working, or
23  is he retired?
24       A. He's still there.
25       Q. And, Colonel, one of the things that you

Page 99

1  say in this paper is that NIOSH recently published
2  recommendations to reduce exposure to both lead and
3  noise, and then you cite the paper. They recommend
4  using both earplugs and earmuffs as double protection
5  to keep peak exposure levels below 140 decibels in
6  eight-hour time weighted average below 85 decibels.
7  And then it goes on.
8        Do you remember writing that?
9        A. Yes.
10       Q. And when you wrote that and published that
11  article in 2013, that would have been approximately
12  four years after the NIOSH alert came out in 2009
13  requiring -- or recommending that employers require
14  that workers and shooters wear double hearing
15  protection?
16       A. And let me clarify where you corrected
17  yourself and said not requiring. NIOSH can't require
18  anything --
19       Q. They can recommend?
20       A. -- but they can recommend.
21       Q. They can recommend that employers require
22  it?
23       A. Yes.
24       Q. But when you wrote this paper, it was about
25  four years after that alert had come out?

Page 100

1        A. And I'm citing their recommendation.
2        Q. And you sure are. And that would have been
3  about, oh, five years after Murphy published the
4  paper that you and I have discussed earlier where he
5  had investigated the SWAT team and the exposure to
6  the firearms noise, and was recommending double
7  hearing protection in 2008. Am I right or wrong?
8        A. That's correct.
9        Q. So is there any dispute that Honeywell was
10  aware, at least as of 2013, that NIOSH was
11  recommending double hearing protection to protect
12  shooters from firearms noise on indoor ranges?
13       MR. GONZALEZ: Object to form.
14       THE WITNESS: So the form you ask, is
15  Honeywell aware? You know, Honeywell is a big
16  company. So yes, we -- yes.
17       Q. (BY MR. CICCONE) Well, you were certainly
18  aware?
19       A. I was aware. I was.
20       Q. And you worked with Honeywell at the time?
21       A. Yes, yes.
22       Q. And this marketing person, and whatever
23  lawyer --
24       A. Other people.
25       Q. -- reviewed that publication, you agree

Page 101

1  they were certainly aware?
2        A. Yes.
3        MR. GONZALEZ: Object to form.
4        Q. (BY MR. CICCONE) Colonel, let's -- the next
5  paper I want to discuss with you, it's a 2017 paper.
6  Let me mark this one.
7        MR. CICCONE: We're at Exhibit No. 22.
8        (Exhibit 22 marked)
9        Q. (BY MR. CICCONE) And this is a NHCA, that's
10  the National Hearing Conservation Association, right?
11       A. Yes.
12       Q. And we've discussed that organization, and
13  you've been president. And you've been a member for
14  30 years, right?
15       And this is a position paper on
16  recreational firearms noise. Have you ever seen that
17  paper before?
18       A. I have seen it.
19       Q. And it was published March 16 of 2017?
20       A. Yes.
21       Q. Okay. When was the first time that you can
22  remember seeing it?
23       A. Probably shortly after its publication.
24       Q. And some of the authors include Michael
25  Steward, Deanna Meinke, M-E-I-N-K-E, a William

Theresa Schultz
March 04, 2020                                    102 to 105

Page 102

1   Murphy.
2        Q.   Okay.  Do you know Steward or Meinke?
3        A.   I do.
4        Q.   Are these people that are part of this
5   hearing conservation community --
6        A.   They are.
7        Q.   -- that you're a member of?
8             Okay.  And are they widely published,
9   widely known within the community --
10       A.   They are.
11       Q.   -- that you're in?
12            And one of the things that they say --
13  this is going to be on page 5, where they say, "Dual
14  hearing protection, earplugs plus earmuffs, will
15  provide the greatest protection."
16            Do you see where I read that?
17       A.   Yes.
18       Q.   Do you agree with that statement?
19       A.   Yes.
20       Q.   And it's not could provide, may provide,
21  but it says, "it will provide the greatest
22  protection."  Do you agree?
23            MR. GONZALEZ:  Object to form.
24            THE WITNESS:  I might edit to say
25  "could", but it's their paper.

Page 103

1        Q.   (BY MR. CICCONE) And when that paper came
2   out, Colonel, were you still working for Honeywell?
3        A.   In 2017, yes.
4        Q.   Because you left in 2019?
5        A.   Right.
6        Q.   Do you recall ever discussing this
7   publication with any of your colleagues at Honeywell?
8             MR. GONZALEZ:  Object to form.
9             THE WITNESS:  By 2017, I had changed
10  roles within Honeywell and become a global training
11  manager for all of our PPE.  So I was not focusing
12  specifically on the hearing conservation at that
13  time.
14            Although I read that as a professional
15  document that I read, I don't recall specifically
16  talking to anybody at Honeywell about it.  It's
17  possible I did.
18       Q.   (BY MR. CICCONE) Fair enough.
19            The next paper, Colonel, is -- it's
20  another 2017 paper.
21            MR. CICCONE:  I'm going to mark this
22  as Exhibit 23.
23            (Exhibit 23A marked)
24       Q.   (BY MR. CICCONE) And this is a paper by
25  Deanna Meinke, who we discussed, William Murphy,

Page 104

1   again, and a number of other people that -- can I
2   presume that you know all these people, or you
3   associated with them at different times in your
4   career?
5        A.   I know all except the last one.
6             And, yes, that's who we referred to as
7   a Rudyard gang in that other article that I wrote.
8        Q.   The Rudger gang?
9        A.   Yes.
10       Q.   How do you spell that?
11       A.   R-U-D-Y-A-R-D.
12       Q.   Rudyard?
13       A.   Rudyard, Michigan.  They actually go to
14  Rudyard, Michigan to do research on these firearm
15  exposures.
16       Q.   Who does that research there?
17       A.   That group of people that I cite in the
18  articles.
19       Q.   Do you know who sponsors that research?
20            MR. GONZALEZ:  Object to form.
21            THE WITNESS:  I -- I -- in the --
22  "sponsor" can mean a lot of different things --
23       Q.   (BY MR. CICCONE) Who pays for that
24  research?
25            MR. GONZALEZ:  Object to form.

Page 105

1             THE WITNESS:  I don't know.
2        Q.   (BY MR. CICCONE) Do you know if Honeywell
3   either pays for or participates with that research?
4             MR. GONZALEZ:  Object to form.
5             THE WITNESS:  I know they do not.
6        Q.   (BY MR. CICCONE) You know for a fact that
7   they do not?
8        A.   I know for a fact they do not.
9        Q.   How do you know for a fact that they do
10  not?
11       A.   I think as an employee I would have known
12  had they done it.  We tried to get them to sponsor a
13  lot of NHCA activities, and they were reluctant to do
14  that.
15       Q.   Why, budget?  Other reasons?
16            MR. GONZALEZ:  Object to form.
17            THE WITNESS:  Budget.
18       Q.   (BY MR. CICCONE) And, Colonel, there's --
19  on page 276 of this -- this article that we're
20  discussing, the author is saying -- and I'll read
21  it -- "Dual hearing protection", in parentheses,
22  (earplugs, earplugs worn in combination with a
23  earmuff), closed parenthesis, "provides the greatest
24  protection."
25            Do you see what I've read?

Theresa Schultz
March 04, 2020                                      106 to 109

Page 106

1    A.  I do.

2    Q.  And actually, there's a footnote, footnote

3   76, and it happens to be the Murphy article that we

4   had discussed earlier that was published in 2007,

5   2008.  Okay.  Do you agree with that statement?

6         MR. GONZALEZ:  Objection to form.

7         THE WITNESS:  The physics of hearing

8   protection makes that true.

9    Q.  (BY MR. CICCONE) And, again, I don't want

10   to quibble, but dual hearing protection provides the

11   greatest protection.  Not that it will or not that it

12   should.  Not that it could.  Not that it may.  They

13   seem to be, it's unconditional.  It does provide the

14   greatest protection.

15         Do you agree with my interpretation of

16   that?

17         MR. GONZALEZ:  Objection, sidebar and

18   form.

19         THE WITNESS:  I do not because I can

20   think of an exception.

21    Q.  (BY MR. CICCONE) What exception can you

22   think of?

23    A.  If you don't wear an earplug well at all,

24   and you are only wearing the earmuff, and that's

25   what's providing the big amount of protection for

Page 107

1   you, you're likely to be getting less protection than

2   you would if you had a well-fit foam earplug and a

3   muff on top of it.

4    Q.  I understand that.  But we've discussed

5   earlier that if, for whatever reason, the plug is not

6   fitting correctly, you agree that you will get at

7   least some attenuation from wearing the muff?

8    A.  I do agree.

9         THE VIDEOGRAPHER:  Excuse me, sir.  We

10   have less than five minutes left.

11    Q.  (BY MR. CICCONE) Okay.  Let me talk one

12   more -- let me see if we have another video.

13         Colonel, do you know what the USA

14   Shooting Team does?  Have you ever heard of that

15   organization?

16    A.  I have heard of them.

17    Q.  Do you know what that organization does?

18         MR. GONZALEZ:  Object to form.

19         THE WITNESS:  I don't know a lot of

20   detail about them, but I'm met a couple of them one

21   time.

22    Q.  (BY MR. CICCONE) Are these people that are

23   training to go to the Olympics, or do you know?

24    A.  I believe they are.

25    Q.  Because, Colonel, the package of Honeywell

Page 108

1   earplugs that are at issue in this case, it says that

2   they are the USA Shooting Team official supplier.  Do

3   you see that?

4    A.  I do.

5    Q.  Okay.  When you were still at Honeywell, do

6   you know if Honeywell was the official supplier of

7   the USA Shooting Team?

8         MR. GONZALEZ:  Objection, form.

9         THE WITNESS:  At some point in time,

10   we were.

11    Q.  (BY MR. CICCONE) And do you know what in

12   particular Honeywell supplied to the team?

13    A.  I do not.

14    Q.  Did you ever consult with any team members

15   with respect to the type of hearing protection that

16   the team members should wear while shooting firearms?

17    A.  No, I did not.

18    Q.  Do you know, Colonel, whether, in fact,

19   Honeywell is the official supplier to the USA

20   Shooting Team?

21         MR. GONZALEZ:  Currently?

22         MR. CICCONE:  Currently.

23         MR. GONZALEZ:  Object to form.

24         THE WITNESS:  I don't know.

25    Q.  (BY MR. CICCONE) Do you know when the last

Page 109

1   time Honeywell was the official supplier for the USA

2   Shooting Team?

3         MR. GONZALEZ:  Object to form.

4         THE WITNESS:  I do not.

5    Q.  (BY MR. CICCONE) Do you know, Colonel, if

6   the USA Shooting Team recommends that its team

7   members use Honeywell hearing protection equipment?

8         MR. GONZALEZ:  Object to form.

9         THE WITNESS:  I do not.

10         As I mentioned, most of my work was on

11   the industrial side, and this is on the retail side.

12   So I don't know that level of detail.

13         (Discussion off the record)

14         THE VIDEOGRAPHER:  Time now is

15   4:16 p.m.  We are off the record.

16         (Recess from 4:16 p.m. to 4:28 p.m.)

17         THE VIDEOGRAPHER:  The time now is

18   4:28 p.m.  We back book on the record.

19         (Exhibit 7 marked)

20    Q.  (BY MR. CICCONE) Colonel, before the break,

21   we were talking a little bit about this USA Shooting

22   Team, and I want to direct your attention to a safety

23   video that the team publishes on its website.  And

24   Exhibit No. 7, for the benefit of counsel, is a copy

25   of the webpage, and it's got the link to the safety

Theresa Schultz
March 04, 2020                                            110 to 113

Page 110

1  video.
2      A.  Okay.
3      Q.  And they say that this safety video was
4  produced by the National Shooting Sports Foundation.
5  Are you familiar at all with that organization?
6      A.  I am.
7      Q.  And I've seen you cite that organization in
8  a couple of the publications.  And tell me what your
9  association is or your familiarity with that
10 organization may be.
11     A.  Probably twofold.  The National Shooting
12 Sports Foundation is -- I guess you would call them a
13 trade association.
14     Q.  I think that's how they characterize
15 themselves, as a trade association for the firearms
16 industry.
17     A.  Yes.
18     Q.  Okay.  And tell me, they're based out of
19 Connecticut?
20     A.  I don't know where they are based out of.
21 I access them online, or, you know, through seeing
22 their booths at events or something like that.
23         But, yeah, trade associations of the
24 companies that have anything to do with firearms.
25     Q.  Do you know if Honeywell is a member of the

Page 111

1  associations?
2          MR. GONZALEZ:  Object to form.
3          THE WITNESS:  The retail side of
4  Howard Leight, at least was at the time.  You know,
5  I'm not a Honeywell employee now, so I can't tell you
6  whether they are now.  But they were a member when I
7  was at Honeywell, yes.
8      Q.  (BY MR. CICCONE) And you left Honeywell in
9  2019?
10     A.  Yes.
11     Q.  And you were with Honeywell from about 2010
12 until about 2019?
13     A.  2008, yes.
14     Q.  And while you were at Honeywell, did you
15 ever go to any National Shooting Sports Foundation
16 events?
17     A.  Yes.
18     Q.  Okay.  What events did you attend?
19     A.  The first event was, again, as a member of
20 the association.  Howard Leight had a shooting team
21 that went to a fundraising weekend that the National
22 Shooting Sports Foundation hosted.
23         And I actually was chosen to be on the
24 shooting team for that weekend, and so I got to go to
25 Kentucky to this really cool place where they had

Page 112

1  pistol shooting, and rifle shooting, and shotgun
2  shooting.  And we did that for a weekend and
3  basically fundraised for the National Shooting Sports
4  Foundation.
5      Q.  And what year do you think you went to that
6  event?
7      A.  It was probably --
8          MR. GONZALEZ:  Object to form.
9          THE WITNESS:  Probably -- and I don't
10 remember -- maybe 2011 or somewhere around there.
11     Q.  (BY MR. CICCONE) Okay.  And you said that
12 Howard Leight had a shooting team.  You mean Howard
13 Leight, the inventor or businessman, or Howard
14 Leight, the product --
15     A.  Howard Leight, the product.  Yes.
16     Q.  So that would have been Honeywell had a
17 shooing team?
18     A.  Correct.
19     Q.  Okay.
20     A.  And the second thing I had to do with them
21 at all was -- again, most of my work for Honeywell
22 was on the industrial side of things, but on rare
23 occasions, the retail side would invite us to come
24 over and help.
25         And so I went to a SHOT Show, which is

Page 113

1  a huge trade show that they have once a year for all
2  of the shooting sports businesses, and provided some
3  education to range operators and anybody who, you
4  know, would come listen to our training about Howard
5  Leight and their new earmuff product that they had,
6  and how to protect yourselves, that sort of thing.
7      Q.  What year do you think you went to that
8  trade show?
9          MR. GONZALEZ:  Object to form.
10         THE WITNESS:  I, again, don't remember
11 years but it would be somewhere around maybe 2013 or
12 '14, maybe.
13     Q.  (BY MR. CICCONE) Okay.  And that would have
14 been -- would that have been after you published the
15 article in Soldier Modernisation recognizing that
16 NIOSH recommended double hearing protection for
17 shooters?
18     A.  I don't remember which was first or second.
19     Q.  And it certainly would have been after
20 NIOSH's alert of 2009 recommending that employers
21 require that workers and shooters on indoor ranges
22 wear double hearing protection?
23     A.  It is after that date.
24     Q.  And, Colonel, you say that you spoke at
25 that conference on educational issues.  I guess those

Theresa Schultz
March 04, 2020                              114 to 117

Page 114

1  included hearing conservation?
2      A.  Yes.
3      Q.  And give me a snapshot of the content of
4  your address to the group, if you can remember.
5          MR. GONZALEZ:  Object to form.
6          THE WITNESS:  I really don't remember.
7  I'd have to look at slides, but the message in
8  general was to wear hearing protection whenever
9  you're exposed to recreational firearms.  And I
10 answered questions from the audience that were,
11 again, mostly range operators.
12     Q.  (BY MR. CICCONE) Do you recall discussing
13 the notion of wearing double hearing protection on a
14 firing range?
15         MR. GONZALEZ:  Object to form.
16         THE WITNESS:  I don't recall.  But
17 it's possible that I did.
18     Q.  (BY MR. CICCONE) And you said you had
19 slides, so do you know where those slides are?
20     A.  No.  And I don't have a Honeywell computer
21 anymore, so...
22     Q.  Do you think Honeywell may still have a
23 copy of your presentation?
24         MR. GONZALEZ:  Object to form.
25         THE WITNESS:  I have no idea.

Page 115

1      Q.  (BY MR. CICCONE) When was the last time you
2  saw that presentation?
3      A.  Probably --
4          MR. GONZALEZ:  Objection to form.
5          THE WITNESS:  -- when I gave it.
6      Q.  (BY MR. CICCONE) Did you just give it one
7  time, or did you give it more than once?
8      A.  I think we might have had several sessions
9  at the particular SHOT Show.  And so, yes, I probably
10 gave it several times to several different audience
11 groups.
12     Q.  Okay.  But that was the only time that you
13 ever presented that material or -- in other words,
14 did you go to a different event, maybe a different
15 trade show, a different retreat, or whatever the
16 occasion may have been?
17     A.  For that content?
18     Q.  Yes.
19     A.  That content was likely a subset of the
20 seminar slides that we provided that you had copies
21 of there, that the best practices in hearing
22 conservation, the big deck.
23     Q.  Right.  And that included the slide where
24 you related that double hearing protection can
25 provide more protection than a single layer of

Page 116

1  protection?
2      A.  Yes.
3      Q.  Okay.  Colonel, I want to -- I want to play
4  a short clip from this safety video that is linked on
5  the National USA Shooting Team video, and it's
6  apparently produced by the National Shooting Sports
7  Foundation.  And you told us your experiences with
8  that group.
9          It's a long video, and I only want to
10 show you a very short clip.  And the clip begins at
11 about two minutes into the video.  And I produced the
12 entire video on a flash drive.
13         MR. GONZALEZ:  You're getting it?
14     Q.  (BY MR. CICCONE) Ready?
15     A.  Uh-huh.
16     Q.  What I'm going to do, I'm going to fast
17 forward this because I don't want to --
18         (Exhibit 8 marked)
19         (Video playing)
20     Q.  (BY MR. CICCONE) First of all, do you know
21 this person who is giving this address?
22     A.  I do not.
23     Q.  Have you ever seen her before?
24     A.  No.
25         (Video playing)

Page 117

1      Q.  (BY MR. CICCONE) Let me stop it there.  Do
2  you see where she's wearing the earmuffs?
3      A.  Yes.
4      Q.  Do you have any concerns about how she's
5  wearing those earmuffs?
6          MR. GONZALEZ:  Objection, form.
7          THE WITNESS:  I would prefer her to
8  sweep her hair back when she puts the earmuffs on.
9      Q.  (BY MR. CICCONE) Okay.  And how about the
10 safety glasses that's she's wearing that would pass
11 over her ears, would those safety glasses perhaps
12 minimize the seal that those muffs are providing
13 against the side of her head and protecting her
14 hearing?
15         MR. GONZALEZ:  Object to form.
16         THE WITNESS:  There is some data that
17 shows that for most type of safety glass temples, it
18 doesn't degrade the hearing protector more than about
19 5 dB.  But for really thick ones, it can degrade the
20 seal of the hearing protection.
21     Q.  (BY MR. CICCONE) Okay.  And there's just a
22 couple more seconds, and it will go quickly.
23         (Video playing)
24     Q.  (BY MR. CICCONE) Did you hear what she just
25 said?

Theresa Schultz
March 04, 2020                                         118 to 121

Page 118

1    A.  Uh-huh.
2    Q.  And that's the National Shooting Sports
3  Foundation --
4    A.  Uh-huh.
5    Q.  -- saying that they recommend double
6  hearing protection, the muffs and the plugs.  Do you
7  agree?
8        MR. GONZALEZ:  Object to form.
9    Q.  (BY MR. CICCONE) Yes?
10    A.  Yes.
11    Q.  Would you agree the USA Shooting Team
12  recommends double hearing protection, the muffs and
13  the plugs, to the extent that it's citing that safety
14  video on its website?
15        MR. GONZALEZ:  Objection, form.
16        THE WITNESS:  One would assume, yes.
17        (Exhibit 9 marked)
18    Q.  (BY MR. CICCONE) Colonel, this package of
19  these Shooters Earplugs that we've been talking about
20  where they're ideal for the shooting sports, the USA
21  Shooting Team official supplier, Colonel, I know
22  you're not a packaging expert, but you're certainly a
23  hearing conservation expert.  And I want you to tell
24  me, if you can, do you see anything on that package
25  of the Shooters Earplugs that discloses that NIOSH,

Page 119

1  the National Hearing Conservation Association, the
2  National Sports Shooting Foundation, and the USA
3  Shooting Team all recommend that shooters wear double
4  hearing protection?  Do you see anything on the
5  package?
6        MR. GONZALEZ:  Objection, form.
7        THE WITNESS:  I do not.
8    Q.  (BY MR. CICCONE) Let me -- I'm going to
9  digress very briefly -- and this is going to be very
10  brief -- are you familiar with all the firearms
11  suppressors?
12    A.  I am.
13    Q.  And are these sometimes called silencers?
14    A.  They are.
15    Q.  Okay.  And I think most of us have seen
16  James Bond and other heros in movies use a
17  suppressor, but do you think that accurately reflects
18  the noise attenuation that a suppressor or a silencer
19  will actually provide, or is it just Hollywood?
20        MR. GONZALEZ:  Objection, form.
21        THE WITNESS:  It does not
22  accurately -- most of the time does not accurately
23  represent.
24    Q.  (BY MR. CICCONE) Okay.  Will a suppressor
25  completely eliminate or silence the noise from a

Page 120

1  firearm?
2    A.  No.
3        MR. GONZALEZ:  Object, form.
4    Q.  (BY MR. CICCONE) Will a suppressor -- I'm
5  sorry, what?
6    A.  It was -- making sure it wasn't talked
7  over.
8        THE VIDEOGRAPHER:  Excuse me, sir,
9  could you clip on the microphone again?
10        MR. CICCONE:  Oh, sorry about that.
11    Q.  (BY MR. CICCONE) Colonel, do you believe or
12  have reason to believe that somebody who is using a
13  suppressor should wear hearing protection --
14        MR. GONZALEZ:  Objection, form.
15    Q.  (BY MR. CICCONE) -- in addition to relying
16  upon the suppressor?
17        MR. GONZALEZ:  Objection, form.
18        THE WITNESS:  Again, it's just one
19  more level of protection.
20    Q.  (BY MR. CICCONE) Colonel, when did you
21  first learn about the case that we're here to
22  discuss?
23    A.  I want to say sometime maybe late 2017,
24  2018.
25    Q.  I don't want to -- okay.  I don't want to

Page 121

1  know what you may have discussed with legal counsel,
2  but do you remember discussing the case with any of
3  your colleagues or former colleagues at Honeywell?
4    A.  Yes.
5        MR. GONZALEZ:  Outside --
6    Q.  (BY MR. CICCONE) Outside legal counsel.
7        THE WITNESS:  Oh, no.
8        MR. GONZALEZ:  -- legal counsel.
9    Q.  (BY MR. CICCONE) You didn't talk to anybody
10  in Honeywell, including any of your colleagues,
11  former colleagues, or anybody like that?
12    A.  My colleague and I both spoke with Neil.
13        MR. GONZALEZ:  Again --
14    Q.  (BY MR. CICCONE) Okay.  I don't want to
15  know what you talked to your lawyer about.
16        MR. GONZALEZ:  He's asking any
17  meetings that you talked to anybody at Honeywell
18  where nobody from legal was there, meaning myself or
19  Mr. Sambursky or anybody from legal.
20        He's talking about non-privileged
21  conversations.
22        THE WITNESS:  Yeah.  None that I
23  recall.
24    Q.  (BY MR. CICCONE) Colonel, other than legal
25  counsel, have you ever discussed this case with

Theresa Schultz
March 04, 2020                           122 to 125

Page 122

1  anybody at Honeywell?
2      A.  Not that I recall.
3      Q.  You talked about your colleague.  Can you
4  name your colleague?
5      A.  I can.
6      Q.  What's her name, his name?
7      A.  His name.  Dr. Bob Ghent.
8      Q.  And he is a gentleman who works in San
9  Diego?
10     A.  Yes, sir.
11     Q.  What's his title?  Is he an audiologist?
12     A.  He is an audiologist.
13     Q.  Did Bob call you?  Did you call him?  How
14  did that conversation come about?
15     A.  Bob and I were both contacted by
16  Mr. Sambursky, and we met with him, and he
17  explained --
18         MR. GONZALEZ:  Don't talk to him
19  about --
20     Q.  (BY MR. CICCONE) We don't --
21         MR. GONZALEZ:  -- any conversations
22  with Mr. Sambur -- he's asking if you and Bob met --
23         THE WITNESS:  Talked outside of our
24  meetings with Neil?
25         MR. GONZALEZ:  Right.

Page 123

1         THE WITNESS:  Yeah.
2      Q.  (BY MR. CICCONE) You didn't?
3      A.  Not that I recall.
4      Q.  Okay.  You never -- Do you have any way to
5  get in touch with him, for example, his cell phone?
6  Do you have an email address for him?
7      A.  I do.
8      Q.  Did you communicate with him either by cell
9  phone or by email outside of the context of this
10  conversation that you had or may have had with legal
11  counsel?
12     A.  Not that I recall.
13         (Exhibit 10 marked)
14     Q.  (BY MR. CICCONE) Let me talk to you a
15  little bit, Colonel -- we've talked to you about
16  these Shooters Earplugs.  And I want to ask you -- I
17  want to ask you if you're familiar at all with this
18  other model.  I think these are called MAXX Earplugs?
19     A.  Uh-huh.
20     Q.  Are you familiar at all with that product
21  line?
22     A.  Yes.
23     Q.  And do you know or do you believe that
24  those MAXX Earplugs were sold by Sperian before
25  Honeywell bought Sperian?

Page 124

1      A.  Yes.
2         MR. GONZALEZ:  Counsel, can we -- the
3  one at issue for this case, I have no problem with
4  just referencing it.  Can we take a picture of the
5  other one that you're showing?
6         (Exhibit 11 marked)
7      Q.  (BY MR. CICCONE) We're going to use --
8  Exhibit No. 9, Colonel, these are some photographs of
9  these Shooters Earplugs that we've been talking
10  about.  And you have an exemplar box there in front
11  of you.
12         And then these MAXX Earplugs that
13  we're currently talking about will be Exhibit No. 10.
14         (Exhibit 10 marked)
15         MR. GONZALEZ:  Thank you.
16     Q.  (BY MR. CICCONE) And you can just -- you can
17  use the boxes if you don't want to look at the
18  pictures.  But do you recall whether or not Sperian
19  was selling those MAXX Earplugs when you first went
20  to work for Sperian?  That would have been about
21  2008.
22     A.  I do recall.
23     Q.  Did you ever have any involvement with the
24  marketing of that product, either with the marketing
25  people, the labeling people, the people testing the

Page 125

1  earplugs?  Did you have any involvement at all with
2  any of those people?
3      A.  Let me explain that this is basically the
4  same earplug in a different color.
5      Q.  I wanted to ask you that.  And how do you
6  know that, Colonel?
7      A.  Because I worked in Honeywell, and I know
8  how they're produced.  And it's the same form, and
9  they just use different coloring in the mix to make
10  the different product.
11         And -- yeah.
12     Q.  Do you know where those products are
13  manufactured?
14     A.  I do.
15     Q.  Where?
16     A.  San Diego.
17         MR. GONZALEZ:  The MAXX, you're
18  saying?
19         THE WITNESS:  Both.
20     Q.  (BY MR. CICCONE) Oh, is there one factory
21  that produces both, if you know?
22     A.  Yes.
23     Q.  And have you ever been to that factory?
24     A.  I have.
25     Q.  What was your purpose in going to the

Theresa Schultz
March 04, 2020                                    126 to 129

Page 126

1  factory?
2      A.  To provide training to our salespeople was
3  one occasion.
4          To meet with my boss there for another
5  occasion.
6          To have business meetings --
7      Q.  Your boss worked at the factory?
8      A.  My boss worked -- yeah, the same building,
9  yes.
10     Q.  What was your boss's name?
11     A.  Brad Witt.
12     Q.  And Brad Witt has published a number of
13  papers on hearing conservation as well, has he not?
14     A.  He has.
15     Q.  Is he still at Honeywell; do you know?
16     A.  He is not.
17     Q.  He retired or gone somewhere else?
18     A.  He retired.
19     Q.  Okay.  And so you say that you went to the
20  factory there in San Diego to discuss with groups
21  including the salespeople?
22     A.  Yes.
23     Q.  What discussions did you have with the
24  salespeople?
25     A.  We provided the salespeople with training

Page 127

1  materials that they could share with their
2  distributor customers about hearing conservation.
3      Q.  Okay.  With respect to those Shooters
4  Earplugs, what materials do you recall providing to
5  the salespeople that they could share with their
6  distributors and their customers?
7      A.  So let me clarify your question.  Again, I
8  worked on the industrial side, and I was training
9  industrial salespeople.  And the retail side of the
10  business is who sells these two products that we're
11  looking at here.  So I did not train the salespeople
12  on the retail side.  I trained the salespeople on the
13  industrial side.
14     Q.  Okay.  Colonel, on the industrial side,
15  were you training people that were selling to
16  customers that operated shooting ranges?
17     A.  No, sir.
18     Q.  Do you know if either one of those earplugs
19  is or ever has been distributed to any branch of the
20  U.S. military?
21     A.  The MAXX Earplugs has a national stock
22  number for the military.
23     Q.  Okay.  National stock number means what?
24     A.  Means that the military can buy it in bulk
25  easily.

Page 128

1      Q.  Do you know if the military, in fact, does
2  buy that earplug in bulk?
3      A.  They do.
4      Q.  And do you know how long that the military
5  has been buying that MAXX Earplugs in bulk?
6      A.  I do not know that.
7      Q.  And when you were working for Honeywell,
8  was the military buying the MAXX Earplugs from
9  Honeywell in bulk?
10     A.  Yes.
11     Q.  Did you ever consult with any members of
12  the military with respect to the expected uses of
13  that MAXX Earplugs?
14         MR. GONZALEZ:  Object to form.
15         THE WITNESS:  That seems like a very
16  awfully broad question.
17     Q.  (BY MR. CICCONE) Let me narrow it down.
18         Did you ever consult with any members
19  of the military with respect to what protection, if
20  any, that those MAXX Earplugs would provide to
21  service people to attenuate impulse noise from
22  firearms?
23     A.  Yes.
24     Q.  What information did you provide them?
25         MR. GONZALEZ:  Object to form.

Page 129

1         THE WITNESS:  In seminars and
2  educational materials that we provided to the public
3  in general, military people would often come to our
4  seminars and be part of the audience, or I'm sure
5  read some of these trade journals.
6         And the information that we provided
7  is that a well-fit foam earplug is -- provides the
8  highest amount -- can provide, if it's well fit, the
9  highest amount of protection for both continuous and
10  impulse noise.
11     Q.  Did you tell the military when you were
12  giving these instruction seminars to them that NIOSH
13  recommended the wearing of double hearing protection
14  to protect people against impulse noise from
15  firearms?
16         MR. GONZALEZ:  Object to form.
17         THE WITNESS:  That is one piece of
18  information that I shared where the other piece of
19  information that goes along with this, especially in
20  military environments, are that you don't often want
21  the maximum amount of protection in a military
22  environment because you lose situational awareness.
23     Q.  (BY MR. CICCONE) Right.  And, of course,
24  that's a big concern for people, particularly in
25  urban combat situations; is that correct?

Theresa Schultz
March 04, 2020                                    130 to 133

Page 130

1    A. It is, sir.
2    Q. Colonel, while you were with Honeywell,
3  were you aware that Honeywell was marketing Shooters
4  Earplugs to people that could potentially wear them
5  in indoor ranges and protect their hearing from
6  firearms noises?
7    A. I was aware of that.
8    Q. Okay. And how did you become aware of
9  that?
10    A. Seeing them at places where I go, go to
11  sporting goods store. And I knew there was a retail
12  side of the business that sold these hearing
13  protectors through those kind of distribution places
14  there.
15    Q. Did you ever talk to any of the people in
16  the retail side of the business who were selling
17  those Shooters Earplugs about the recommendations by
18  NIOSH that a double hearing protection would better
19  protect a person's hearing from impulse noise from
20  firearms?
21    MR. GONZALEZ: Object to form.
22    THE WITNESS: It's possible that
23  conversation took place because that was a point that
24  we made in our routine training seminars.
25    Q. (BY MR. CICCONE) Colonel, did you have any

Page 131

1  concerns with this retail side selling these earplugs
2  as Shooters Earplugs that are ideal for shooting
3  sports, knowing that NIOSH and these other
4  organizations was recommending the use of double
5  hearing production?
6    MR. GONZALEZ: Object to form.
7    THE WITNESS: Did I have any trouble
8  with it? No, because what it's saying here is ideal
9  for shooting sports, Shooters Earplugs, and in fact
10  if you're going to use a hearing protector, a
11  well-fit foam earplug would be the protector of
12  choice.
13    Q. (BY MR. CICCONE) Right. And we talked
14  earlier about potential risk if the protectors don't
15  fit properly, or if they are not inserted properly,
16  the potential risk that the person would not get the
17  protection that they needed to get to protect their
18  hearing?
19    MR. GONZALEZ: Object to form.
20    THE WITNESS: Yes, we have talked
21  about that.
22    Q. (BY MR. CICCONE) Okay. Did you ever
23  discuss that potential risk with the retail people at
24  Honeywell that were selling those Shooters Earplugs?
25    MR. GONZALEZ: Objection, form.

Page 132

1    THE WITNESS: I did not specifically
2  discuss that.
3    Q. (BY MR. CICCONE) Why not?
4    MR. GONZALEZ: Object to form.
5    THE WITNESS: Because I don't think
6  there's a requirement to always wear double
7  protection.
8    Q. (BY MR. CICCONE) Do you think that it was
9  important that the people on the retail side know
10  that NIOSH and these other organizations were
11  recommending that employees require that shooters
12  wear double hearing protection? Do you think that it
13  was important that they know that?
14    MR. GONZALEZ: Objection, form.
15    THE WITNESS: There's nothing on this
16  package that says you can't wear this with an
17  earmuff. And so ideal for shooting sports applies to
18  earplug side of that. The double protection is a
19  different issue. This is -- you can wear a muff on
20  top of that. But when you look at just the plug, if
21  you're just going to wear a plug, this is the ideal
22  one.
23    Q. (BY MR. CICCONE) Colonel, there is a --
24  there is an outfit in Pennsylvania that's that called
25  Michael & Associates. Are you familiar at all with

Page 133

1  that outfit?
2    A. I am.
3    Q. Right. And the principal is a gentleman
4  whose name is Kevin Michael. Do you know Kevin?
5    A. I do.
6    Q. And Kevin's background is what? He's an
7  audiologist?
8    A. He is.
9    Q. He's a PhD?
10    A. He is.
11    Q. Do you know if his father started this
12  business, Michael & Associates?
13    A. His father did.
14    Q. Did you know his father?
15    A. No, I never met his father.
16    Q. In any event, this business has been around
17  for quite a while?
18    A. It has.
19    Q. Have you ever actually been to Michael &
20  Associates, their test facility there in
21  Pennsylvania?
22    A. I've not, no.
23    Q. Have you ever wanted to go?
24    A. I have.
25    Q. Do you know what it looks like and what

Theresa Schultz
March 04, 2020                                    134 to 137

Page 134

1    kind of the equipment they have?
2        A.  Not specifically, but I know that they met
3    NVLAP requirements, and I know what the NVLAP
4    requirements are.  And so, you know, I have a general
5    idea what it looks like.
6        Q.  What do they do there?  Do they the test
7    hearing protection devices among other things?
8            MR. GONZALEZ:  Objection, form.
9            THE WITNESS:  They do.
10           THE REPORTER:  I'm sorry?
11           THE WITNESS:  They do.
12           THE REPORTER:  Thank you.
13       Q.  (BY MR. CICCONE, do you know if
14   Michael & Associates tests hearing protection
15   equipment for a fee?
16           In other words, you can pay them to
17   test hearing equipment if you're manufacturing it and
18   marketing it?
19           MR. GONZALEZ:  Objection, form.
20           THE WITNESS:  Yes.
21       Q.  (BY MR. CICCONE) And do you know if
22   Honeywell has sent its hearing protection equipment
23   to Michael & Associates over the years for testing?
24       A.  Yes.
25       Q.  And did they send hearing protection

Page 135

1    equipment to Michael & Associates during the period
2    of time that you worked for Honeywell?
3        A.  Yes.
4        Q.  Did they do it more than once?
5        A.  Yes.
6        Q.  Did you have any communication with either
7    Kevin Michael or anybody at Michael & Associates with
8    regard to them testing hearing protection equipment
9    for Honeywell?
10       A.  That was not in my job description, no.
11       Q.  Did you ever communicate with Kevin Michael
12   either on his testing or hearing protection equipment
13   or on some other topic relating to hearing
14   conservation?
15       A.  Other topics relating to hearing
16   conservation.
17       Q.  Did y'all ever author a paper together?
18       A.  I'm trying to remember if we did.  Not that
19   I recall.  Although, I've worked with him on ANSI,
20   American National Standards Institute, projects.
21       Q.  Does he speak at conferences?
22       A.  He does.
23       Q.  Have you ever spoken at the same conference
24   with him?
25       A.  Yes.

Page 136

1            (Exhibit 12 marked)
2        Q.  (BY MR. CICCONE) Colonel, there is a report
3    that's dated December 1st of 2003 that is Exhibit No.
4    12.  And I'm going to ask you first whether you've
5    ever seen that before.
6        A.  I do not believe I have.
7        Q.  Okay.  You want to take a second and read
8    through it.  It's not very long.
9            And I will represent to you that this
10   report was produced in discovery in this case.
11       A.  (Reading.)
12           MR. GONZALEZ:  Can we go off the
13   record for her to do that?
14           MR. CICCONE:  Sure.
15           THE VIDEOGRAPHER:  Time now is 4:56
16   p.m.  We are off the record.
17           (Recess from 4:56 p.m. to 4:59 p.m.)
18           THE VIDEOGRAPHER:  The time now is
19   4:59 p.m.  We are back on the record.
20       Q.  (BY MR. CICCONE) Colonel, before the break,
21   we were talking about the December 1st, 2003 Michael
22   & Associates report.  Have you had an opportunity to
23   look at it?
24       A.  I have.
25       Q.  And it is addressed to Bacou-Dalloz.  Is

Page 137

1    that the entity that owns Sperian that Honeywell
2    subsequently purchased?
3        A.  It was, yes.
4        Q.  And that, Bacou-Dalloz was your employer
5    back during the days that you worked for Sperian?
6        A.  No.  Sperian was the successor of the
7    Bacou-Dalloz.
8        Q.  Got it.  Well, I think that Bacou bought
9    Sperian, if I'm remembering correctly, and correct me
10   if I'm wrong.
11       A.  I think it's the other way around.
12       Q.  I thought the French company bought Howard
13   Leight's business, which was Sperian, and then
14   Bacou-Dalloz sold the business to Honeywell.  Correct
15   me if I'm wrong.
16       A.  That's the -- yeah, that's sort of correct.
17   The -- so it was Howard Leight, and then it was
18   Bacou, and then it was Bacou-Dalloz.  Then they
19   changed the name to Sperian, who sold to Honeywell.
20       Q.  Okay.  Got it.
21           But in any event, this December 1st of
22   2003 report was to Bacou-Dalloz?
23       A.  Yes.
24       Q.  And 2003, you were still in the Air Force
25   at that time; were you not?

Theresa Schultz
March 04, 2020                    138 to 141

Page 138

1    A.  I was.
2    Q.  All right.  And according to this report,
3  Colonel, they were sent the MAXX Earplugs for
4  testing; is your understanding of these results?
5    A.  Yes, sir.
6    Q.  Before I ask you anything about this
7  report, tell me whether Honeywell has the equipment
8  and the personnel to test its own hearing protection
9  devices if it wants to.
10          MR. GONZALEZ:  Object to form.
11          THE WITNESS:  They do, yes.
12    Q.  (BY MR. CICCONE)Okay.  They have a
13  laboratory somewhere with equipment and personnel
14  trained to use that equipment; they can test their
15  own hearing protection devices if they want to?
16    A.  Yes, sir.
17    Q.  Okay.  But do they send them out instead of
18  testing them internally for whatsoever reason?
19    A.  Yes, sir.
20    Q.  And you told me that while you worked for
21  the Honeywell, they had sent a number of hearing
22  protection devices out to Michael & Associates for
23  testing; is that correct?
24    A.  Yes, sir.
25    Q.  Okay.  Now, I want to ask, are you familiar

Page 139

1  at all, Colonel, with the testing procedure where
2  labs like Michael & Associates or even Honeywell test
3  hearing protection devices?
4    A.  Yes, sir.
5    Q.  Have you ever actually been in a lab when
6  the lab was testing a hearing protection device?
7    A.  I've been in the labs but not when the
8  testing was going on.
9    Q.  But you're familiar with the way the
10  process is supposed to work?
11    A.  Yes, sir.
12    Q.  Okay.  And on page 1 of this report,
13  they're saying that -- they talk about the ANSI
14  standard.  And then the next line is "using the
15  experimenter-fit protocol".  Experimenter-fit
16  protocol.  Do you know what they're talking about
17  there?
18    A.  I do.
19    Q.  Okay.  Tell me what that means.
20    A.  That means that the experimenter, the
21  person that's running the laboratory, fits each of
22  the volunteer subjects with the earplug according to
23  the directions on the package.
24    Q.  Okay.  Let's break that down.  There's a
25  line in this report, and it's on the first paragraph,

Page 140

1  "These listeners were selected from a standby group
2  of about 35 volunteers, mostly graduate students, who
3  regularly served as listeners for measurements of
4  this kind."
5          Did you understand what I just read?
6    A.  Yes, sir.
7    Q.  Okay.  So is it your understanding that
8  there's a group of regular people that they test
9  hearing protection devices?
10    A.  Yes.
11    Q.  So in other words, they don't get people
12  off the street who are complete strangers.  They get
13  people that are part of a regular group that they
14  normally use for testing?
15    A.  Yes, sir.
16    Q.  Do you know why they do it that way?
17          MR. GONZALEZ:  Object to form.
18          THE WITNESS:  I do.
19    Q.  (BY MR. CICCONE) Why?
20    A.  Because the EPA requires it for the
21  labeling purposes.
22    Q.  And when Honeywell was testing its products
23  internally, did Honeywell have a regular group of
24  people that it used as volunteers to test its hearing
25  products?

Page 141

1          MR. GONZALEZ:  Objection, form.
2          THE WITNESS:  They may have in the
3  past, but it was difficult for them maintain a pool
4  of subjects.
5          And that could have been one of the
6  reasons they asked Michael & Associates to do their
7  testing.
8    Q.  (BY MR. CICCONE)Okay.  And, Colonel, we
9  were talking earlier about the experimenter-fit
10  protocol.  And you were saying that the tester, for
11  example, whoever it was at Michael & Associates who
12  was doing this, would fit the volunteer with the
13  earplugs?
14    A.  That's correct.
15    Q.  Okay.  Why didn't Michael & Associates
16  trust the volunteer to fit the earplugs himself or
17  herself?
18          MR. GONZALEZ:  Object to form.
19          THE WITNESS:  It's not a matter of
20  trust.  The protocol described in ANSI S3.19-1974
21  requires experimenter fit.
22    Q.  (BY MR. CICCONE)Okay.  And during the test,
23  Colonel, did they expose these listeners to
24  continuous noise in some way?
25          MR. GONZALEZ:  Objection, form.

Theresa Schultz
March 04, 2020                    142 to 145

Page 142

1    THE WITNESS:  Yes.
2    Q.  (BY MR. CICCONE)Was there some sort of a
3  device that could emit a controlled amount of noise
4  that was part of the experiment that was being
5  conducted?
6    MR. GONZALEZ:  Objection, form.
7    THE WITNESS:  Yes, there is.
8    Q.  (BY MR. CICCONE)And it could be duplicated
9  each time.  In other words, the device was always
10  going to emit the same sounds regardless of the
11  number of times that it emitted it?
12    A.  That's correct.
13    Q.  Okay.  And according to this report,
14  Michael & Associates got a noise reduction rating of
15  the MAXX Earplugs of a 33; is that correct?
16    A.  That's correct.
17    Q.  Do you know if the experimenter at Michael
18  & Associates adjusted the earplugs in the volunteer
19  at any time during the testing process?
20    MR. GONZALEZ:  Objection, form.
21    THE WITNESS:  There are protocols and
22  directions within the standard that allow the subject
23  to listen to a fitting noise and say, I don't think
24  this earplug is fit well, and the experimenter to
25  adjust and refit the earplug.

Page 143

1    Q.  (BY MR. CICCONE)My question is this,
2  Colonel, that can the experimenter by adjusting the
3  fit of those earplugs get a high NRR that the
4  experimenter might not otherwise get without
5  adjusting the earplugs?
6    MR. GONZALEZ:  Objection to form.
7    THE WITNESS:  In the way that question
8  is asked, they -- it could happen.  They could also
9  get less protection by adjusting them.
10    Q.  (BY MR. CICCONE)But Michael & Associates
11  was being paid by the Bacou-Dalloz to test the
12  earplugs, right?
13    A.  According to ANSI standards.
14    Q.  Right.  And Honeywell paid them
15  subsequently to test its earplugs; correct?
16    A.  That's the industry standard.  That's what
17  everybody does.
18    Q.  There's a disclaimer, Colonel, on the
19  bottom of the first page.  And it says, "Use these
20  laboratory derived attenuation data for comparison
21  purposes only.  The amount of the protection afforded
22  in field use is often significantly lower depending
23  on how the protectors are fitted and worn."
24    Do you understand what I just read?
25    A.  I do.

Page 144

1    Q.  Okay.  What is that saying?  Can you
2  explain it to us, please.
3    MR. GONZALEZ:  Objection, form.
4    THE WITNESS:  It's a standard
5  disclaimer that says -- that is explaining that the
6  noise reduction rating is done in a controlled
7  environment according to a specific ANSI protocol,
8  and that somebody else might not get those exact
9  results.
10    Q.  (BY MR. CICCONE)Well, by "somebody else,"
11  do you mean a user in the field might not get the
12  same noise reduction rating as they did in the
13  laboratory?
14    A.  That's one somebody else.  Another group of
15  panel could get a slightly different results.
16    Q.  We'll talk about that latter notion a
17  little bit more in a minute.  But I want to ask you,
18  Colonel, tell me what the relevance of a NRR rating
19  in the laboratory is.  Why is it relevant?
20    MR. GONZALEZ:  Objection, form.
21  Sidebar.
22    THE WITNESS:  The purpose of a noise
23  reduction rating, the way it's explained in the EPA
24  labeling documentation, is in, fact, to compare one
25  hearing protector to another hearing protector.

Page 145

1    So a hearing protector that has a
2  higher NRR has been proven in a laboratory to be able
3  to produce a higher amount of attenuation than some
4  that has a lower noise reduction rating.
5    So the purpose of the NRR is
6  comparison of two products.
7    Q.  (BY MR. CICCONE) So does it allow a
8  consumer to compare earplug A to earplug B because
9  earplug A has a higher noise reduction rating than
10  earplug B?
11    A.  That's its purpose.
12    Q.  And do you believe or have reason to
13  believe that a high NRR rating can be used be a
14  manufacturer or a seller as a marketing tool?  Like,
15  hey, our earplugs have a higher NRR than our
16  competitor's earplugs?
17    MR. GONZALEZ:  Object to form.
18    THE WITNESS:  Yes.
19    Q.  (BY MR. CICCONE) Colonel, do you believe
20  that the NRR that is achieved in the laboratory is
21  what a consumer could expect out in the real world?
22    MR. GONZALEZ:  Objection, form.
23    THE WITNESS:  If they wear the hearing
24  protection properly, yes.
25    Q.  (BY MR. CICCONE) Okay.  And the caveat is

Theresa Schultz
March 04, 2020                              146 to 149

Page 146

1  if they wear it properly?
2       A.  Yes.
3       Q.  And you explained that earlier that wearing
4  them properly requires some basic skills, right?
5       A.  Yes.
6       Q.  Okay.  Now --
7       A.  The user in the field can get higher
8  attenuation than the noise reduction rating.
9       Q.  Do you believe it's more likely than not
10  that the user in the field who doesn't know how to
11  wear the earplugs correctly will get higher or lower
12  NRR than people in the laboratory who were fit by the
13  experimenter?
14          MR. GONZALEZ:  Objection, form.
15          THE WITNESS:  Data shows that there's
16  a normal distribution of that.
17       Q.  (BY MR. CICCONE) What does that mean?
18       A.  That some of the users are going to get
19  higher attenuation; many of them are going to get
20  pretty close to what noise reduction rating is, and
21  some are going to get lower.  A normal distribution
22  of people.
23          (Exhibit 13 marked)
24       Q.  (BY MR. CICCONE) Colonel, there's a -- an
25  article that you authored that was published in

Page 147

1  Industrial Safety and Hygiene News, ISHN.  And it's
2  dated April 1st of 2015.  Do you remember writing
3  that paper?
4       A.  I do.
5       Q.  Okay.  And when you wrote that paper, did
6  you still work for Honeywell?
7       A.  I did.
8       Q.  And what was your purpose in writing that
9  paper?
10       A.  Further education about what the noise
11  reduction rating means, and making people aware of
12  the then-very-new ability to do hearing protection
13  fit testing.
14       Q.  Colonel, the title to the paper is an
15  interesting title.  And it says, Don't Rely Solely on
16  Noise Reduction Ratings for Protection.
17          Tell me what you were thinking when
18  you wrote that.
19          MR. GONZALEZ:  Objection, sidebar.
20          THE WITNESS:  I can't tell you what I
21  was thinking when I wrote that.  It was a long time
22  ago.
23          MR. GONZALEZ:  Form.
24       Q.  (BY MR. CICCONE) Well, what was your intent
25  when titling the paper, Don't Rely Solely on Noise

Page 148

1  Reduction Protection for Safety?
2          THE WITNESS:  To have the reader look
3  at the article and find out more in depth what the
4  noise reduction rating meant and understand that
5  people could get both higher and lower amounts than
6  what the noise reduction rating says.
7       Q.  (BY MR. CICCONE) Colonel, there is a
8  disclosure that EPA apparently requires to be
9  included on a package of the hearing protectors.  And
10  I'm going to ask you whether you're familiar with the
11  disclosure.  And what we've done is, Exhibit No. 9
12  includes some photographs of the Shooters Earplugs
13  that are in question in the case.  And we have the
14  exemplar box.
15          And then what we have done is that we
16  have taken the EPA disclosure that's pasted on the
17  back of the box, and we have put a white piece of
18  paper into the box so that the text stands out.  And
19  then we have enlarged it greatly.  Okay?
20       A.  Uh-huh.
21       Q.  And are you familiar at all with that EPA
22  disclosure?
23       A.  Yes, I'm familiar with it.
24       Q.  Okay.  And I'll just read it out loud, and
25  then I want to ask you some questions.  It says,

Page 149

1  "Although hearing protectors can be recommended for
2  protection against the harmful effects of the
3  impulsive noise, the noise reduction rating, NRR, is
4  based on the attenuation of continuous noise and may
5  not be an accurate indicator of the protection
6  attainable against impulsive noise such as gunfire."
7          Do you understand what I just read?
8       A.  I do.
9       Q.  What does that mean?
10       A.  It means that the regulatory requirement
11  that the EPA had for labeling only applies to the
12  testing of the hearing protector in continuous noise.
13       Q.  Do you believe or have reason to believe
14  that the NRR rating on the box of the Shooters
15  Earplugs is an indication of what protection that a
16  user could expect from exposure to impulse noise such
17  as gunfire?
18          MR. GONZALEZ:  Objection, form.
19          THE WITNESS:  The way you asked the
20  question is -- sounds like you're asking me to say
21  that if you tested it for impulse noise would you get
22  the same kind of the reduction?  And, no, you would
23  not, because continuous noise and impulse noise are
24  different.  And this testing that's required for the
25  labeling is required to be for continuous noise.

Theresa Schultz
March 04, 2020                                    150 to 153

Page 150

1    Q.  (BY MR. CICCONE) Colonel, with respect to
2    the NRR of 33, do OSHA inspectors require that the 33
3    be derated to some lower number to reflect the
4    conditions that a worker will potentially encounter
5    in a workplace?
6            MR. GONZALEZ:  Objection to form.
7            THE WITNESS:  OSHA recommends derating
8    in a particular application of the noise reduction
9    rating.  When the employer is trying to determine if
10   a hearing protector is adequate for a given
11   continuous noise, specifically for the determination
12   of adequacy, OSHA recommends that their inspectors
13   derate the earplugs by 50 percent.
14   Q.  (BY MR. CICCONE) Okay.  So in other words,
15   if OSHA were to derate the 33 NRR in these Shooters
16   Earplugs, would the NRR, according to OSHA, be half
17   of that?
18   A.  Actually, the derating is more complicated
19   than that.  The noise reduction rating is measured in
20   decibel C weighting.  And the noise exposure that we
21   measure for human beings for risk of noise-induced
22   hearing loss is measured in decibel A weighting.
23           And so to convert an NRR to a amount
24   that you would expect a person to get, you would need
25   to apply it in the environment that we just talked

Page 151

1    about:  Is it adequate to protect from their noise?
2            You would subtract seven from the 33
3    and then derate it by half.
4    Q.  So it's 26 -- 26 divided by 2 is 13?
5    A.  Yes.
6    Q.  So instead of the NRR of 33, OSHA would say
7    that the NRR is really only 13?
8    A.  In that very specific application of, is
9    this hearing protector adequate for the continuous
10   noise exposure that the employee has.
11   Q.  Okay.  Do you believe or have reason to
12   believe that OSHA would derate the NRR in connection
13   with exposure to impulsive noise; for example, from
14   firearms?
15           MR. GONZALEZ:  Objection, form.
16           THE WITNESS:  They don't have a policy
17   on that that I know of.
18   Q.  (BY MR. CICCONE) What has your experience
19   with OSHA been with regard to derating NRRs on
20   hearing protectors in connection with exposure to
21   impulsive noise?
22   A.  I have no experience in connection to
23   impulsive noise.
24   Q.  Do you believe or have reason to believe
25   that if OSHA derates hearing protectors by more than

Page 152

1    50 percent in connection with exposure to continuous
2    noise, that more likely than not OSHA would also
3    derate hearing protectors with respect to exposure to
4    impulsive noise?
5            MR. GONZALEZ:  Objection, form.
6            THE WITNESS:  Not necessarily because
7    impulse noise is very different characteristics from
8    continuous noise.
9    Q.  (BY MR. CICCONE) Do you think that people
10   don't need to be protected against exposure to
11   impulsive noise?
12           MR. GONZALEZ:  Objection, form.
13           THE WITNESS:  The way you ask the
14   question, I do think people need to be protected
15   against impulsive noise.  It's a different kind of
16   risk, a different character of noise risk than
17   continuous noise.
18   Q.  (BY MR. CICCONE)And, Colonel, if these
19   Shooters Earplugs that are ideal for shooting sports
20   have a NRR of 33, what attenuation, if any, do you
21   believe that they would provide to somebody exposed
22   to impulsive noise from firearms?
23           MR. GONZALEZ:  Objection, form.
24           THE WITNESS:  I couldn't know unless
25   they were tested according to the impulsive noise

Page 153

1    standard.  And then it would likely be a higher
2    number than that.
3            Impulsive noise is very different than
4    continuous noise.
5    Q.  (BY MR. CICCONE)So you don't believe that
6    the NRR rating is relevant in any way with respect to
7    exposure to impulsive noise, for example, from
8    firearms?
9            MR. GONZALEZ:  Objection, form.
10           THE WITNESS:  I would not say that.
11   The way you say it, it's not relevant in any way.  We
12   used to joke that NRR should stand for not really
13   relevant.  But its true purpose is to compare
14   products.  And so, yes, it is relevant in that if a
15   consumer is comparing products for impulse noise
16   protection, it's likely that a higher NRR will
17   provide more protection than a lower NRR.
18   Q.  (BY MR. CICCONE)So you think --
19   A.  If it's fit properly.
20   Q.  Right.  So you think there is a
21   relationship between NRR and protection to impulsive
22   noise?
23   A.  There is a relationship, but it's not a
24   one-to-one relationship.
25   Q.  Okay.  There's another article that I want

Theresa Schultz
March 04, 2020                                154 to 157

Page 154

1  to draw your attention.
2          MR. CICCONE:  What number are we on,
3  23?
4          THE REPORTER:  23.
5          (Exhibit 23B marked)
6      Q.  (BY MR. CICCONE)And, Colonel, this is an
7  article that was written by Scott Lake, and it's
8  published on January 2nd of 2014, and it was
9  published in Industrial Safety and Hygiene News.
10         First of all, do you know Scott Lake?
11     A.  I do.
12     Q.  And how do you know him?
13     A.  From National Hearing Conservation
14  Association membership and from serving with him on
15  the American National Standards Institute committees.
16     Q.  And Scott, he works for an outfit called
17  Westone Hearing Protection.  That's in Colorado.
18     A.  He did.
19     Q.  Okay.  And that company made custom hearing
20  protectors?
21     A.  That's correct.
22     Q.  Okay.  Are you familiar at all with that
23  company?
24     A.  I am.
25     Q.  Have you ever done any work with that

Page 155

1  company or for that company?
2      A.  When -- back in -- earlier in my military
3  career when I was fitting hearing aids, I ordered ear
4  molds for hearing aids from Westone.
5      Q.  These were custom earplugs?
6      A.  Well, no, they are not custom earplugs.
7  They are custom ear pieces that go in -- to channel
8  the hearing aid sound into the ear canal.
9      Q.  Okay.  These were for somebody that you
10  were consulting with or for you personally?
11     A.  These were for patients that I had in the
12  military.
13         (Exhibit 15 marked)
14     Q.  (BY MR. CICCONE) Okay.  We were talking,
15  Colonel, about whether or not there's a relationship
16  between NRR and impulsive noise.
17         And let me direct your attention to a
18  statement that Scott makes in his paper.  And I'll
19  just read it out loud, and then I'll show it to you.
20         He says, "There's really no known
21  relationship between NRR results generated at linear
22  acoustic levels and the impulsive peak insertion
23  loss, IPIL, results generated at gunshot-like
24  nonlinear acoustic levels.  This makes the NRR on the
25  product label somewhat irrelevant to understanding

Page 156

1  the attenuation potential for these types of sounds."
2          Do you see where I read that?
3      A.  I do.
4      Q.  Do you agree with that statement?
5      A.  In context.
6          MR. GONZALEZ:  Objection, form.
7          THE WITNESS:  In context, I would
8  agree with that.
9      Q.  (BY MR. CICCONE) And Scott continues,
10  "NIOSH has recommended that hunters and shooters wear
11  dual hearing protectors, earmuffs and plugs, when
12  engaging in target practice and recreational
13  shooting.  The levels at the eardrum when using a
14  single protector are close to the recommended maximum
15  exposure of 140-decibel peek sound pressure level."
16          Do you see where I've read that?
17     A.  Yes.
18     Q.  Do you agree with that statement?
19          MR. GONZALEZ:  Objection, form.
20          THE WITNESS:  So, again, I'm -- I need
21  to read this whole article to get this into context
22  because this is the end of an article.
23          MR. GONZALEZ:  Do you want to go off
24  the record to read it?
25          THE WITNESS:  I wouldn't mind doing

Page 157

1  that.
2          MR. GONZALEZ:  Can we go off the
3  record?
4          THE WITNESS:  Because the second
5  statement sounds odd to me.  So I would like to read
6  it in context.
7          MR. CICCONE:  No, sure.  Sure.
8          MR. GONZALEZ:  Off the record.
9          THE VIDEOGRAPHER:  Would you like to
10  go off the record?
11          MR. GONZALEZ:  Yes.
12          THE VIDEOGRAPHER:  The time now is
13  5:22 p.m.  We are off the record.
14          (Recess from 5:22 p.m. to 5:28 p.m.)
15          THE VIDEOGRAPHER:  The time now is
16  5:28 p.m.  We are back on the record.
17     Q.  (BY MR. CICCONE) Colonel, before the break,
18  we were talking about the article that Scott Lake
19  published in ISHN news.  The title of that article is
20  High Level Impulse Sounds; How Well Will Your Hearing
21  Protector Perform.
22          And you've had an opportunity to read
23  the article?
24     A.  I have.  Yes.
25     Q.  And Scott talks about the NIOSH had

Theresa Schultz
March 04, 2020                              158 to 161

Page 158

1  recommended that hunters and shooters wear dual
2  hearing protection.
3         Do you remember reading that?
4      A.  Yes.
5      Q.  And then he says that "The levels at the
6  eardrum when using a single protector are close to
7  the recommended maximum exposure level of 140 decibel
8  peek sound pressure level."
9         Do you see that?
10     A.  Yes.
11     Q.  And correct me if I'm wrong, but is he
12  saying that even if you're wearing a earplug
13  correctly, that the attenuation that you could expect
14  would still put you very close to that 140 decibel
15  potentially dangerous exposure level?
16        MR. GONZALEZ:  Objection, form.
17        THE WITNESS:  I think -- no, I don't
18  necessarily think he's exactly saying that.  So,
19  again, let me put it back into context.
20        Early in the article, he makes the
21  point, since attenuation tends to increase when the
22  impulsive level increases, the constant value derived
23  from the NRR measurement will likely underestimate
24  the amount of protection one receives when wearing
25  protection properly.  He said for the impulse noise.

Page 159

1         So the reason impulsive noises are so
2  different from continuous noises, and how hearing
3  protectors work with them -- and he explains this in
4  the article -- is that at the lower levels, say at
5  this 140 dBP, you get X amount of protection.  But at
6  150, you get more protection.  And at 160, you get
7  more protection.  And at 170, you get even more
8  protection.
9         So protection from a non -- from
10  impulse noise is nonlinear.  It changes as the
11  impulse level changes.  So you can't use a single
12  number.  And that's what the EPA was proposing at the
13  time, is that there be a range of numbers for
14  continuous noise and a completely different number
15  for impulse noise that shows that nonlinear
16  performance of the hearing protector.  That it gives
17  you this protection at 150, this much at 160, and
18  this much at 170.
19        That never went into effect, but
20  that's what the EPA was proposing at the time.  And
21  that's what this article was trying to explain.
22     Q.  Okay.  So do you disagree with his
23  statement that the level at which the eardrum is
24  exposed to a sound pressure level when wearing only a
25  single protection device, for example, earplugs, will

Page 160

1  still put the sound pressure level at a range that
2  it's potentially damaging to your hearing?
3      MR. GONZALEZ:  Object to form.
4      THE WITNESS:  I don't disagree with
5  him, but it depends on the weapon that you're using
6  and the impulse of the noise, certainly.
7      Q.  (BY MR. CICCONE)Well, sure.  Do you agree,
8  Colonel, that the assumption of all of this is that
9  you're wearing the hearing protection correctly?
10     A.  It is, and he says that in here, too.
11     Q.  Right.  Let's -- let me talk about another
12  topic with you.  Now, we had earlier -- let me keep
13  it all together.
14     A.  Yes.
15     Q.  Colonel, we had earlier talked about the
16  disclosure that the EPA requires on hearing
17  protectors.  And, specifically, we talked about the
18  disclosure that's on the back of the Shooters
19  Earplugs.  And I think I had provided you with a
20  blowup.  And you probably have it there.  Let me see
21  if I have it.
22        Yeah, here's the photograph that we
23  took.
24     A.  Exhibit 9.
25        MR. GONZALEZ:  Exhibit 9.

Page 161

1      Q.  (BY MR. CICCONE)Exhibit 9.
2         Colonel, are you familiar enough with
3  the EPA regulations to be able to tell us whether you
4  believe that that disclosure is supposed to be put on
5  the product in such a way that it can be seen easily?
6      MR. GONZALEZ:  Objection, form.
7      THE WITNESS:  The EPA regulation just
8  says you have to have it on the packaging.  It can be
9  on an insert in packaging.
10        This -- this -- well, this part has to
11  be on the outside, this little graph that has the
12  noise reduction rating 33, and where it was
13  manufactured, that's has to be on the outside.
14        Additional information can be on the
15  insert in the packaging.
16     Q.  (BY MR. CICCONE)Do you believe that the
17  disclosure is supposed to be legible?
18        MR. GONZALEZ:  Objection, form.
19        THE WITNESS:  Well, certainly.
20     Q.  (BY MR. CICCONE) And -- Well, right, and of
21  course you know what the disclosure says.  In other
22  words, you're familiar with the language of the
23  disclosure, are you not?
24     A.  I couldn't cite it, but I understand it,
25  yes.

Theresa Schultz
March 04, 2020                    162 to 165

Page 162

1    Q.  Right.  And look, I want you to be honest
2  with you.  I mean, here's an exemplar package of
3  these earplugs.  Without taking the earplugs out of
4  the package, can you easily read the disclosure?
5            MR. GONZALEZ:  Objection, form.
6            THE WITNESS:  Would you like me to
7  read it?
8    Q.  (BY MR. CICCONE)Well, you already know what
9  it says.  And I'm asking you, if you didn't already
10  know what it said, could you easily read it without
11  taking the earplugs out of the package?
12           MR. GONZALEZ:  Objection, form.
13  Sidebar.
14           THE WITNESS:  I could read it, yes.
15    Q.  (BY MR. CICCONE)Easily?
16           MR. GONZALEZ:  Objection, form.
17           THE WITNESS:  "Easily" is a relative
18  term.
19    I can read it.  Yes.
20    Q.  (BY MR. CICCONE)And how about the MAXX
21  Earplugs that are supposed to be the same as the
22  Shooters Earplugs?  Colonel, do you see that
23  disclosure anywhere on that package of earplugs?
24           MR. GONZALEZ:  That's in exhibit --
25  it's an exhibit you already have?

Page 163

1            MR. CICCONE:  It is.
2            MR. GONZALEZ:  Just want to make sure
3  you're talking about --
4            MR. CICCONE:  I think it's going to be
5  Exhibit No. 10.
6            MR. GONZALEZ:  Thank you.
7    Q.  (BY MR. CICCONE) Do you see the disclosure
8  anywhere on that package?
9    A.  I don't see it here.
10    Q.  Do you know why it's not there?
11           MR. GONZALEZ:  Objection, form.
12           THE WITNESS:  I do not.
13    Q.  (BY MR. CICCONE)And are you saying that you
14  think that that disclosure can be inside the package,
15  or does it have to be on the outside of the package?
16    A.  It can be on the inside.  And there's some
17  insert inside this package, and it's likely in there.
18    Q.  Okay.  Well, we'd have to open that, and
19  we're not going to do that today.
20    I want to talk to you briefly,
21  Colonel, about the 1970 -- the EPA proposed changes
22  to the NRR regulations.  Are you familiar at all with
23  those proposed changes?
24    A.  I am.
25    Q.  And there's a third video for you that I

Page 164

1  think we're going to skip because of the length of
2  time that we've been here.  But what I want to talk
3  to you generally about is, what role, if any, that
4  you played with respect to the EPA's proposed
5  amendment to the noise reduction rating, labeling,
6  and testing provisions.
7    A.  I testified in front of the EPA about the
8  proposed rule change --
9    Q.  Okay.  And so that we can understand each
10  other, there's a -- Exhibit No. 15 is dated
11  August 5th of 2009.  And this is from the EPA's
12  website, and it's got the proposed changes.  And is
13  that something that you've ever seen before?
14    A.  Yes.
15    Q.  Okay.  And among other things, Colonel, am
16  I correct that EPA says in the proposal -- and
17  there's a lot of information -- "Professional trade
18  -- professional and trade organizations,
19  manufacturers, and other federal agencies have
20  presented their that concerns to EPA on a number of
21  significant issues, including the required test
22  method, the required noise reduction rating, and the
23  required textual information on the labels, all
24  interested persons generally agree that the existing
25  regulations need to be revised to address new

Page 165

1  technology products, related test methodologies, and
2  current user needs."
3    Do you see where I read that?
4    A.  I do.
5    Q.  And, Colonel, when you say you testified
6  before the EPA, did you go to Washington, D.C., and
7  testify?
8    A.  We did.
9    Q.  Okay.  Who is "we"?
10    A.  Brad Witt, my boss at the time, myself, and
11  I believe our marketing director at the time, Renee
12  Bessette, went with us.
13    Q.  And what year would this have been?
14    A.  Probably 2009.
15    Q.  Because the EPA is suggesting now that
16  there's going to be a workshop in March of 2003.
17    Do you see that?
18    A.  That was before my time.
19    Q.  Well, maybe I misread it.  Let me see.
20  Maybe I misquoted something because I want to make
21  sure we get it correct.
22    A.  It's down there.
23    Q.  Well, that's what it says.  It says, "In
24  response, EPA gave notice via the agency's website
25  and by written invitation to interested parties to

Theresa Schultz
March 04, 2020                              166 to 169

Page 166

1  participate in a workshop at EPA's headquarters in
2  Washington, D.C., on March 27th, through 28th of
3  2003."
4           That would have been four years after
5  that proposal was first published in the federal
6  register --
7      A.   Four years before.
8      Q.   Maybe I've just got my math backwards.
9      A.   No, I --
10     Q.   No, 2003.  You're right.  I just had the
11  dates wrong.
12          So that workshop was before this came
13  out?
14     A.   My guess is the workshop was before this
15  came out because there's a lot of research and work
16  and communication that goes on prior to the
17  publication of a proposed rule.  It can take years of
18  talking to manufacturers, talking to various people,
19  figuring out exactly what they want to propose.
20     Q.   Right.
21     A.   And then proposing it.
22     Q.   No, you're right because I've just got --
23  look, I've just got the dates transposed.  The
24  workshop was long before --
25     A.   Correct.

Page 167

1      Q.   -- the EPA had published these proposed
2  changes on the federal register.
3      A.   Yes.
4      Q.   So tell me, so you and Brad, and who was
5  the third person?
6      A.   Renee Bessette.
7      Q.   Renee.  And Renee works with marketing?
8      A.   She did.
9      Q.   And the three of you went to Washington,
10  D.C., and you testified?
11     A.   Yes.
12     Q.   You testified, and they testified, as well?
13     A.   I --
14     Q.   If you can remember.
15     A.   I think Brad and I testified.  I don't
16  think Renee actually spoke.
17     Q.   And give me the substance of your
18  testimony.  What do you remember telling to the EPA?
19          MR. GONZALEZ:  Object to form.
20          THE WITNESS:  The substance was that
21  we were -- we -- Sperian at the time was in favor of
22  the change in labeling, and there were some specific
23  required changes on the manufacturers that we wanted
24  to have changed.  Specifically, it was the length of
25  time that it -- that we had to be able to retest

Page 168

1  product.
2      Q.   (BY MR. CICCONE)So you told them you were
3  in favor; "you" being Honeywell or Sperian?
4      A.   Yes.
5      Q.   Colonel, were the regulations ever revised
6  as far as you know?
7      A.   They were not.
8      Q.   Okay.  And it's been -- what, it's been 11
9  years --
10     A.   It has.
11     Q.   -- since the proposed regulations?
12          Do you know why, or do you have -- do
13  you know why they weren't ever revised?
14          MR. GONZALEZ:  Objection, form.
15          THE WITNESS:  I do have some
16  information about that.  And the information that I
17  have is that, so Bill Murphy at NIOSH was working
18  very closely with the EPA to create these new
19  changes.  And after all of the hearings and everybody
20  saying, yes, this is a good idea, the person who was
21  working on this at the EPA retired.  And there was no
22  driver at the EPA to keep it going.
23          And other political factors, I think,
24  came in.  And then at some point a couple years
25  later -- so probably 2011, 2012, somewhere around

Page 169

1  there -- the EPA contacted Bill Murphy and said, can
2  you ask the manufacturers if anybody is prohibited in
3  selling these products because we haven't relabeled,
4  done the relabeling regulation?  And Bill reached out
5  to many of us in the manufacturing industry, and no,
6  it wasn't causing us not to be able to sell our
7  products.  And so the EPA's response to that was, we
8  don't need to change anything.
9      Q.   So all that work that was put into it, was
10  it just abandoned?
11     A.   It was.
12     Q.   Did funding play any role in the decision
13  to abandon the regulation amendments?
14          MR. GONZALEZ:  Objection, form.
15          THE WITNESS:  I can't answer that.
16          (Exhibit 16 marked)
17     Q.   (BY MR. CICCONE) Well, here's
18  Exhibit No. 16, Colonel.  This is a page from the
19  EPA's website.  And it's EPA history, noise and the
20  Noise Control Act.
21          And what it says -- I'll just read it
22  out loud, and you can look at it if you want.  It
23  says, "In the past, EPA coordinated all federal noise
24  control activities though its Office of Noise
25  Abatement and Control.  EPA phased out the office's

Theresa Schultz
March 04, 2020                    170 to 173

Page 170

1  funding in 1982 as a part of a shift in federal noise
2  control policy to transfer the primary responsibility
3  of regulating noise to state and local governments.
4  However, the Noise Control Act of 1972 and Quiet
5  Communities Act of 1978 were never rescinded by
6  Congress and remain in effect today; although,
7  essentially unfunded."
8      A.  That's correct.
9          MR. GONZALEZ:  Object to form.
10         THE WITNESS:  And when you say did
11  funding have anything to do with that, yes, the
12  office was defunded back in the 80s and never funded
13  again, so...
14     Q.  (BY MR. CICCONE) Do you know, Colonel, that
15  the -- if the State of Texas is working on any kind
16  of regulations to regulate hearing protection
17  devices, the testing of those devices, the labeling
18  of those devices; do you know if the State of Texas
19  is doing any kind of work like that?
20     A.  I'm not aware of any.
21     Q.  Do you know of any efforts that are being
22  made on the federal level to the either restore
23  funding to the EPA's noise control office or to
24  to stimulate the amendment of the regulations that we
25  discussed earlier?  Do you know of the efforts on the

Page 171

1  federal level that are being made along those lines?
2      A.  On the federal level?
3      Q.  Yes.
4      A.  No.
5      Q.  Colonel, do you believe that the
6  regulations that we've been discussing, these EPA
7  regulations, do you believe that those regulations
8  are intended to protect the public?
9          MR. GONZALEZ:  Object to form.
10         THE WITNESS:  Yes.
11     Q.  (BY MR. CICCONE)Okay.  And tell me,
12  generally, how you believe that those regulations are
13  intended to protect the public?
14         MR. GONZALEZ:  Objection, form.
15         THE WITNESS:  Again, the verbiage
16  about the noise reduction rating is that it's used to
17  compare products, to be able to say, this earplug is
18  capable of blocking more noise than this earplug is.
19     Q.  (BY MR. CICCONE)Colonel, you told me that
20  you went to Washington to testify that you believed
21  that the regulations needed to be revised.
22         Do you believe that the regulations
23  are adequate the way they're currently written?
24         MR. GONZALEZ:  Objection, form.
25         THE WITNESS:  The proposed revised

Page 172

1  regulations would have provided more information to
2  the consumer.
3      Q.  (BY MR. CICCONE) Do you believe that the
4  current regulations adequately protect the public to
5  the extent that you believe they should?
6          MR. GONZALEZ:  Objection, form.
7          THE WITNESS:  I would like to see more
8  information, and there's actually an ANSI standard
9  being developed for testing of impulse noise with
10  hearing protectors.  And, I mean, potentially once
11  that ANSI becomes a consensus standard approved by
12  the community, there could potentially be another
13  effort to try and get labeling changed.  But...
14     Q.  But the question was, Colonel, do you
15  believe that the regulations, as written, protect the
16  public to the extent that you believe that they
17  should?
18         MR. GONZALEZ:  Objection, form.
19         THE WITNESS:  They're what we have
20  these days.  I can't change that.
21     Q.  (BY MR. CICCONE)Well, is your answer yes or
22  no?
23         MR. GONZALEZ:  Object to form.
24         THE WITNESS:  Restate the question.
25     Q.  (BY MR. CICCONE)Do you believe that the

Page 173

1  federal regulations as currently written adequately
2  protect the public to the extent that you believe
3  that they should?
4          MR. GONZALEZ:  Object to form.
5          THE WITNESS:  I don't want to answer
6  just yes or no because it's more than a yes or no
7  question.
8          MR. GONZALEZ:  He won't cut you off.
9  You can make your answer now, and then he can ask you
10  more questions.
11         THE WITNESS:  Okay.
12         So I suppose I would answer no.  More
13  information about how hearing protectors perform with
14  impulse noise would be helpful to consumers.
15     Q.  (BY MR. CICCONE)Would it be helpful to
16  people that are considering buying Shooters Earplugs
17  that are ideal for shooting sports?
18         MR. GONZALEZ:  Object to form.
19         THE WITNESS:  It would be.  And let me
20  say a little bit more about that, as well.  Is the
21  additional information that would go onto this
22  package if those changes were made would, again, show
23  that a foam earplug would be the maximum amount of
24  protection that -- you know, when you compared it to
25  other hearing protectors, it would be the highest

Theresa Schultz
March 04, 2020                                    174 to 177

Page 174

1  rated again.
2        (Exhibit 17 marked)
3     Q.  (BY MR. CICCONE) Colonel, let's talk about
4  another topic.  There's an -- Exhibit No. 17, there's
5  an affidavit by Kevin Michael that was produced in
6  discovery in this case.  And it also includes a
7  report that he has written with respect to his
8  alleged testing of these MAXX Earplugs or Shooters
9  Earplugs on November 29 of 2018.
10       Have you ever seen the document
11 before?
12    A.  Yes.
13    Q.  That's the original report, I think, that
14 Michael & Associates had written.  Are you looking at
15 the 2003 or 2018?
16    A.  2018.  And, yes, I have seen this before.
17    Q.  Tell me when you first saw it.
18    A.  Yesterday.
19    Q.  Okay.  And I don't want to ask you who
20 showed it to you, but I presume that you were given
21 the document by somebody that's in this room.
22    A.  Yes.
23    Q.  Okay.  Colonel, is it your understanding
24 that in 2018 Michael & Associates was asked to test
25 the MAXX Earplugs, which they say are the same as the

Page 175

1  Shooters Earplugs, for potential attenuation against
2  impulsive noises?
3     A.  That's what this document says.
4     Q.  And to your knowledge, was that the first
5  time that Honeywell had ever asked Michael &
6  Associates to test either the MAXX Earplugs or the
7  Shooters Earplugs for attenuation against impulsive
8  noise?
9        MR. GONZALEZ:  Objection, form.
10       THE WITNESS:  I don't know.
11    Q.  (BY MR. CICCONE) Okay.  When you were
12 Honeywell, do you ever recall Honeywell sending the
13 MAXX Earplugs to Michael & Associates to be tested
14 against the effects of the impulsive noise?
15    A.  I don't know, and I wouldn't necessary have
16 known.
17    Q.  Now, that report, Colonel, it's addressed
18 to -- it's addressed to Neil Sambursky.  And you know
19 Neil, don't you?
20    A.  Yes.  Yes.
21    Q.  And I don't want to ask you what
22 conversations, if any, that you've had with Neil, but
23 I do want to ask you whether you have ever been
24 involved in any other litigation with respect to
25 Honeywell in which you've had to work with Neil on

Page 176

1  other cases?
2     A.  No, sir.
3     Q.  Is this the first case?
4     A.  Yes, sir.
5     Q.  Okay.  And, Colonel, the report that
6  Michael & Associates has written said that Neil sent
7  them the earplugs for testing; do you see that?
8     A.  Uh-huh.
9     Q.  And I think it may be on the report --
10    A.  Uh-huh.
11    Q.  And do you know why Michael & Associates
12 wouldn't just go out and buy the earplugs instead of
13 having a lawyer involved in litigation send them the
14 earplugs for testing?
15       MR. GONZALEZ:  Objection, form.
16       THE WITNESS:  I do know why.  And it's
17 because that's what the ANSI standard says.
18    Q.  (BY MR. CICCONE) That you have to get it
19 from a lawyer representing a defendant in litigation?
20    A.  No.  That the person requesting the test
21 provides them.
22    Q.  Okay.  And the person requesting the test
23 in this case was the lawyer representing Honeywell in
24 the litigation that we're here about?
25    A.  Yes, sir.

Page 177

1     Q.  Okay.  And --
2     A.  (Inaudible).
3        THE REPORTER:  I'm sorry.  I didn't
4  hear your answer.
5        THE WITNESS:  It appears to be so.
6        THE REPORTER:  Thank you.
7        THE WITNESS:  Based on the documents.
8     Q.  (BY MR. CICCONE) And according to the
9  report, did Michael & Associates use a shock tube to
10 generate the impulsive noise to test the earplugs?
11    A.  That's what that ANSI standard uses, so
12 yes.
13    Q.  Do you know what a shock tube is?
14    A.  Yes.
15    Q.  And is it some sort of a device that will
16 produce an impulsive noise?
17    A.  It is.
18    Q.  And it's sort of like the device that
19 produces the continuous noise in that it will produce
20 the same noise repetitively for purposes of testing?
21    A.  That is its purpose, yes.
22    Q.  Okay.  And did they use human volunteers on
23 this test, Colonel, or did they use a test dummy?
24       MR. GONZALEZ:  Objection, form.
25       THE WITNESS:  The ANSI standard

Theresa Schultz
March 04, 2020                                    178 to 181

Page 178

1  requires for a measuring device, not human subjects.
2     Q.   (BY MR. CICCONE)Would it be potentially
3  dangerous to use human subjects when testing a
4  hearing protective device against impulsive noise?
5        MR. GONZALEZ:  Objection, form.
6        THE WITNESS:  It could be.
7     Q.   (BY MR. CICCONE)And you talked about the
8  test that the military conducted in 1960s where they
9  were exposing soldiers to like explosions to test the
10 effectiveness of hearing protection?
11    A.   Uh-huh.
12    Q.   And you told us earlier, they don't do that
13 anymore for various reasons, including probably
14 ethical reasons.
15    A.   Human protection.
16    Q.   Right.  And, Colonel, do you know how, or
17 can you help me even understand how testing a hearing
18 protector in a laboratory on a dummy against
19 impulsive noise generated by a machine would
20 replicate the conditions that a user of those
21 earplugs would likely experience out in the field
22 when exposed to, for example, gunfire noise?
23       MR. GONZALEZ:  Objection, form.
24 Sidebar.
25       THE WITNESS:  Yeah.  I need a more

Page 179

1  specific question there.  How does it apply to the
2  results of what a human would get, the exposure a
3  human would get, the risk a human would get?
4     Q.   (BY MR. CICCONE)Yes.
5     A.   That is explained in the table that's on
6  page 1 of this report showing that for a noise
7  exposure at 130 dB peak, the allowable impulses per
8  day for a human would be greater than 5,000 impulses.
9  For a 150 dB peak, the allowable pulses would be over
10 5,000 pulses.  And for 168 dBP, the allowable pulses
11 per day would be 645 pulses.
12    Q.   Colonel, if the EPA says in this proposed
13 regulations that the NRR really doesn't represent
14 conditions that somebody could experience in the
15 field -- okay -- tell me why that same analysis
16 wouldn't apply to testing earplugs in a laboratory
17 and a test dummy?  I know you've explained it to us.
18 But back off a little bit and explain to me why the
19 NRR would be accurate, but the test against impulse
20 noise would be or would not be?
21       MR. GONZALEZ:  Objection to form.
22 Sidebar.
23       THE WITNESS:  I'm unclear what you're
24 asking.  So ask it again, and then I'll make sure I'm
25 understanding what you're saying.

Page 180

1     Q.   (BY MR. CICCONE)All right.  If the EPA said
2  in its proposed revisions of the regulations that the
3  NRR did not represent conditions that somebody could
4  expect to experience in field --
5     A.   Uh-huh.
6     Q.   -- in other words, they were laboratory
7  conditions or controlled conditions, explain to me
8  how testing those hearing protectors in a laboratory
9  with a test dummy, how that would replicate or
10 anticipate the conditions that somebody would
11 experience when exposed to impulsive noise out in the
12 field?
13       MR. GONZALEZ:  Objection, form.
14 Sidebar.
15       THE WITNESS:  When you're trying to do
16 any measures out in the field, there are enumerable
17 variables that can't be controlled.  And so the way
18 to get a standardized measure to be able to then
19 apply in a broader way is to do it in a laboratory in
20 a standardized way.  That's what the noise reduction
21 rating does for a continuous noise, and that's what
22 ANSI S12.42-2010 does for impulse noise.
23    Q.   (BY MR. CICCONE)Colonel, if NIOSH and OSHA
24 would derate an NRR by more than 50 percent according
25 to you with respect to continuous noise, why wouldn't

Page 181

1  those same organizations derate Kevin Michael's
2  ratings with respect to exposure, noise protection in
3  his laboratory?
4        MR. GONZALEZ:  Objection, form.
5        THE WITNESS:  The physics is different
6  between continuous noise and impulse noise.
7     Q.   (BY MR. CICCONE)So are you suggesting that
8  they wouldn't derate his ratings at all,
9  notwithstanding the fact that they were done in a
10 laboratory under ideal conditions on a test dummy?
11    A.   No --
12       MR. GONZALEZ:  Objection, form.
13       THE WITNESS:  I'm not suggesting that.
14    Q.   (BY MR. CICCONE)Do you think that they
15 would derate or would likely derate his findings to
16 some extent or another?
17       MR. GONZALEZ:  Objection, form.
18       THE WITNESS:  I can't say what they
19 would do.  The fact that they derate -- that they
20 recommend derating in a very specific application of
21 the noise reduction hearing now is based on years of
22 data.  And so I would see that data would be applied
23 to any recommendation for derating of impulse as
24 well.
25       And, again, this is a relatively new

Theresa Schultz
March 04, 2020                              182 to 185

Page 182

1    test. It's not done on a lot of products.
2           But, yeah, I would see that you need
3    to apply some data to think about whether OSHA would
4    apply derating.
5           And, again, as I said before, derating
6    is used in a very specific application. And I just
7    want to point out, remember, that an individual user
8    could get way more than the NRR or less than that
9    NRR. And OSHA in their particular application of the
10   derating is just saying, for purposes of the finding
11   the earplug that's adequate for this continuous
12   noise, we recommend derating.
13          Q.  (BY MR. CICCONE) Colonel, there's a line
14   that I want you to look at. Let's see. And it's
15   going to be probably in Kevin's affidavit. And it's
16   going to be...
17          A.  Can I add a thought about derating?
18          Q.  Of course.
19          A.  Remember how I talked about how hearing
20   protectors act differently as the noise exposure goes
21   up, They provide more protection, more attenuation.
22   If you were going to derate, it would be a fairly
23   complex derating paradigm because you'd derate it
24   more at the lower exposures and less at the higher
25   exposures. Do you understand what I'm saying?

Page 183

1           Q.  Yes.
2           A.  It would be quite complex.
3           Q.  Okay. Colonel, this was the line that I
4    wanted you to focus on. And it's in Kevin Michael's
5    affidavit, where he says on page 2, and I've
6    highlighted it simply to draw your attention to it
7    and make it easier for you to see.
8           It's on page 2 of his affidavit. And
9    I'll just read it out loud. He says, "If the
10   Honeywell/Howard Leight MAXX is properly fitted into
11   the ear canal, it should provide a similar level of
12   impulse insertion loss."
13          Do you understand what I just read?
14          A.  Uh-huh.
15          Q.  And is the reverse of that also true; that
16   if it's not properly inserted into your ear, it will
17   not provide the protection that he indicates that it
18   provided in his laboratory test?
19          A.  That is -- that is correct.
20          Q.  And this is what we've been talking about
21   for a long time that proper fit, proper insertion is
22   key to the protection that you could expect from any
23   hearing protection device.
24          A.  It is.
25          Q.  Colonel, do you believe or have reason to

Page 184

1    believe that when different labs test a hearing
2    protection product that they can and do have
3    different experience, different results, and make
4    different findings?
5           A.  That's correct.
6           Q.  And you talked about that earlier; did you
7    not, that it's been your experience that different
8    labs can achieve different results depending on
9    whatever the conditions in the lab were?
10          A.  That's correct. There is an
11   inter-laboratory study that actually showed some data
12   that had those labs testing the same hearing
13   protectors. And, remember, humans are involved in
14   this, and so there's variability with the humans in
15   each different laboratory. And that's where a lot of
16   the variability comes from.
17          (Off the record discussion)
18          THE REPORTER: 24.
19          (Exhibit 24 marked)
20          Q.  (BY MR. CICCONE) Okay. I want to talk to
21   you about that inter-laboratory study. And, Colonel,
22   are you referring to David Byrne study that was
23   published by NIOSH. And it's -- there's a what
24   appears to be a PowerPoint. And then there's the
25   actual -- the manuscript of the article. And then

Page 185

1    it's dated 2017. And it was published in Journal of
2    Occupational Environmental Hygiene.
3           Are you familiar at all with that
4    study?
5           A.  I am.
6           Q.  And here's the -- the PowerPoint, I think,
7    is a little easier to follow.
8           First, do you know David Byrne?
9           A.  I do.
10          Q.  Okay. And he's somebody that works at
11   NIOSH?
12          A.  He is.
13          Q.  And he's an audiologist?
14          A.  He is.
15          Q.  And he's somebody that's published papers?
16          A.  He has.
17          Q.  Okay. And have you spoken at conferences
18   with him?
19          A.  Yes.
20          Q.  Is he somebody whose respected in your
21   field?
22          A.  Yes.
23          Q.  Okay. And what they did apparently is they
24   sent hearing protecting devices to, I think -- I
25   believe to three laboratories. And then the U.S.

Theresa Schultz
March 04, 2020                    186 to 189

Page 186

1  Army independently tested the same hearing protectors
2  in its own laboratory.  Is that what you understand
3  happened?
4       A.  They were one of the laboratories, yes.
5       Q.  Okay.  And, actually, NIOSH was one of the
6  laboratories, Michael & Associates was another
7  laboratory, and then our friend at Honeywell, Robert
8  Ghent was the third tester, and he tested the
9  earplugs at Honeywell's safety products laboratory?
10          MR. GONZALEZ:  Objection, form.
11  Sidebar.
12          THE WITNESS:  That's correct.
13       Q.  (BY MR. CICCONE) Colonel, did you have any
14  involvement at all with the study that Byrne did or
15  the publication of his paper?
16       A.  No.
17       Q.  When was the first time that you can
18  remember reading it?
19       A.  I think I reviewed it before publication.
20       Q.  Did he send it to you and ask you to
21  comment on it?
22       A.  I was part of the peer-review process.
23       Q.  Peer review meaning that people like
24  yourself were asked to review and comment on it
25  before it was published?

Page 187

1       A.  Correct.
2       Q.  And as part of that peer-review process,
3  did you give a thumbs up, thumbs down, or did you
4  have any comment at all?
5       A.  I peer review a lot of papers, so I can't
6  tell you exactly what I did with that.  But if I had
7  made any suggestions that were substantive, it would
8  have been addressed and sent back to me for review.
9          So, yes, eventually, I gave it a
10  recommendation to be published.
11       Q.  Okay.  And the results that are in this
12  PowerPoint include these:  He says, "Significantly
13  different results from the three laboratories
14  attributable to the subjects' experience."
15          Is he talking about the test subjects?
16       A.  He is.
17       Q.  Okay.  What does the test subjects'
18  experience have to do with it?
19       A.  The test subjects respond to a hearing
20  test, a threshold test, I just barely heard that
21  tone, both with the earplugs in and out.  And there's
22  a bit variability associated with that subject
23  response.
24       Q.  And he also says that, "Significant
25  different results were attributable to the testers'

Page 188

1  experience."
2          So in other words, that's the
3  laboratory that's actually conducting the report?
4       A.  That's correct.
5       Q.  And then he says also, "A-weighted
6  attenuations measured with VeriPRO" -- and you and I
7  have talked about VeriPRO -- "were significantly
8  different from the ANSI results in two of the labs."
9          Are you familiar with that finding?
10       A.  Yes.
11       Q.  So that's Honeywell's results were
12  significantly different from the results from the
13  other laboratories?
14          MR. GONZALEZ:  Objection to form.
15          THE WITNESS:  No.  That's -- VeriPRO
16  was a different test than the one you just said our
17  friend, Bob Ghent.  He did the ANSI test, but VeriPRO
18  is a separate test.
19       Q.  (BY MR. CICCONE)Okay.  I got it.  But I
20  just read that attenuation measured with VeriPRO were
21  significantly different from the ANSI results.
22          What does that -- what's he talking
23  about?  Or do you know?
24          MR. GONZALEZ:  Object to form.
25          THE WITNESS:  VeriPRO uses a different

Page 189

1  test procedure.  It's not the threshold testing of, I
2  just barely heard that tone of the hearing test.
3          The task that the listener in VeriPRO
4  has to do is to match the loudness of beeps going
5  back and forth between ears.  And he's saying that
6  the different methodology found different results
7  than what the ANSI standard of the threshold base
8  does.
9       Q.  So in other words, different labs can make
10  different findings?
11       A.  And different test procedures can make
12  different findings.
13       Q.  Right.  Colonel, how many labs are there in
14  the United States that you know of that are capable
15  of testing hearing protectors?  Are there a lot?  Are
16  there a few --
17       A.  Five.
18       Q.  -- how many?
19       A.  I think there are five.
20       Q.  Okay.  And how many of those labs like
21  Michael & Associates will test hearing protectors for
22  a fee?
23       A.  He is the only one that I know of currently
24  for the last couple of decades that has done it for a
25  fee.

Theresa Schultz
March 04, 2020                                    190 to 193

Page 190

1    Q.  Okay.  And outside of the United States, do
2  you know if there is any laboratory in Canada that
3  will test hearing protectors for a fee?
4    A.  You know, I don't know that.  I don't know.
5    Q.  How about in Europe?
6    A.  Yes, there is.
7    Q.  Is there one in Germany?
8    A.  I don't know.  I assume there might be, but
9  I don't know.
10    Q.  Do you believe that in testing hearing
11  protectors that there's a subjective element to the
12  test?
13        In other words, the tester's intention
14  may determine the testers' attention?  In other
15  words, that the tester is looking for may determine
16  what the tester finds?
17        MR. GONZALEZ:  Objection, form.
18        THE WITNESS:  I think what you're
19  asking is:  Can the experimenter influence the
20  results based on a bias they have?
21    Q.  (BY MR. CICCONE)Yes.
22    A.  And I believe that the ANSI standard is
23  written to control that as much as possible.  And so
24  that's my answer.
25    Q.  Do you think the bias is still there

Page 191

1  notwithstanding the ANSI standard?
2        MR. GONZALEZ:  Objection, form.
3        THE WITNESS:  I can't speak to
4  somebody's motivation.
5    Q.  (BY MR. CICCONE)Do you know if Kevin
6  Michael regularly works for Honeywell?
7        MR. GONZALEZ:  Objection, form.
8        THE WITNESS:  It's my understanding
9  that Michael's labs does most of the hearing
10  protection testing for all of the hearing protector
11  manufacturers, so, yeah, yes.
12    Q.  (BY MR. CICCONE)Let me talk to you a couple
13  of topics, and then we're going to be done.  Are you
14  familiar with all of the 3M combat earplug
15  litigation?
16    A.  I am.
17    Q.  And you were in the military, of course,
18  from 2003 to 2015 in that epic -- I think you got out
19  of the Air Force in 2004?
20    A.  I did.
21    Q.  And when you were in the Air Force,
22  Colonel, were these 3M combat earplugs issued to Air
23  Force service members?
24    A.  They were, yes.
25    Q.  Okay.  And, Colonel, when you were the Air

Page 192

1  Force, did you play any role in the military's
2  decision to distribute these 3M combat earplugs to
3  service members?
4    A.  No.
5    Q.  Were you aware that the U.S. Government
6  sued 3M in federal district court in South Carolina
7  in 2016 over those 3M combat earplugs?
8    A.  I am aware --
9        MR. GONZALEZ:  Objection, to form.
10        THE WITNESS:  I am aware.
11    Q.  (BY MR. CICCONE) Did you know that the case
12  settled?
13    A.  I did --
14    Q.  Did you know --
15        MR. GONZALEZ:  Objection, form.
16        THE WITNESS:  I did know the case
17  settled, yes.
18    Q.  (BY MR. CICCONE) Do you know anything about
19  the allegations that the government makes in that in
20  Qui tam lawsuit against 3M in South Carolina?
21    A.  I don't understand that term, so I --
22    Q.  Well, Qui tam means that the federal
23  government sued to recover damages that the federal
24  government or member of the military, perhaps,
25  experienced.  Were you familiar at all with any of

Page 193

1  the allegations that were made in that lawsuit?
2        MR. GONZALEZ:  Objection, form.
3        THE WITNESS:  Yes.
4    Q.  (BY MR. CICCONE)And were you familiar with
5  the allegation that 3M manipulated laboratory testing
6  in order to get high NRRs that were false?  Are you
7  familiar with the allegation?
8        MR. GONZALEZ:  Objection, form.
9        THE WITNESS:  In a broad sense, yes.
10    Q.  (BY MR. CICCONE)Are you aware that over
11  1300 lawsuits have been filed against 3M in
12  connection with those 3M combat earplugs?
13        MR. GONZALEZ:  Object to form.
14        THE WITNESS:  I'm not aware of the
15  number of lawsuits, but I am aware that there are
16  lawsuits.
17    Q.  (BY MR. CICCONE)Have you been contacted by
18  anybody with respect to your service as an expert
19  witness in that litigation?
20    A.  I have been subpoenaed in that case.
21    Q.  By whom?
22    A.  By a -- I don't know who the lawyer is.  I
23  assume it's a lawyer for the plaintiffs.
24    Q.  What's the lawyer's name?
25    A.  I don't have it.  I don't have my subpoena

Theresa Schultz
March 04, 2020                    194 to 197

Page 194

1  in front of me.
2     Q.  Subpoenaed to do what?
3     A.  To provide documents during a time that I
4  did some consulting for Aero.
5     Q.  And Aero is the outfit that marketed those
6  earplugs before 3M bought Aero?
7     A.  That's correct.
8     Q.  What consulting did you do for Aero during
9  the time that Aero was selling those earplugs to the
10 military?
11    A.  I taught hearing conservation seminars to
12 motivate people to protect their hearing and to share
13 information about hearing testing and hearing
14 regulations.  Not hearing protection testing,
15 people's hearing testing.
16    Q.  Have you been subpoenaed to testify at a
17 deposition or a hearing, or do you know?
18    A.  I have not.
19    Q.  Do you know where you're supposed to appear
20 to comply with the subpoena?
21    A.  I was supposed to provide documents.
22    Q.  And do you have the documents that you were
23 requested to produce via the subpoena?
24       MR. GONZALEZ:  Objection, form.
25       THE WITNESS:  I provided them to my

Page 195

1  attorney.
2     Q.  (BY MR. CICCONE)And what's your -- your
3  attorney, does he work or the Honeywell, or is this
4  your private lawyer?
5     A.  It's my private lawyer.
6     Q.  And can you give me the Ghent's name?
7     A.  Alex Parrish.
8     Q.  Where is Alex?
9     A.  Pittsburgh, Pennsylvania.
10    Q.  Is he also Kevin Michael's lawyer?
11       MR. GONZALEZ:  Objection, form.
12       THE WITNESS:  No.
13    Q.  (BY MR. CICCONE)What documents did you
14 provide to him?
15    A.  I provided the slides that we used in the
16 seminars.
17    Q.  These were slides of -- some slides in
18 connection with seminars you give to military
19 personnel?
20    A.  Slides in connection to people I -- that I
21 gave to the general safety public.  It didn't have
22 anything to do with the military.
23       I was consulting -- this was when I
24 was on leave from the Air Force, I just went and
25 taught seminars with Aero to teach safety people

Page 196

1  about hearing conservation.
2     Q.  Did you know that Aero was falsifying its
3  test records --
4     A.  No.
5       MR. GONZALEZ:  Objection, form.
6       Let him finish the question before you
7  answer.
8       THE WITNESS:  Answer?  Yeah.
9       MR. GONZALEZ:  And, again, I'm going
10 to be giving an objection.
11       THE WITNESS:  The way you ask it, did
12 I know they were falsifying?  I don't know if they
13 were falsifying.
14       I didn't do any product work with
15 Aero.
16    Q.  (BY MR. CICCONE)Do you know or have reason
17 to believe that Honeywell has been threatened with
18 being brought into that class action suit in
19 connection with those 3M combat earplugs?
20       MR. GONZALEZ:  Objection, form.
21       THE WITNESS:  I don't know anything
22 about a Honey --
23    Q.  (BY MR. CICCONE) Do you know -- I'm sorry.
24    A.  -- relationship to that.
25       THE REPORTER:  You don't know anything

Page 197

1  about --
2       THE WITNESS:  A Honeywell relationship
3  to that.
4     Q.  (BY MR. CICCONE) Do you know of any
5  veterans who allege they wore Honeywell earplugs
6  during their military service, and that their hearing
7  was damaged as a result of inadequate protection?
8       MR. GONZALEZ:  Objection, form.
9       THE WITNESS:  I am not aware of that.
10    Q.  (BY MR. CICCONE) Colonel, do you ever go
11 onto an indoor shooing range?
12    A.  I have.
13    Q.  And tell me what kind of hearing protection
14 that you wore when you went onto the range.
15    A.  I wear MAXX earplugs and impact sports
16 earmuffs.
17    Q.  So you wear double hearing protection?
18    A.  I do.
19       I'm a better target shooter with
20 double protection.
21    Q.  And the last topic that I want to talk to
22 about is the claim on the packaging that the Shooters
23 Earplugs are ideal for shooting sports.
24       Colonel, do you know the basis for
25 that claim that those earplugs are ideal for shooting

Theresa Schultz
March 04, 2020                    198 to 201

Page 198

1  sports?
2         MR. GONZALEZ:  Objection, form.
3         THE WITNESS:  I can't go back into the
4  minds of the marketers who are writing this.  But the
5  fact of the matter is if you want the maximum amount
6  of protection from a hearing protector, a well-fit
7  foam plug is the ideal solution for that.
8      Q.  Right.  And do you agree with me that those
9  earplugs, those Shooters Earplugs, they could be
10  ideal for shooting sports, if; one, the earplugs fit
11  you correctly?
12        MR. GONZALEZ:  Objection, form.
13        THE WITNESS:  That's correct.
14     Q.  (BY MR. CICCONE)And, second, do you agree
15  with me that they could be ideal for shooting sports
16  if you wear them correctly?
17        MR. GONZALEZ:  Object to form.
18        THE WITNESS:  And I would like to add
19  to that that this isn't a dichotomous answer.  So,
20  yes, a well-fit earplug provides the most amount of
21  attenuation you can get from an earplug, but there's
22  evidence that shows that some degradation of the fit
23  still provides pretty good attenuation.  Where with
24  other kinds of earplugs, it's closer to a dichotomous
25  thing.  So when you break the seal, you break it a

Page 199

1  lot.
2         With a foam earplug, that's not
3  necessarily the case.  You may still be getting some
4  protection, although, you know, likely not the amount
5  you'd get with the proper fit.
6      Q.  (BY MR. CICCONE)Colonel, would you
7  recommend that somebody who has no experience wearing
8  earplugs try to fit them with no instruction from
9  anybody and then go onto a shooting range?
10        MR. GONZALEZ:  Objection, form.
11        THE WITNESS:  I would recommend they
12  read the directions.
13     Q.  (BY MR. CICCONE)Now, are you talking about
14  the little side panel of the information?
15     A.  That's good information, yes.
16     Q.  Okay.  Do you think it's good enough?
17        MR. GONZALEZ:  Objection, form.
18        THE WITNESS:  I think that is step
19  one.  Step two is for them to do that reality check
20  of, did sound levels go down when I put these
21  earplugs in?
22        And, again, that basic skill that we
23  talked about earlier when I put my little finger in
24  my ears like this, it doesn't diminish the sound
25  around me very much because my little finger isn't

Page 200

1  adequate to block my ear canals.  I have fairly large
2  ear canals.
3         But when I really get a good plug up
4  my ear canals, I can tell that the sound around me
5  goes quiet.  That's step two in getting a good fit.
6      Q.  (BY MR. CICCONE) But the question was,
7  Colonel:  Would you recommend that somebody with no
8  experience wearing the plugs try to fit the plugs
9  himself or herself with no instruction from anybody
10  like you or some other professional and then go onto
11  a shooting range, would you recommend that?
12        MR. GONZALEZ:  Objection, form.
13        THE WITNESS:  I think in most cases
14  that's highly adequate.  I don't need to teach
15  everybody how to fit earplugs.
16     Q.  (BY MR. CICCONE)But we talked earlier about
17  the situation that you've described in Chapter 14 of
18  the Hearing Conservation Manual where you told me
19  that you thought it was potentially dangerous for a
20  supervisor to hand a worker earplugs and just tell
21  the worker, here, use these around loud noises.
22  Stick these in your ears.
23        MR. GONZALEZ:  Objection, form.
24        THE WITNESS:  So that takes these
25  instructions and any information about that the sound

Page 201

1  should be diminished.
2         It's just -- you know, the point I was
3  making there is handing out like candy and giving no
4  information.  This package gives information.
5         MR. GONZALEZ:  For the record, she's
6  referencing Exhibit -- the exemplar, which is what
7  Exhibit 9 is with the instructions.
8      Q.  (BY MR. CICCONE) Colonel, we've talked
9  about that the Shooters Earplugs could be ideal for
10  shooting sports if they fit you, if you wear them
11  correctly.  And is there also a third element, they
12  could be ideal for shooting sports if you wear them
13  in connection with an over-the-ear muff?
14        MR. GONZALEZ:  Objection, form.
15        THE WITNESS:  I wouldn't say it that
16  way.  I think they would be ideal whether you wore
17  the earmuff or not.
18     Q.  (BY MR. CICCONE)But when you go onto a
19  shooting range, you wear the MAXX Earplugs in
20  conjunction with an over-the-ear muff; do you not?
21        MR. GONZALEZ:  Object to form.
22        THE WITNESS:  I do.  And the reason I
23  wear the over-the-ear muff is twofold; one, because
24  the greatest amount of attenuation makes me more
25  accurate.  I don't flinch.

Theresa Schultz
March 04, 2020                                  202 to 205

Page 202

1      And, secondly, the earmuff that I use
2  has an amplifier on it so that I can hear what's
3  going on around me.
4      Q.  (BY MR. CICCONE)Colonel, if the Shooters
5  Earplugs don't fit you, do you think they're ideal
6  for shooting sports?
7          MR. GONZALEZ:  Objection, form.
8          THE WITNESS:  No.  If something
9  doesn't fit you, it's not going to be ideal.  If you
10  gave somebody clown shoes to walk around, that would
11  not be the ideal thing to walk around in.  So no.
12     Q.  (BY MR. CICCONE)Colonel, if you don't wear
13  the Shooters Earplugs correctly, do you believe that
14  they're ideal for shooting sports?
15         MR. GONZALEZ:  Objection to form --
16  form.
17         THE WITNESS:  They are likely your
18  best protection.  If you're not going to wear a
19  hearing protector right, the foam plug is probably
20  going to give you at least a little of something that
21  might protect you enough where other hearing
22  protectors may not.
23     Q.  (BY MR. CICCONE)They might protect you
24  enough.  In other words, there's a potential risk
25  that they will not?

Page 203

1      A.  It depends --
2          MR. GONZALEZ:  Objection, form.
3          THE WITNESS:  It depends on the fit.
4  It depends on the weapon.  It depends on how many
5  shots you're firing.
6      Q.  (BY MR. CICCONE)And, Colonel, if you don't
7  wear the Shooters Earplugs in conjunction with
8  another form of hearing protection, for example, the
9  over-the-ear muffs, do you believe that they're still
10  ideal for shooting sports?
11         MR. GONZALEZ:  Objection, form.
12         THE WITNESS:  The way you stated that
13  question, yes.
14     Q.  (BY MR. CICCONE)Colonel, when you were
15  still with Honeywell, you told us that Honeywell
16  would not sponsor educational events; for example,
17  with the hearing conservation association.  Do you
18  remember telling me that?
19     A.  I do.
20     Q.  But they did sponsor or contribute to the
21  USA Shooting Team.  Do you remember telling me that?
22         MR. GONZALEZ:  Objection, form.
23         THE WITNESS:  I don't know that they
24  sponsored them.
25     Q.  (BY MR. CICCONE)Well, it says that they're

Page 204

1  the official supplier, whatever that means.
2      A.  Yes.
3      Q.  When you were still with Honeywell,
4  Colonel, do you believe that Honeywell was doing
5  everything that it could do to minimize the potential
6  risk to customers that improperly fitted earplugs
7  could potentially expose them to dangerously high
8  noise levels?
9          MR. GONZALEZ:  Objection, form.
10  Sidebar.
11         THE WITNESS:  I believe that Honeywell
12  was doing similar levels to what other hearing
13  protection companies were doing.
14     Q.  (BY MR. CICCONE) Do you think that they
15  could have done more than what they did?
16         MR. GONZALEZ:  Objection, form.
17         THE WITNESS:  Yes.
18     Q.  (BY MR. CICCONE) Those are all my
19  questions.  I appreciate your time.
20         MR. GONZALEZ:  We're going to go off
21  the record.
22         THE VIDEOGRAPHER:  The time now is
23  6:19 p.m.  We are off the record.
24      (Recess from to 6:19 p.m to 6:34 p.m.)
25      (Exhibit 26 marked)

Page 205

1          MR. GONZALEZ:  Back on the record.
2  What we're going to do, we're making references to --
3  the references that were made over to the Hearing
4  Conservation Manual, pages 114 and 121, have been
5  marked, along with the cover of the Hearing
6  Conservation Manual as Exhibit 26.  I've given the
7  manual back over plaintiff's counsel.
8          THE REPORTER:  Okay.
9      (Exhibit 27 marked)
10         MR. GONZALEZ:  And then Exhibit 27 is
11  going to be a list of the exhibits that -- not
12  necessarily were introduced.  I think 14 --
13  Mr. Ciccone, 14?  14 was not --
14         MR. CICCONE:  14 was not played.  It's
15  on the flash drive that you have and that you have.
16         MR. GONZALEZ:  Okay.  Well, the other
17  exhibits, do you know offhand if they were
18  introduced?
19         MR. CICCONE:  Yes.  Well, they are.
20  They were all numbered.
21         MR. GONZALEZ:  All right.  To the
22  extent they've all been numbered, Exhibit 27 has a
23  list, with the exception of what's No. 14 on there
24  that was not played.  All the other ones have been
25  admitted into this case.

Theresa Schultz
March 04, 2020                                    206 to 209

Page 206

1        We can go back on the video record
2  now.
3        (Video record resumes at 6:37 p.m.)
4        THE VIDEOGRAPHER:  The time now is
5  6:37 p.m.  We are back on the record.
6             EXAMINATION
7    Q.  (BY MR. GONZALEZ) Dr. Schultz, my name is
8  Javier Gonzalez.  You understand I represent
9  Honeywell Safety Products in this lawsuit that
10 Roberto Flores has filed against my client?
11    A.  Yes, sir.
12        MR. GONZALEZ:  We're going to reserve
13 our questions until the time of trial at this time.
14        Thank you, Dr. Schultz, on behalf of
15 my client and myself.
16        We're done.
17             EXAMINATION
18    Q.  (BY MR. CICCONE) Colonel, I forgot to ask
19 you, are you being paid for your time to appear here?
20        MR. GONZALEZ:  Object to form.
21        THE WITNESS:  No, sir.
22    Q.  (BY MR. CICCONE) Doing this voluntarily?
23    A.  Yes, sir.
24        MR. CICCONE:  Thank you, ma'am.
25        Those are all my questions.

Page 207

1        MR. GONZALEZ:  We'll reserve all of
2  our questions for the time of trial.  Thank you.
3        THE VIDEOGRAPHER:  The time now is
4  6:38 p.m.  We are off the record.
5        (Deposition concluded at 6:38 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 208

CHANGES AND SIGNATURE

1
2  WITNESS:  THERESA SCHULTZ        DEPO DATE: 02/27/2020
3  PAGE    LINE    CHANGE              REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24        _____
                    THERESA SCHULTZ
25

Page 209

S I G N A T U R E   O F   W I T N E S S

1
2
3        I, THERESA SCHULTZ, solemnly swear or
4  affirm under the pains and penalties of perjury that
5  the foregoing pages contain a true and correct
6  transcript of the testimony given by me at the time
7  and place stated, with the corrections, if any, and
8  the reasons therefor noted on the foregoing
9  correction page(s).
10
11
12
13
            _____
14                  THERESA SCHULTZ
15
16
17
18
19
20
21
22
23
24
25

Theresa Schultz
March 04, 2020                                              210

Page 210

```
 1              REPORTER'S CERTIFICATE
 2         I, KARA Y. DICKINSON, Shorthand Reporter
 3   certify:
 4         That the foregoing proceedings were taken before
 5   me at the time and place therein set forth, at which
 6   time the witness was put under oath by me;
 7         That the testimony of the witness, the questions
 8   propounded, and all objections and statements made at
 9   the time of the examination were recorded
10   stenographically by me and were thereafter
11   transcribed;
12         That a review of the transcript by the deponent
13   was requested;
14         That the foregoing is a true and correct
15   transcript of my shorthand notes so taken.
16         I further certify that I am not a relative or
17   employee of any attorney of the parties, nor
18   financially interested in the action.
19         I declare under penalty of perjury under the
20   Federal laws that the foregoing is true and correct.
21         Dated this 21st day of April, 2020.
22
             Kara Y. Dickinson
23           Notary No. 564162-9
             Firm Registration No. 341
24           U.S. Legal Support, Inc.
             4801 NW Loop 410, Suite 375
25           San Antonio, Texas 78229
             (210)734-7127
```

---

## Exhibits

EX 0001 Theresa Y.
  Schultz 030420  3:7
  19:3,4
EX 0002 Theresa Y.
  Schultz 030420  3:8
  45:5,9
EX 0003 Theresa Y.
  Schultz 030420  3:9
  51:20
EX 0004 Theresa Y.
  Schultz 030420
  3:10 59:16
EX 0005 Theresa Y.
  Schultz 030420
  3:11 89:4
EX 0006 Theresa Y.
  Schultz 030420
  3:12 96:10,11,12
EX 0007 Theresa Y.
  Schultz 030420
  3:13 109:19,24
EX 0008 Theresa Y.
  Schultz 030420
  3:14 116:18
EX 0009 Theresa Y.
  Schultz 030420
  3:16 118:17 124:8
  148:11 160:24,25
  161:1 201:7
EX 0010 Theresa Y.
  Schultz 030420
  3:17 123:13 124:13,
  14 163:5
EX 0011 Theresa Y.
  Schultz 030420
  3:18 124:6
EX 0012 Theresa Y.
  Schultz 030420
  3:19 136:1,3,4
EX 0013 Theresa Y.
  Schultz 030420
  3:20 146:23
EX 0014 Theresa Y.
  Schultz 030420
  3:21
EX 0015 Theresa Y.
  Schultz 030420
  3:22 155:13 164:10

EX 0016 Theresa Y.
  Schultz 030420
  3:23 169:16,18
EX 0017 Theresa Y.
  Schultz 030420
  3:24 174:2,4
EX 0018 Theresa Y.
  Schultz 030420
  3:25 56:5,10 57:6,
  17 58:8
EX 0019 Theresa Y.
  Schultz 030420  4:3
  75:3,4,5
EX 0020 Theresa Y.
  Schultz 030420  4:4
  81:8
EX 0021 Theresa Y.
  Schultz 030420  4:5
  86:11,12 88:12
EX 0022 Theresa Y.
  Schultz 030420  4:6
  101:7,8
EX 0023A Theresa Y
  . Schultz 030420
EX 0023B Theresa Y
  . Schultz 030420
EX 0024 Theresa Y.
  Schultz 030420
  4:10 184:19
EX 0025 Theresa Y.
  Schultz 030420
  4:11
EX 0026 Theresa Y.
  Schultz 030420
  4:12 204:25 205:6
EX 0027 Theresa Y.
  Schultz 030420
  4:14 205:9,10,22

---

**1**

---

1  9:1 19:3,4 139:12
  179:6
10  32:15 123:13
  124:13,14 163:5
105  70:16 71:10
108  45:11
11  23:1 124:6 168:8
114  70:7 205:4
12  136:1,4
120  36:19 67:17
  70:21

121  46:20 47:6
  52:20,25 205:4
13  31:1 45:8 70:6
  146:23 151:4,7
130  179:7
1300  193:11
14  31:1 46:18 52:22
  113:12 200:17
  205:12,13,14,23
140  37:8,15,24 99:5
  158:7,14 159:5
140-decibel  156:15
15  155:13 164:10
150  159:6,17 179:9
16  101:19 169:16,18
160  67:15,25 159:6,
  17
168  179:10
17  174:2,4
170  37:20,23 67:15,
  17 70:21 159:7,18
170-ish  36:19
18  8:12 56:3,5,10
  57:6,17 58:8
180  72:5
19  75:3,5 81:25 82:1
1954  17:19
1960s  178:8
1970  163:21
1972  170:4
1976  6:3
1978  170:5
1980s  31:15
1981  6:9
1982  170:1
1983  6:12
1995  6:18
1st  136:3,21 137:21
  147:2

---

**2**

---

2  45:5,9 151:4
  183:5,8
2-minutes  59:5
20  20:24 32:17 81:5,
  8
2003  136:3,21
  137:22,24 165:16
  166:3,10 174:15

191:18
2004  8:15 9:11
  12:15 191:19
2005  14:24
2006  14:24
2007  16:25 106:4
2007-2008  27:22
2008  15:8 74:12
  79:8 80:3 93:24
  94:1 100:7 106:5
  111:13 124:21
2009  25:22 29:19
  81:3,6,7,10,17
  93:24 99:12 113:20
  164:11 165:14
2010  29:19 56:18,23
  59:22 86:9,13
  88:15,17,21 91:2
  94:4 111:11
2011  59:22 112:10
  168:25
2012  56:18,23
  168:25
2013  96:17 97:17
  99:11 100:10
  113:11
2014  154:8
2015  147:2 191:18
2016  192:7
2017  17:20 30:7
  101:5,19 103:3,9,20
  120:23 185:1
2018  120:24 174:9,
  15,16,24
2019  25:14,24,25
  103:4 111:9,12
2020  5:3
21  86:11,12 88:12,
  13,14
22  101:7,8
23  103:22 154:3,4
23A  103:23
23B  154:5
24  184:18,19
26  151:4 204:25
  205:6
27  205:9,10,22
276  105:19
27th  166:2
28th  166:2

**29** 174:9
**2:10** 5:3
**2nd** 154:8

---

**3**

**3** 51:20 72:6
**30** 8:23,25 28:4
32:19 48:3 49:23
63:19 72:13,16
101:14
**33** 72:12 73:3,7,8
95:19 142:15 150:2,
15 151:2,6 152:20
161:12
**35** 140:2
**38** 73:12
**3:07** 58:23,24
**3:18** 58:24 59:1
**3M** 191:14,22 192:2,
6,7,20 193:5,11,12
194:6 196:19

---

**4**

**4** 59:16
**40** 77:5
**45** 8:24,25
**4:16** 109:15,16
**4:28** 109:16,18
**4:56** 136:15,17
**4:59** 136:17,19
**4th** 5:3

---

**5**

**5** 73:5,9 89:4 90:18
102:13 117:19
**5,000** 179:8,10
**50** 150:13 152:1
180:24
**500** 29:3
**5:22** 157:13,14
**5:28** 157:14,16
**5th** 30:8,19,22
164:11

---

**6**

**6** 96:10,12

---

**600** 29:3
**60s** 69:10
**63** 72:20
**645** 179:11
**65** 67:11 70:25
**696** 76:21
**6:19** 204:23,24
**6:34** 204:24
**6:37** 206:3,5
**6:38** 207:4,5

---

**7**

**7** 109:19,24
**70ish** 16:19
**76** 106:3

---

**8**

**8** 116:18
**8-hour** 71:2
**8-hours** 34:15
**80s** 170:12
**85** 99:6

---

**9**

**9** 118:17 124:8
148:11 160:24,25
161:1 201:7
**90** 34:15,24 70:20
71:2 72:3,4
**93** 72:6
**95** 17:1 67:13

---

**A**

**A-WEIGHTED** 34:18
188:5
**abandon** 169:13
**abandoned** 169:10
**Abatement** 169:25
**ability** 42:8,10
44:10,11 58:2 67:3
147:12
**Academy** 31:5,9
**access** 110:21
**Accreditation** 29:13
**accurate** 73:19
149:5 179:19

---

201:25
**accurately** 73:20
119:17,22
**achieve** 184:8
**achieved** 145:20
**acoustic** 155:22,24
**acronym** 29:22
**act** 169:20 170:4,5
182:20
**action** 196:18
**activities** 26:25
105:13 169:24
**actual** 54:16 184:25
**ad** 60:3,4
**add** 44:25 73:5,9
182:17 198:18
**added** 60:25 73:4
**adding** 72:20 90:18
**addition** 30:22 31:4
32:6,21 33:3 120:15
**additional** 60:24
64:9,24 66:3 91:6
161:14 173:21
**additive** 72:6
**additively** 72:2
**address** 50:12,13
51:22 59:10,18
114:4 116:21 123:6
164:25
**addressed** 136:25
175:17,18 187:8
**addressing** 5:16
40:3
**adequacy** 150:12
**adequate** 58:13 95:9
150:10 151:1,9
171:23 182:11
200:1,14
**adequately** 172:4
173:1
**adjust** 142:25
**adjusted** 142:18
**adjusting** 143:2,5,9
**administer** 49:16,17
**Administration**
11:24 34:14
**admitted** 205:25
**advice** 87:15,17
**advising** 83:9
**Aero** 194:4,5,6,8,9
195:25 196:2,15

---

**affect** 9:24 11:8
38:15
**affects** 9:25
**affidavit** 174:5
182:15 183:5,8
**afforded** 143:21
**agencies** 13:25
164:19
**agency** 13:19 33:23
**agency's** 165:24
**agree** 37:23 38:1
58:6,18 77:15 79:4,
14 84:1 90:14 91:2
100:25 102:18,22
106:5,15 107:6,8
118:7,11 156:4,8,18
160:7 164:24 198:8,
14
**ahead** 60:2 69:11
81:4 86:10
**aid** 8:7 155:8
**aids** 155:3,4
**air** 5:11 7:7 8:10,12,
15,17,21 9:1 12:15
31:24 32:3,4,5 36:1
54:4 137:24 191:19,
21,22,25 195:24
**alarmist** 86:7
**alert** 81:3,10 82:1,10
84:24 85:4,8,21
86:6 94:18 99:12,25
113:20
**Alex** 195:7,8
**alive** 16:17,18
**allegation** 193:5,7
**allegations** 192:19
193:1
**allege** 197:5
**alleged** 174:8
**allowable** 179:7,9,
10
**amendment** 164:5
170:24
**amendments**
169:13
**American** 31:5,9,17
135:20 154:15
**ammunition** 35:19
**amount** 12:22 72:25
106:25 129:8,9,21
142:3 143:21 145:3
150:23 158:24

159:5 173:23 198:5,
20 199:4 201:24
**amounts** 148:5
**amplifier** 202:2
**analysis** 179:15
**analytics** 6:24
**anatomical** 54:12
**anatomy** 58:1
**ANSI** 135:19 139:13
141:20 143:13
144:7 172:8,11
176:17 177:11,25
180:22 188:8,17,21
189:7 190:22 191:1
**answers** 21:11
**anticipate** 180:10
**Antonio** 25:23 26:16
27:14,15
**anymore** 114:21
178:13
**anytime** 98:4
**apparently** 30:8
76:21 116:6 148:8
185:23
**appears** 82:13 177:5
184:24
**application** 150:8
151:8 181:20 182:6,
9
**applied** 181:22
**applies** 53:9 132:17
149:11
**apply** 26:12 53:10
150:25 179:1,16
180:19 182:3,4
**appropriately** 41:11,
15 42:5 43:16 46:7
**approval** 70:4
**approve** 97:8
**approved** 172:11
**approximate** 73:11
**approximately** 12:2
16:16 29:17 30:18
56:16 67:6 72:22
81:17 99:11
**April** 147:2
**arms** 77:7
**Army** 7:3,4,23,24
8:4,5 9:14 10:15
68:19 186:1

**article** 25:7 36:11
52:18 70:14 71:9
75:5,6 76:11 77:20
78:13 79:8 98:9
99:11 104:7 105:19
106:3 113:15
146:25 148:3
153:25 154:7
156:21,22 157:18,
19,23 158:20 159:4,
21 184:25
**articles** 30:24 32:6,
9,12,21 36:9 37:7
75:9,13,16 76:7
104:18
**articulate** 39:11
**aspects** 23:7 28:12
**assessment** 74:13
82:16,20 86:2
**Associates** 132:25
133:12,20 134:14,
23 135:1,7 136:22
138:22 139:2 141:6,
11,15 142:14,18
143:10 174:14,24
175:6,13 176:6,11
177:9 186:6 189:21
**association** 27:22,
25 28:22,25 31:17
55:12 88:18,19 96:1
101:10 110:9,13,15
111:20 119:1
154:14 203:17
**associations** 27:18
110:23 111:1
**assume** 48:19 83:10
118:16 190:8
193:23
**assuming** 73:15
**assumption** 160:8
**attach** 83:6
**attaching** 75:1
**attainable** 149:6
**attempt** 69:22
**attend** 111:18
**attending** 88:24
**attention** 45:10
46:18 76:12,20
81:25 90:8 109:22
154:1 155:17 183:6
190:14

**attenuate** 67:19
128:21
**attenuation** 45:13
68:11,14 69:7
71:23,25 72:23
95:12,16 107:7
119:18 143:20
145:3 146:8,19
149:4 152:20 156:1
158:13,21 175:1,7
182:21 188:20
198:21,23 201:24
**attenuations** 188:6
**attorney** 195:1,3
**attributable** 187:14,
25
**audience** 114:10
115:10 129:4
**audiologist** 7:22
8:5,19 9:1 30:17
86:21 122:11,12
133:7 185:13
**audiologists** 8:21,
25 23:11 29:5,8
31:10,12,23 32:4
42:3
**audiology** 6:11
7:10,18 31:6,9,24
**audiometric** 30:2
**August** 164:11
**Austin** 6:6 7:14
**author** 55:19 105:20
135:17
**authored** 57:11
86:14 146:25
**authors** 86:16
101:24
**average** 37:2,5 99:6
**avoid** 75:1
**award** 9:4,5,8
**aware** 79:10,15
80:24 82:25 91:4
93:16,21 94:7 97:3
100:10,15,18,19
101:1 130:3,7,8
147:11 170:20
192:5,8,10 193:10,
14,15 197:9
**awareness** 129:22

                    **B**

**bachelor** 6:4
**back** 17:19 33:15,18
59:1 61:11 62:3
63:8,17 69:10 95:17
109:18 117:8
136:19 137:5
148:17 155:2
157:16 158:19
160:18 170:12
179:18 187:8 189:5
198:3 205:1,7
206:1,5
**background** 22:22
133:6
**backup** 78:2,17
**backwards** 166:8
**Bacou** 15:12,17,22
137:8,18
**Bacou-dalloz** 15:18,
20 136:25 137:4,7,
14,18,22 143:11
**Banded** 18:11
**barely** 187:20 189:2
**base** 189:7
**based** 38:5 39:16
110:18,20 149:4
177:7 181:21
190:20
**basic** 7:15 41:14,18,
23 42:3,7 51:24
52:3,7 146:4 199:22
**basically** 6:22 23:5
28:22 31:11,21
61:22 112:3 125:3
**basis** 26:23 27:6,8
197:24
**beautiful** 54:11
**beauty** 50:25
**beeps** 189:4
**began** 7:21 93:1
**begins** 116:10
**behalf** 91:3 206:14
**beings** 150:21
**believed** 171:20
**belong** 29:6
**benefit** 109:24
**Bessette** 165:12
167:6

**bias** 190:20,25
**big** 100:15 106:25
  115:22 129:24
**Bill** 75:7 168:17
  169:1,4
**biography** 15:7
**bit** 19:2 21:6,16
  27:17 30:14 39:11
  60:17 61:25 62:2,6
  109:21 123:15
  144:17 173:20
  179:18 187:22
**bits** 60:18
**blank** 50:7,10,11
  59:9,10
**block** 55:1 67:23
  200:1
**blocking** 171:18
**blowup** 160:20
**Board** 70:3
**Bob** 122:7,13,15,22
  188:17
**body** 29:24
**Bond** 119:16
**bone** 61:22
**book** 109:18
**booths** 110:22
**born** 5:23,24
**boss** 126:4,7,8
  165:10
**boss's** 126:10
**bottom** 143:19
**bought** 42:16 93:11
  123:25 137:8,12
  194:6
**box** 92:5,9 94:9
  95:14,18,24 96:6
  124:10 148:14,17,
  18 149:14
**boxes** 124:17
**boy** 6:20 35:24
**Brad** 126:11,12
  165:10 167:4,15
**branch** 14:4 26:20,
  21 27:9 127:19
**branded** 94:10
**break** 59:2 109:20
  136:20 139:24
  157:17 198:25
**briefly** 16:9 42:13
  52:19 54:8 74:11

**119:9 163:20**
**bring** 33:18
**broad** 128:16 193:9
**broader** 180:19
**brought** 196:18
**BS** 6:8
**budget** 105:15,17
**building** 126:8
**bulk** 127:24 128:2,5,
  9
**bullet** 92:20
**business** 12:18
  21:25 22:4,17 34:17
  63:18 126:6 127:10
  130:12,16 133:12,
  16 137:13,14
**businesses** 113:2
**businessman** 16:14
  112:13
**buy** 127:24 128:2
  176:12
**buying** 94:4 128:5,8
  173:16
**Byrne** 184:22 185:8
  186:14

---

**C**

**caliber** 35:18 38:12
**California** 16:14
  18:17,20
**call** 15:22 21:1
  75:20 110:12
  122:13
**called** 12:16 15:11,
  18 49:6 82:9,14
  96:13 119:13
  123:18 132:24
  154:16
**camera** 42:21 43:2
  60:3,6 64:5,11,22
**cameraman** 60:7
**campaign** 50:21
**Canada** 12:24 33:2
  190:2
**canal** 53:17 54:9,14,
  20 55:2 61:17,20
  62:18 63:2 64:12
  65:25 67:19 155:8
  183:11

**canals** 62:3 64:10
  66:13 200:1,2,4
**candy** 201:3
**CAOHC** 29:22,23
**capable** 171:18
  189:14
**career** 7:21 9:14
  40:20 104:4 155:3
**Carolina** 192:6,20
**cartilaginous** 61:22
**case** 72:11 73:2
  82:16 83:9 92:5
  93:19 108:1 120:21
  121:2,25 124:3
  136:10 148:13
  174:6 176:3,23
  192:11,16 193:20
  199:3 205:25
**cases** 176:1 200:13
**caught** 19:1
**caused** 9:20
**causing** 169:6
**caution** 95:17
**caveat** 145:25
**cell** 64:4,22 67:10
  123:5,8
**cells** 10:5
**Center** 13:21 26:11,
  15,21
**certification** 29:24
**certified** 31:16
**certifies** 29:24
  31:11,21
**chair** 29:13,18
**change** 21:12,13
  73:22 164:8 167:22
  169:8 172:20
**changed** 24:7,9
  97:22 103:9 137:19
  167:24 172:13
**channel** 60:25 61:4,
  5,8 155:7
**chapter** 31:1 45:8
  46:18 52:22 70:6
  200:17
**chapters** 30:25
**character** 152:16
**characteristics**
  152:7
**characterize** 110:14

**Charles** 16:23 17:1,
  7,19
**Charlotte** 24:14,15
  25:6,8
**check** 199:19
**chief** 26:20 27:9
**choice** 131:12
**chosen** 111:23
**Ciccone** 5:8 10:22
  11:8,13 12:9,14
  17:18 18:1,6 19:4
  20:8,15,18,25 21:24
  22:6 26:13 28:9
  33:21 34:16 36:3,8
  37:2,6,14,19 38:10
  39:6 40:2,11,16
  41:20 42:1,12,20,22
  43:1,5,8,18 45:1,6
  46:17 47:6,8,15
  48:24 50:2,9,14,15
  51:23 52:9,15,22,24
  53:14 55:24 56:2,8,
  9 57:4 59:2,12,13,
  15,19 62:14 63:17
  64:15,20 65:1,18
  66:16,23 67:4,12
  68:9 69:2 70:2
  74:20,24 75:4 77:18
  78:3,15,23 79:4,7,
  14,20,25 80:4,18,22
  81:2,7,9,16 83:12,
  21 84:3,13 85:3,7,
  13 86:9,13 87:23
  88:6,13,15 89:5,19
  91:10,16 92:3,13,17
  93:15,20,25 95:10
  96:11 97:17,23
  98:7,15 100:17
  101:4,7,9 103:1,18,
  21,24 104:23 105:2,
  6,18 106:9,21
  107:11,22 108:11,
  22,25 109:5,20
  111:8 112:11
  113:13 114:12,18
  115:1,6 116:14,20
  117:1,9,21,24
  118:9,18 119:8,24
  120:4,10,11,15,20
  121:6,9,14,24
  122:20 123:2,14
  124:7,16 125:20
  128:17 129:23
  130:25 131:13,22

132:3,8,23 134:13,
21 136:2,14,20
140:19 145:7,19,25
146:17,24 147:24
148:7 150:1,14
151:18 152:9 154:2
155:14 156:9 157:7,
17 161:20 163:1,4,7
169:17 170:14
172:3 174:3 182:13
184:20 186:13
192:11,18 196:23
197:4,10 200:6
201:8 204:14,18
205:13,14,19
206:18,22,24
Cincinnati 75:25
cite 52:20 99:3
104:17 110:7
161:24
citing 100:1 118:13
City 5:24
civilians 27:4
claim 197:22,25
clarification 20:17
39:4 44:2 56:22
clarify 70:24 99:16
127:7
class 7:16 196:18
clear 77:24,25
client 206:10,15
clinical 8:6
clip 116:4,10 120:9
close 38:19 57:19
66:13 90:24 146:20
156:14 158:6,14
closed 105:23
closely 168:18
closer 198:24
clown 202:10
co-authored 70:6
co-editing 30:22
co-editor 30:12
co-wrote 30:25
coauthor 98:16
coauthored 45:8
46:19 75:15
cochlea 10:2,4
coediting 30:11
colleague 121:12
122:3,4

colleagues 76:4
80:14,23 84:25
85:4,8 91:12,21
103:7 121:3,10,11
College 26:1
Colonel 5:19 6:25
7:9 8:17 9:13 10:10
12:14 13:21 14:12
15:3,10 20:16,18
23:14 25:13 26:13
27:20 28:6 29:12
30:4,18 31:5 32:8,
22 33:8,14,21 35:2
36:9,21 38:5 39:6,
16 40:11,21 41:9,13
43:8,13 44:6,14
45:1,22 46:10 47:8,
25 50:16 51:23
52:9,18,25 53:14,21
54:4,11 55:3 56:9
57:4,16 58:8 59:2,
19 60:22 62:7 63:4
64:2,15 65:6 66:5,
16 67:4,18 70:5
71:13,21 72:22 74:3
75:4 76:10 79:9,14,
25 80:7 81:3,9,24
84:4 86:9 88:8,15
90:6 92:18,22 94:17
95:10,23 96:12,16
98:25 101:4 103:2,
19 105:18 107:13,
25 108:18 109:5,20
113:24 116:3
118:18,21 120:11,
20 121:24 123:15
124:8 125:6 127:14
130:2,25 132:23
134:13 136:2,20
138:3 139:1 141:8,
23 143:2,18 144:18
145:19 146:24
147:14 148:7 150:1
152:18 154:6
155:15 157:17
160:8,15 161:2
162:22 163:21
164:15 165:5 168:5
169:18 170:14
171:5 172:14 174:3,
23 175:17 176:5
177:23 178:16
179:12 182:13
183:3,25 184:21

186:13 189:13
191:22,25 197:10,
24 200:7 201:8
203:6 204:4 206:18
color 125:4
Colorado 28:15
154:17
coloring 125:9
combat 129:25
191:14,22 192:2,7
193:12 196:19
combination 105:22
comment 186:21,24
187:4
committees 154:15
commonly 70:13
communicate 123:8
135:11
communicated
85:21
communication
135:6 166:16
communications
6:5 7:16 82:13
Communities 170:5
community 63:13,
16 75:13 79:10
102:5,9 172:12
companies 110:24
204:13
company 12:16,20,
23 13:4 15:11
21:17,20,25 23:19
100:16 137:12
154:19,23 155:1
compare 144:24
145:8 153:13
171:17
compared 35:6
45:25 173:24
comparing 6:23
153:15
comparison 143:20
145:6
compensation 12:1
competitor's 145:16
complete 68:1
140:12
completely 67:18
119:25 159:14
complex 67:21
182:23 183:2

complicated 150:18
comply 194:20
computer 114:20
concern 129:24
concerned 29:10
75:22
concerns 117:4
131:1 164:20
concluded 207:5
concludes 76:24
conclusion 71:8
concur 37:14
condition 82:20
conditions 150:4
178:20 179:14
180:3,7,10 181:10
184:9
conduct 21:25
69:22
conducted 69:14
142:5 178:8
conducting 188:3
conference 88:16,
20,25 89:2 91:4
113:25 135:23
conferences 32:22
40:4,13 135:21
185:17
Congress 170:6
conjunction 201:20
203:7
Connecticut 110:19
connection 11:16
151:12,20,22 152:1
193:12 195:18,20
196:19 201:13
consensus 172:11
conservation 6:24
7:22 8:8 9:6 19:25
23:4,7 25:1 27:2,21,
24 29:6,14 30:3,5,
20 32:7,9,13,24
33:4 39:19 45:7
46:18 50:23 52:19
55:12 58:9 63:13,16
70:5 79:10 80:10
86:22 88:18 89:18
92:1 93:4 96:1,25
101:10 102:5
103:12 114:1
115:22 118:23
119:1 126:13 127:2

135:14,16 154:13
194:11 196:1
200:18 203:17
205:4,6
**conservative** 85:14
**conserve** 33:9
**considered** 91:19
**constant** 158:22
**consult** 108:14
128:11,18
**consulting** 155:10
194:4,8 195:23
**consumer** 145:8,21
153:15 172:2
**consumers** 173:14
**contacted** 122:15
169:1 193:17
**content** 98:8 114:3
115:17,19
**context** 41:25 52:6
76:15 83:8 91:25
123:9 156:5,7,21
157:6 158:19
**continue** 39:13
**continues** 31:21
57:24 77:3 156:9
**continuing** 31:21
**continuous** 35:3,6,
8,13 70:22,25 71:2,
10 72:3,4 129:9
141:24 149:4,12,23,
25 150:11 151:9
152:1,8,17 153:4
159:2,14 177:19
180:21,25 181:6
182:11
**contribute** 203:20
**Contributions** 9:5
**control** 13:22 29:9
169:20,24,25 170:2,
4,23 190:23
**controlled** 69:2
142:3 144:6 180:7,
17
**conversation** 67:4,7
122:14 123:10
130:23
**conversations**
121:21 122:21
175:22
**convert** 150:23

**cool** 111:25
**coordinated** 169:23
**copies** 115:20
**copy** 52:23 75:5
85:4 109:24 114:23
**corner** 61:16,18
62:10
**correct** 8:14,16 10:3
15:9,16,20,24 16:1,
2,8 26:5 27:20 30:8
45:19 58:11 73:16
76:12 89:10 100:8
112:18 129:25
137:9,14,16 138:23
141:14 142:12,15,
16 143:15 154:21
158:11 164:16
165:21 166:25
170:8 183:19 184:5,
10 186:12 187:1
188:4 194:7 198:13
**corrected** 99:16
**corrections** 98:13
**correctly** 13:16
15:14 41:11,16
42:23 43:16,22
49:20 66:6,9,17
73:16,18 76:19
78:1,2,18 79:1 82:5
107:6 137:9 146:11
158:13 160:9
198:11,16 201:11
202:13
**Council** 29:13
**counsel** 43:3 47:5
49:24 55:23 74:18
109:24 121:1,6,8,25
123:11 124:2 205:7
**counted** 32:14
**country** 32:23 33:4
**couple** 56:17 76:11
107:20 110:8
117:22 168:24
189:24 191:12
**courses** 29:25
**court** 192:6
**cover** 205:5
**create** 168:18
**creating** 92:1
**credentials** 30:15
**current** 29:2 69:25
165:2 172:4

**curve** 62:2
**custom** 12:21 13:6
154:19 155:5,6,7
**customers** 23:6
93:4 127:2,6,16
204:6
**cut** 173:8

---

**D**

**D.C.** 165:6 166:2
167:10
**damage** 9:23 37:9,
15 38:7
**damaged** 10:7
33:15,17 36:22
197:7
**damages** 192:23
**damaging** 160:2
**danger** 62:15
**dangerous** 47:16,21
69:6 158:15 178:3
200:19
**dangerously** 204:7
**dangers** 39:24
**data** 6:24 117:16
143:20 146:15
181:22 182:3
184:11
**date** 5:2 113:23
**dated** 136:3 147:2
164:10 185:1
**dates** 166:11,23
**David** 184:22 185:8
**day** 34:15 179:8,11
**day-to-day** 26:23
27:6,8
**days** 69:10 137:5
172:20
**db** 70:25 71:6 72:4,
6,14,16 73:5 117:19
179:7,9
**dba** 34:15,16,25
71:7
**dbp** 159:5 179:10
**deaf** 7:14,17
**Deanna** 101:25
103:25
**decades** 189:24
**December** 136:3,21
137:21

**decibel** 36:9,19,20,
21 37:8 67:10 70:19
71:2 150:20,22
158:7,14
**decibels** 34:18
37:15,20,23,24
67:6,11,13 68:1
70:16 71:11 72:1
77:6 90:18 99:5,6
**decision** 169:12
192:2
**deck** 115:22
**deep** 65:24
**deeply** 66:2
**defendant** 176:19
**Defense** 26:10
**define** 9:16,18,19
11:11 34:2,5
**defines** 34:24
**definition** 33:23,24,
25 34:14
**definitions** 6:23
34:10 35:10
**defunded** 170:12
**degradation** 198:22
**degrade** 117:18,19
**degraded** 68:7,21
**demonstrate** 52:11
58:11 61:13
**demonstrated** 62:5
**demonstrating**
35:9,12 62:23
**demonstrative** 43:7
**Denver** 28:16
**Department** 26:10
**depend** 35:17
**depending** 73:22
143:22 184:8
**depends** 34:6,8
35:25 36:2 38:9,10
41:25 45:13 46:15
67:2,16,21 73:25
160:5 203:1,3,4
**depicted** 19:9
**deposition** 5:14
75:1 90:3 194:17
207:5
**depositions** 41:6
42:16 54:13 92:7
**depth** 148:3

derate 150:13,15
151:3,12 152:3
180:24 181:1,8,15,
19 182:22,23
derated 150:3
derates 151:25
derating 150:7,18
151:19 181:20,23
182:4,5,10,12,17,23
derived 143:20
158:22
describe 10:20
describes 79:16
description 23:1,3,
5,21 24:1 135:10
designed 55:1
designing 23:15
detail 107:20 109:12
determination
150:11
determine 57:25
69:6,12,18 71:24
72:23,25 150:9
190:14,15
developed 56:13
63:11,12 172:9
device 40:23 48:9
57:22 58:12 66:7
74:7 139:6 142:3,9
159:25 177:15,18
178:1,4 183:23
devices 17:4,12
18:9 22:13 41:1
72:10 82:3 83:5
90:20 134:7 138:9,
15,22 139:3 140:9
170:17,18 185:24
dexterity 44:10
diagnostic 8:6
dichotomous
198:19,24
died 16:25
Diego 24:16 122:9
125:16 126:20
difference 35:2
36:25 82:10
differently 182:20
difficult 45:2,14,20,
21,23 64:16 141:3
digress 119:9
diminish 199:24

diminished 66:22
201:1
direct 45:10 46:17
60:5 76:20 81:24
109:22 155:17
directions 42:9
43:12,14 46:6
139:23 142:22
199:12
director 165:11
directors 29:25
dirty 44:19
disadvantages
44:14,17,23 45:11
disagree 159:22
160:4
disclaimer 143:18
144:5
discloses 118:25
disclosure 148:8,
11,16,22 160:16,18
161:4,17,21,23
162:4,23 163:7,14
discovery 136:10
174:6
discuss 37:8 84:24
91:20,24 101:5
120:22 126:20
131:23 132:2
discussed 31:4 32:7
49:12 90:25 100:4
101:12 103:25
106:4 107:4 121:1,
25 170:25
discussing 9:14
80:13,18 85:7 91:11
103:6 105:20
114:12 121:2 171:6
discussion 41:4
42:14 58:21 109:13
184:17
discussions 126:23
Disease 13:22
disorders 6:5 7:16
dispenser 46:22
disposable 44:18
45:12
disposal 44:15
dispute 100:9
dissertation 6:19,21
7:1,5

distance 38:11
distribute 192:2
distributed 127:19
distribution 130:13
146:16,21
distributor 127:2
distributors 127:6
district 192:6
divided 151:4
division 22:7,11
93:7
divisions 22:5
document 68:14
86:18 87:3 88:3,4,9,
11 89:25 103:15
174:10,21 175:3
documentation
144:24
documents 24:25
86:15 177:7 194:3,
21,22 195:13
DOD 26:15
double 70:8,10 71:9,
14,21,23 73:6 74:4
77:7,13 78:6 84:11,
22 85:23 87:11,20,
24 91:15 94:25 95:6
99:4,14 100:6,11
113:16,22 114:13
115:24 118:5,12
119:3 129:13
130:18 131:4 132:6,
12,18 197:17,20
doubling 72:6
draw 76:12 90:8
154:1 183:6
drive 50:3 74:25
90:1 116:12 205:15
driver 168:22
DROOTMAN 89:15
dual 70:7,8,9,14
72:18,23,25 77:1,4
82:3 83:4,14 84:5
87:16 90:9,13 91:5
94:19 96:3 102:13
105:21 106:10
156:11 158:1
due 9:20 77:7
duly 5:6
dummy 177:23
178:18 179:17
180:9 181:10

duplicated 142:8

E

ear 10:1 53:17 54:9,
14,20 55:2 61:16,20
62:2,4,17,25 63:1,6,
8 64:10,12 65:23,25
66:13 67:19 155:3,
7,8 183:11,16
200:1,2,4
eardrum 61:21
62:16 156:13 158:6
159:23
earlier 55:11 57:8
59:22 70:18 90:21,
25 98:19 100:4
106:4 107:5 131:14
141:9 146:3 155:2
160:12,15 170:25
178:12 184:6
199:23 200:16
early 40:22 158:20
earmuff 46:3 48:11
70:13 78:2,18
105:23 106:24
113:5 132:17
201:17 202:1
earmuffs 21:1,8,14
40:24 41:5 42:13,15
43:9,11,16,22 52:8
71:22 72:13,18 74:5
76:22,23 82:3 87:12
99:4 102:14 117:2,
5,8 156:11 197:16
earned 5:15
earplug 44:19 46:2
48:7,14 50:25 54:24
55:1,4 61:3 62:9,12,
15,20 64:7 65:2,4,7,
13,23,24 66:21
67:18,23 68:1,22
70:13 73:2 78:1,17
79:22 95:8,11,13,16
106:23 107:2 125:4
128:2 129:7 131:11
132:18 139:22
142:24,25 145:8,9,
10 158:12 171:17,
18 173:23 182:11
191:14 198:20,21
199:2

**earplugs** 18:7,8
  19:18 20:2,20 40:24
  41:5 42:15 44:5,7,
  12,15,18,20,22
  45:2,12 46:12,23
  47:17 49:10 52:8
  53:4,23 54:2,23
  55:4,8 57:18 59:3
  61:12,13 65:5 66:6,
  8,12,17,25 68:16
  71:23 72:11,17 73:8
  74:5 76:23 77:9,14,
  19 78:4 82:4 83:22
  84:2 85:9,20 87:11
  92:4,6,10,21 93:17
  94:8,23 95:24 99:4
  102:14 105:22
  108:1 118:19,25
  123:16,18,24 124:9,
  12,19 125:1 127:4,
  18,21 128:5,8,13,20
  130:4,17 131:1,2,9,
  24 138:3 141:13,16
  142:15,18 143:3,5,
  12,15 145:15,16
  146:11 148:12
  149:15 150:13,16
  152:19 155:5,6
  159:25 160:19
  162:3,11,21,22,23
  173:16 174:8,9,25
  175:1,6,7,13 176:7,
  12,14 177:10
  178:21 179:16
  186:9 187:21
  191:22 192:2,7
  193:12 194:6,9
  196:19 197:5,15,23,
  25 198:9,10,24
  199:8,21 200:15,20
  201:9,19 202:5,13
  203:7 204:6
**ears** 46:15,25
  117:11 189:5
  199:24 200:22
**easier** 183:7 185:7
**easily** 127:25 161:5
  162:4,10,17
**easy** 46:16 63:10
**edit** 57:12 102:24
**edited** 60:18
**editing** 57:13
**edition** 30:7,8,19,23

**editors** 30:9
**edits** 56:14 98:13
**educate** 23:5 85:16
**education** 7:5,8,17
  30:16 31:22 113:3
  147:10
**educational** 26:25
  50:21 113:25 129:2
  203:16
**effect** 73:20 159:19
  170:6
**effectively** 53:5
**effectiveness**
  178:10
**effects** 149:2 175:14
**effort** 172:13
**efforts** 170:21,25
**eight-hour** 99:6
**electronic** 40:25
  48:9
**element** 190:11
  201:11
**eleven** 22:20
**eliminate** 119:25
**Elizabeth** 9:5
**else's** 51:15,17
**email** 123:6,9
**emit** 142:3,10
**emitted** 142:11
**employee** 16:4
  19:22 84:15,19
  105:11 111:5
  151:10
**employees** 40:4
  49:10 54:1 83:18
  84:4,9,10,21,23
  132:11
**employer** 83:9 84:7,
  15,18,20 91:3 137:4
  150:9
**employer's** 49:9,14
**employers** 53:25
  83:13,17 99:13,21
  113:20
**employment** 93:23
**enclosed** 39:13
**encounter** 150:4
**encountered** 47:3,9
**end** 24:10 46:24,25
  156:22

**energy** 72:7
**enforcement** 76:14
**engaging** 156:12
**engineers** 29:10
**enjoy** 5:18
**enlarged** 148:19
**ensure** 88:2
**entire** 116:12
**entitled** 90:9
**entity** 25:19 137:1
**enumerable** 180:16
**environment** 38:12
  39:12,14 42:2 47:18
  58:1 86:3 90:13
  91:7,17 129:22
  144:7 150:25
**environmental**
  33:22 38:14,17,20
  185:2
**environments**
  129:20
**EPA** 33:23 140:20
  144:23 148:8,16,21
  149:11 159:12,20
  160:16 161:3,7
  163:21 164:7,16,20
  165:6,15,24 167:1,
  18 168:18,21,22
  169:1,19,23,25
  171:6 179:12 180:1
**EPA's** 33:25 164:4,
  11 166:1 169:7,19
  170:23
**epic** 191:18
**equipment** 22:12
  48:20,25 49:3,5,11
  83:20 109:7 134:1,
  15,17,22 135:1,8,12
  138:7,13,14
**essentially** 170:7
**estimate** 20:16,19
  21:7
**estimating** 90:17
**ethical** 178:14
**Europe** 190:5
**evaluated** 57:25
**evaluation** 82:15
**evaluations** 8:7
**event** 86:24 111:19
  112:6 115:14
  133:16 137:21

**events** 110:22
  111:16,18 203:16
**eventually** 47:24
  187:9
**everybody's** 53:17
  54:9
**evidence** 198:22
**exact** 144:8
**EXAMINATION** 5:7
  206:6,17
**examples** 34:9
**Excellence** 26:11,
  15,22
**exception** 106:20,21
  205:23
**excessive** 10:8
  33:23 34:2,5,10,24
**Excuse** 56:6 107:9
  120:8
**exemplar** 92:5 94:9
  124:10 148:14
  162:2 201:6
**exercises** 77:2
**exhibit** 19:3,4 45:5,9
  51:20 52:21 55:18
  56:5,10 57:6,17
  58:8 59:16 75:3,4
  81:8 86:11,12 88:12
  89:4 90:7 96:10,11
  101:7,8 103:22,23
  109:19,24 116:18
  118:17 123:13
  124:6,8,13,14
  136:1,3 146:23
  148:11 154:5
  155:13 160:24,25
  162:24,25 163:5
  164:10 169:16,18
  174:2,4 184:19
  201:6,7 204:25
  205:6,9,10,22
**exhibits** 205:11,17
**existing** 164:24
**expand** 61:15 65:23,
  25 66:2,3
**expandable** 57:18
**expect** 72:19 145:21
  149:16 150:24
  158:13 180:4
  183:22
**expected** 128:12

**expense** 44:24

**expense-wise** 44:25

**experience** 11:15 12:5 29:5 30:16 38:2,5 39:17 40:3 41:9 43:23 48:24 49:2 52:10 151:18, 22 178:21 179:14 180:4,11 184:3,7 187:14,18 188:1 199:7 200:8

**experienced** 11:21 12:4 192:25

**experiences** 116:7

**experiencing** 69:19

**experiment** 69:3,14, 23 142:4

**experimenter** 139:20 141:21 142:17,24 143:2,4 146:13 190:19

**experimenter-fit** 139:15 141:9

**expert** 82:12 118:22, 23 193:18

**explain** 33:8,22 62:7 64:5 72:16 85:18 125:3 144:2 159:21 179:18 180:7

**explained** 90:21 122:17 144:23 146:3 179:5,17

**explaining** 144:5

**explains** 159:3

**explosion** 68:23

**explosions** 178:9

**explosive** 68:21

**exponentially** 72:3

**exponents** 72:2

**expose** 141:23 204:7

**exposed** 38:24 47:22 53:11 68:20 69:5 74:6 84:16 91:6 114:9 152:21 159:24 178:22 180:11

**exposing** 178:9

**exposure** 38:3,6 39:1 40:6 58:1 71:5, 10,15 74:14 76:13 82:17 87:3 99:2,5

100:5 149:16 150:20 151:10,13, 20 152:1,3,10 153:7 156:15 158:7,15 179:2,7 181:2 182:20

**exposures** 81:20 104:15 182:24,25

**extent** 39:19 118:13 172:5,16 173:2 181:16 205:22

**extra** 86:8 95:8

**extreme** 90:12 91:17

**eye** 22:13

**eyes** 25:12

---

### F

**face-to-face** 24:17, 19

**facet** 22:17

**facility** 49:9 133:20

**fact** 9:10 29:15 75:15 105:6,8,9 108:18 128:1 131:9 144:24 181:9,19 198:5

**factor** 38:20

**factors** 28:12 35:19 38:14,17 168:23

**factory** 125:20,23 126:1,7,20

**Fair** 103:18

**fairly** 12:20 77:23 182:22 200:1

**fall** 22:13

**false** 193:6

**falsifying** 196:2,12, 13

**familiar** 17:20,25 19:17,20,24 21:3 34:11 37:10 40:25 74:3,7,15 92:22 110:5 119:10 123:17,20 132:25 138:25 139:9 148:10,21,23 154:22 161:2,22 163:22 185:3 188:9 191:14 192:25 193:4,7

**familiarity** 110:9

**fantastic** 30:9

**fast** 116:16

**father** 16:23 17:2,6, 7 133:11,13,14,15

**favor** 167:21 168:3

**February** 88:17

**federal** 13:19 14:3 164:19 166:5 167:2 169:23 170:1,22 171:1,2 173:1 192:6,22,23

**fee** 134:15 189:22, 25 190:3

**feedback** 64:3,13, 17,21 66:4 98:7

**feels** 58:14

**fellow** 31:5,13,15

**field** 143:22 144:11 146:7,10 178:21 179:15 180:4,12,16 185:21

**figure** 37:10

**figuring** 166:19

**filed** 12:1 193:11 206:10

**filtered** 12:21

**final** 56:14

**finally** 65:22

**find** 12:12 64:21 81:25 148:3

**finding** 182:10 188:9

**findings** 181:15 184:4 189:10,12

**finds** 190:16

**finger** 62:19 199:23, 25

**fingers** 66:12

**finish** 18:22,23 196:6

**fire** 68:21

**firearm** 35:17,18 38:3,11,20 67:15, 16,17,25 71:19 74:6 104:14 120:1

**firearm's** 38:16 76:14 96:5

**firearms** 35:13,22, 25 36:4,10,14,16, 17,19 37:20 70:21

94:21 95:1,9 96:18 100:6,12 101:16 108:16 110:15,24 114:9 119:10 128:22 129:15 130:6,20 151:14 152:22 153:8

**firing** 38:23,24 39:7 74:14 77:7 81:21 82:17 84:17 87:4,9 114:14 203:5

**fit** 44:12,21 45:13 46:16 48:7 50:25 55:4 58:14 62:13 66:4,15 68:7,22,23 78:17 79:1,19,21 95:12,15 129:8 131:15 141:12,16, 21 142:24 143:3 146:12 147:13 153:19 183:21 198:10,22 199:5,8 200:5,8,15 201:10 202:5,9 203:3

**fits** 55:7,10 57:20 139:21

**fitted** 68:16 69:7 78:4 143:23 183:10 204:6

**fitting** 45:2,14,23 46:1 47:23 52:4 59:3 77:8,14,19 78:18 107:6 142:23 155:3

**fittings** 8:7

**flash** 50:3 116:12 205:15

**flinch** 201:25

**Flores** 206:10

**Florida** 88:16

**foam** 44:20 45:12 46:2,12 57:18 61:3 95:8 107:2 129:7 131:11 173:23 198:7 199:2 202:19

**focus** 27:5 41:4 42:14 183:4

**focused** 14:14

**focusing** 103:11

**folks** 23:12

**follow** 42:8 46:6 185:7

**footnote** 106:2
**Force** 5:12 7:7 8:10,
12,15,18,22 9:1
12:15 31:24 32:3,4,
5 54:5 137:24
191:19,21,23 192:1
195:24
**Forever** 50:19
**forgot** 206:18
**form** 10:21 11:2,10
12:6,11 17:16,23
18:3 20:6,14,22
21:10 22:2 26:8
28:8 33:19 34:3,12
35:23 36:5,23 37:3,
12,17 38:8 39:3,21
40:8,15 41:17,24
42:6,24 43:17 44:8,
16 45:3 46:13 47:13
48:22 52:5,13 53:12
62:11 63:14 64:8,
19,23 65:16 66:10,
19 67:1,8 68:4,17
69:24 77:16,22
78:10,21 79:2,5,12,
17,23 80:2,16,20,25
81:13 83:7,16,23
84:6 85:2,5,11,25
87:21 88:1 89:15
91:8,13,23 93:12
95:2 96:8 97:15,19
98:2,10 100:13,14
101:3 102:23 103:8
104:20,25 105:4,16
106:6,18 107:18
108:8,23 109:3,8
111:2 112:8 113:9
114:5,15,24 115:4
117:6,15 118:8,15
119:6,20 120:3,14,
17 125:8 128:14,25
129:16 130:21
131:6,19,25 132:4,
14 134:8,19 138:10
140:17 141:1,18,25
142:6,20 143:6
144:3,20 145:17,22
146:14 147:23
149:18 150:6
151:15 152:5,12,23
153:9 156:6,19
158:16 160:3 161:6,
18 162:5,12,16
163:11 167:19

168:14 169:14
170:9 171:9,14,24
172:6,18,23 173:4,
18 175:9 176:15
177:24 178:5,23
179:21 180:13
181:4,12,17 186:10
188:14,24 190:17
191:2,7 192:9,15
193:2,8,13 194:24
195:11 196:5,20
197:8 198:2,12,17
199:10,17 200:12,
23 201:14,21 202:7,
15,16 203:2,8,11,22
204:9,16 206:20
**format** 88:5
**formula** 71:24 73:19
**Fort** 8:2
**forward** 49:17 62:4
116:17
**found** 52:10 189:6
**Foundation** 110:4,
12 111:15,22 112:4
116:7 118:3 119:2
**frankly** 88:10
**French** 15:11
137:12
**friend** 186:7 188:17
**front** 124:10 164:7
194:1
**function** 28:6
**funded** 170:12
**funding** 169:12
170:1,11,23
**fundraised** 112:3
**fundraising** 111:21

---

**G**

**gained** 86:4
**gang** 104:7,8
**gave** 50:3 70:23
74:25 76:22 115:5,
10 165:24 187:9
195:21 202:10
**general** 10:16 39:5,
23 42:2 43:15 67:22
80:19 114:8 129:3
134:4 195:21
**generally** 9:25 33:20
35:5 36:19 55:9

65:24 66:17 164:3,
24 171:12
**generate** 35:22
177:10
**generated** 71:19
155:21,23 178:19
**generates** 35:17
**generating** 67:7
**gentleman** 16:10
86:18,19 98:18
122:8 133:3
**Germany** 190:7
**Ghent** 122:7 186:8
188:17
**Ghent's** 195:6
**give** 20:15,18 27:12
34:9 35:21 37:2
40:13 43:14 64:3,21
67:5 114:3 115:6,7
167:17 187:3 195:6,
18 202:20
**giving** 33:4 69:8
83:15 116:21
129:12 196:10
201:3
**glass** 117:17
**glasses** 117:10,11
**global** 24:13 103:10
**Gonzalez** 10:21
11:2,10 12:6,11
17:16,23 18:3,22
19:1 20:6,14,22
21:10,22 22:2 26:8
28:8 33:19 34:3,12
35:23 36:5,23 37:3,
12,17 38:8 39:3,21
40:8,15 41:17,24
42:6,24 43:3,6,17
44:8,16 45:3 46:13
47:4,7,13 48:22
49:24 50:6,10 52:5,
13,21 53:12 55:22,
25 56:4 57:2 59:8,
14 62:11 63:14
64:8,19,23 65:16
66:10,19 67:1,8
68:4,17 69:24
74:18,22 77:16,22
78:10,21 79:2,5,12,
17,23 80:2,16,20,25
81:6,13 83:7,16,23
84:6 85:2,5,11,25
87:21 88:1,12 91:8,

13,23 92:11,14
93:12,18 95:2 96:8
97:15,19 98:2,10
100:13 101:3
102:23 103:8
104:20,25 105:4,16
106:6,17 107:18
108:8,21,23 109:3,8
111:2 112:8 113:9
114:5,15,24 115:4
116:13 117:6,15
118:8,15 119:6,20
120:3,14,17 121:5,
8,13,16 122:18,21,
25 124:2,15 125:17
128:14,25 129:16
130:21 131:6,19,25
132:4,14 134:8,19
136:12 138:10
140:17 141:1,18,25
142:6,20 143:6
144:3,20 145:17,22
146:14 147:19,23
149:18 150:6
151:15 152:5,12,23
153:9 156:6,19,23
157:2,8,11 158:16
160:3,25 161:6,18
162:5,12,16,24
163:2,6,11 167:19
168:14 169:14
170:9 171:9,14,24
172:6,18,23 173:4,
8,18 175:9 176:15
177:24 178:5,23
179:21 180:13
181:4,12,17 186:10
188:14,24 190:17
191:2,7 192:9,15
193:2,8,13 194:24
195:11 196:5,9,20
197:8 198:2,12,17
199:10,17 200:12,
23 201:5,14,21
202:7,15 203:2,11,
22 204:9,16,20
205:1,10,16,21
206:7,8,12,20 207:1
**good** 43:20 44:21
58:13,14 66:4,15
73:5 83:10 87:15,17
168:20 198:23
199:15,16 200:3,5

**goods** 130:11
**Gosh** 33:11
**government** 11:20
12:3 14:3 192:5,19,
23,24
**governments** 170:3
**graduate** 140:2
**graduated** 6:2
**grammatical** 98:13
**graph** 161:11
**greater** 38:25 77:5
179:8
**greatest** 102:15,21
105:23 106:11,14
201:24
**greatly** 148:19
**group** 104:17 114:4
116:8 140:1,8,13,23
144:14
**groups** 27:7 40:3
53:22 115:11
126:20
**guess** 16:7,19 20:12
34:8 50:7 56:18
67:11 83:8 88:3
110:12 113:25
166:14
**guessing** 78:11
**Guild** 9:5
**gunfire** 39:1 149:6,
17 178:22
**gunpowder-type**
36:3
**guns** 36:1
**gunshot** 38:6
**gunshot-like** 155:23

---

**H**

**hair** 117:8
**hairs** 10:4,5
**half** 22:19 150:16
151:3
**hand** 62:25 63:4,8,9
94:9 96:11 200:20
**handing** 46:23
201:3
**hands** 42:10 44:19
**happen** 27:13 143:8
**happened** 186:3

**harder** 44:20
**harmful** 149:2
**hazard** 10:12,17
82:14 86:2
**hazardous** 9:20
34:15 39:8 47:22
**head** 12:8 20:5
44:12,13 62:25
117:13
**headquarters** 166:1
**health** 13:18 34:14
82:14 86:2
**healthy** 28:22
**hear** 40:17 50:19
51:24 57:1 66:18,23
117:24 177:4 202:2
**heard** 51:23 107:14,
16 187:20 189:2
**hearing** 6:13,24
7:22 8:6,7,8 9:6,15,
19,20,22,23 10:11,
16 11:6,16,21,25
12:4,21,22 13:6
14:10,16 17:4,11
18:4,7,11 19:15,25
20:19 22:14,17,21
23:4,6,16,19 24:4,
12,14 25:1 26:11,
15,21 27:1,21,24
28:11 29:5,11,14,25
30:3,5,19 31:17
32:7,9,13,23 33:4,
10,12,14 36:22
37:9,16 38:2,7,16,
25 39:18,25 40:1,6,
23,25 41:10,15
42:5,9 45:7,25
46:18,21 47:10,23,
24 49:19 50:22
52:4,11,19 53:2,16
54:6,25 55:7,12
57:21 58:2,9 63:13,
16,23 67:3 68:8,12,
24 69:1,13,16,19
70:5,12 71:9,14,21
72:9,18 73:23 74:4
77:2,4 78:20,25
79:10,15,21 80:10
82:3 83:5 84:5
85:14,17,23 86:21
87:11,20,24 88:18
89:17 90:20 91:5
92:1 93:4 94:20,25

96:1,3,18,25 97:25
99:14 100:7,11
101:10 102:5,14
103:12 105:21
106:7,10 108:15
109:7 113:16,22
114:1,8,13 115:21,
24 117:14,18,20
118:6,12,23 119:1,4
120:13 126:13
127:2 129:13 130:5,
12,18,19 131:5,10,
18 132:12 134:7,14,
17,22,25 135:8,12,
13,15 138:8,15,21
139:3,6 140:9,24
144:25 145:1,23
147:12 148:9 149:1,
12 150:10,22 151:9,
20,25 152:3 154:13,
17,19 155:3,4,8
156:11 157:20
158:2 159:2,16
160:2,9,16 170:16
172:10 173:13,25
178:4,10,17 180:8
181:21 182:19
183:23 184:1,12
185:24 186:1
187:19 189:2,15,21
190:3,10 191:9,10
194:11,12,13,14,15,
17 196:1 197:6,13,
17 198:6 200:18
202:19,21 203:8,17
204:12 205:3,5
**hearings** 168:19
**helped** 57:12
**helpful** 52:10,14
64:3,6,21 70:15
98:13 173:14,15
**heros** 119:16
**hey** 145:15
**high** 5:25 39:25
53:11 67:25 68:2
70:15 91:7 143:3
145:13 157:20
193:6 204:7
**higher** 145:2,3,9,15
146:7,11,19 148:5
153:1,16 182:24
**highest** 90:19 129:8,
9 173:25

**highlighted** 76:11
183:6
**highly** 45:13 200:14
**history** 169:19
**holding** 93:19
**Hollywood** 119:19
**home** 25:20 26:2
**honest** 162:1
**Honey** 196:22
**Honeywell** 15:22,25
16:3 19:14,18 20:3,
20 21:8,17,20 22:8
23:2,9,15,16,23,24
24:2,11 25:13,19
42:17 48:2,7,18,20
49:4 50:22 51:12
61:6 89:9 91:2,12,
21 92:25 93:7,10,
16,22 94:3,10 97:1,
3,13,24 100:9,15,20
103:2,7,10,16 105:2
107:25 108:5,6,12,
19 109:1,7 110:25
111:5,7,8,11,14
112:16,21 114:20,
22 121:3,10,17
122:1 123:25 125:7
126:15 128:7,9
130:2,3 131:24
134:22 135:2,9
137:1,14,19 138:7,
21 139:2 140:22,23
143:14 147:6 168:3
175:5,12,25 176:23
186:7 191:6 195:3
196:17 197:2,5
203:15 204:3,4,11
206:9
**Honeywell's** 50:4
61:8 96:21 98:3
186:9 188:11
**Honeywell/howard**
183:10
**honor** 30:10
**hosted** 111:22
**hours** 35:1
**Howard** 16:10,11,
13,22 17:2,5,20
19:5,9,22 42:15
89:7,8 93:3 94:14
111:4,20 112:12,13,
15 113:4 137:12,17

**HPD** 57:20,21 58:1
**HPDS** 58:11,15
**huge** 113:1
**human** 150:21
177:22 178:1,3,15
179:2,3,8
**humans** 184:13,14
**hundreds** 12:9
**hunters** 156:10
158:1
**Hutchinson** 30:12
**hygiene** 45:15 65:21
147:1 154:9 185:2
**hygienist** 49:15
86:23
**hygienists** 29:9

— I —

**idea** 11:14 12:2
32:11 51:14,15,16,
17 114:25 134:5
168:20
**ideal** 92:10,16,21
94:24 95:24 118:20
131:2,8 132:17,21
152:19 173:17
181:10 197:23,25
198:7,10,15 201:9,
12,16 202:5,9,11,14
203:10
**illnesses** 14:7
**illustrate** 54:13,19
**immediately** 68:24
**impact** 197:15
**implementation**
49:6
**importance** 39:18
58:12
**important** 11:5 33:9,
11,12 46:6,11 62:8,
13 65:23 132:9,13
**improper** 77:8,14,19
79:19,21
**improperly** 68:15
69:7 78:4 95:11,15
204:6
**impulse** 35:9 68:6,8,
15 70:23 71:4,15,18
128:21 129:10,14
130:19 149:16,21,
23 152:7 153:15

157:20 158:25
159:10,11,15 160:6
172:9 173:14
179:19 180:22
181:6,23 183:12
**impulses** 179:7,8
**impulsive** 35:3,6,14,
15,16,21 36:10,13
37:21 77:6 84:16
94:20 95:1 149:3,6
151:13,21,23 152:4,
11,15,22,25 153:3,
7,21 155:16,22
158:22 159:1 175:2,
7,14 177:10,16
178:4,19 180:11
**inadequate** 47:11
197:7
**Inaudible** 177:2
**include** 44:18 70:7
90:3 92:8 101:24
187:12
**included** 30:24 90:7
114:1 115:23 148:9
**includes** 148:12
174:6
**including** 22:12
35:18 45:8 121:10
126:21 164:21
178:13
**increase** 158:21
**increases** 158:22
**independently**
186:1
**indicating** 54:15,22
**indication** 149:15
**indicator** 149:5
**individual** 36:24
58:10 182:7
**individually** 57:25
**indoor** 38:23,24
39:7,14 74:14 81:21
82:17 87:4,15,19,25
96:5 100:12 113:21
130:5 197:11
**induced** 8:8 9:15,19,
22 10:11,16 11:6,
15,21 12:4 29:10
38:2,15,25 39:25
40:6 47:24 78:19,25
79:21

**industrial** 29:8
49:15 86:23 93:3,4
109:11 112:22
127:8,9,13,14 147:1
154:9
**industry** 14:17 30:2
39:17 55:7 79:15
110:16 143:16
169:5
**influence** 190:19
**information** 12:13
25:5 64:10 66:4
95:17 128:24 129:6,
18,19 161:14
164:17,23 168:16
172:1,8 173:13,21
194:13 199:14,15
200:25 201:4
**initially** 7:4
**injuries** 14:7
**input** 82:23
**Ins** 14:19
**insert** 43:18 50:8,12,
13 51:22 59:10,18
62:14 63:5,8 65:5,
15 161:9,15 163:17
**inserted** 66:2,6,9
131:15 183:16
**inserting** 65:7
**insertion** 155:22
183:12,21
**inside** 163:14,16,17
**inspectors** 150:2,12
**Institute** 13:17
135:20 154:15
**Institutional** 70:3
**instruct** 54:1,5
**instructed** 53:21
**instruction** 43:24
46:11 47:11,17 52:7
129:12 199:8 200:9
**instructions** 43:21
47:10 63:22 200:25
201:7
**intended** 171:8,13
**intent** 147:24
**intention** 190:13
**intentionally** 69:5
**inter-laboratory**
184:11,21
**interchangeably**
70:11

**interest** 7:19
**interested** 7:9,15
22:6 72:8 164:24
165:25
**interesting** 147:15
**internally** 138:18
140:23
**International** 21:21
**internationally**
32:23 33:1
**interpretation**
106:15
**introduced** 205:12,
18
**Intuition** 66:11
**inventions** 18:2
**inventor** 16:13
112:13
**investigated** 100:5
**investigating** 76:13
**investigation** 82:20,
23 83:1
**invitation** 165:25
**invite** 112:23
**invited** 49:9 53:25
**involuntarily** 28:1
**involved** 46:1
175:24 176:13
184:13
**involvement** 55:20
57:5 124:23 125:1
186:14
**IPIL** 155:23
**IRB** 69:25 70:2
**irrelevant** 155:25
**ISHN** 147:1 157:19
**issue** 72:11 75:21
92:5 108:1 124:3
132:19
**issued** 191:22
**issues** 45:16 113:25
164:21

— J —

**Jacinto** 5:24
**James** 119:16
**January** 86:13 154:8
**Javier** 206:8
**job** 22:25 23:3,5,21
24:1 26:18 49:4

135:10
**jobs** 19:23
**joined** 14:23
**joke** 153:12
**journal** 25:8 185:1
**journals** 129:5
**jurisdiction** 34:6

### K

**K-A-R-D-O-U-S** 86:19
**Kansas** 8:2
**Kardous** 86:18
**keeping** 35:7
**Kentucky** 111:25
**Kevin** 133:4 135:7, 11 174:5 181:1 183:4 191:5 195:10
**Kevin's** 133:6 182:15
**key** 183:22
**kind** 12:18 18:2 21:15 29:6,14 64:17 66:7 69:22 82:11,13 91:25 130:13 134:1 140:4 149:22 152:15 170:15,19 197:13
**kinds** 82:8 198:24
**knew** 40:19 85:9,19 94:24 130:11
**knowing** 22:7 72:8 131:3
**knowledge** 61:7 175:4

### L

**L3** 72:13
**lab** 14:14 139:5,6 184:9
**label** 155:25
**labeled** 89:6
**labeling** 23:23 24:3, 12 124:25 140:21 144:24 149:11,25 164:5 167:22 170:17 172:13
**labels** 164:23

**laboratories** 185:25 186:4,6 187:13 188:13
**laboratory** 138:13 139:21 143:20 144:13,19 145:2,20 146:12 178:18 179:16 180:6,8,19 181:3,10 183:18 184:15 186:2,7,9 188:3 190:2 193:5
**labs** 139:2,7 184:1, 8,12 188:8 189:9, 13,20 191:9
**Lake** 154:7,10 157:18
**language** 7:15 31:17 57:5,11,12 161:22
**large** 28:23 200:1
**larger** 25:19 54:17, 18
**late** 17:20 31:15 120:23
**latest** 57:7
**law** 76:14 83:18
**lawsuit** 192:20 193:1 206:9
**lawsuits** 193:11,15, 16
**lawyer** 100:23 121:15 176:13,19, 23 193:22,23 195:4, 5,10
**lawyer's** 193:24
**lawyers** 98:5
**layer** 115:25
**laypeople** 9:17 42:2
**lead** 81:20 82:16 87:3 99:2
**leader** 14:9,13 28:21
**leadership** 14:6
**learn** 45:2,14,20,21, 24 46:11 53:1,15 64:16 120:21
**leave** 25:13,17 50:7, 10 195:24
**left** 25:15,22 26:7 56:7 62:24 63:5,7 103:4 107:10 111:8
**legal** 121:1,6,8,18, 19,24 123:10

**legible** 161:17
**Leight** 16:10,11,13, 23 17:1,5,19,20 19:5,10 42:15 89:7, 8 94:14 111:4,20 112:12,13,14,15 113:5 137:17 183:10
**Leight's** 16:22 137:13
**Leight/honeywell** 93:3
**Leight/sperian/ honeywell** 19:23
**Leightning** 72:12
**length** 62:19 164:1 167:24
**letting** 65:22 66:2
**level** 34:20 35:16 36:21 44:7 67:10, 20,25 68:3 69:6 70:20 71:6 76:25 77:5 90:18 109:12 120:19 156:15 157:20 158:7,8,15, 22 159:11,23,24 160:1 170:22 171:1, 2 183:11
**levels** 9:20 53:11 70:15 99:5 155:22, 24 156:13 158:5 159:4 199:20 204:8, 12
**lib** 60:3,4
**Lieutenant** 50:16
**life** 54:17,18 69:18
**likes** 58:14
**linear** 155:21
**lines** 95:21,22 171:1
**link** 109:25
**linked** 116:4
**list** 44:14 205:11,23
**listed** 45:11,12
**listen** 113:4 142:23
**listened** 61:10
**listener** 189:3
**listeners** 140:1,3 141:23
**listening** 66:2
**lists** 87:11
**literature** 37:7

**litigation** 175:24 176:13,19,24 191:15 193:19
**live** 18:16
**lived** 18:14 26:1
**living** 25:22
**local** 170:3
**located** 12:23 24:15
**logarithmic** 72:1
**logo** 19:5,6,9,12
**long** 13:10 15:1 30:18,21 31:13 34:25 48:3 49:23 59:6 60:10 62:18 63:18 116:9 128:4 136:8 147:21 166:24 183:21
**longer** 89:25
**looked** 63:22
**Loomis** 24:14
**lose** 34:23 129:22
**loss** 8:9 9:15,19,20, 22 10:11,16 11:6, 16,21,25 12:4 14:10,16 23:6 27:1 28:11 29:11 38:2, 16,25 39:25 40:6 47:24 68:12 69:1, 13,16,19 78:20,25 79:21 150:22 155:23 183:12
**lot** 35:17 44:24 63:22 69:9 75:8,12 98:19 104:22 105:13 107:19 164:17 166:15 182:1 184:15 187:5 189:15 199:1
**lots** 38:13
**loud** 46:24 148:24 155:19 169:22 183:9 200:21
**loudness** 189:4
**low** 70:19
**lower** 71:2 143:22 145:4 146:11,21 148:5 150:3 153:17 159:4 182:24

**M**

**M-E-I-N-K-E** 101:25
**machine** 178:19
**machines** 72:5
**made** 14:15 51:3,6,
  11 57:14 59:20,21
  130:24 154:19
  170:22 171:1
  173:22 187:7 193:1
  205:3
**magnitude** 20:12
  21:14
**main** 53:20
**maintain** 141:3
**major** 7:12
**majority** 23:3
**make** 13:6 20:3,11
  51:14 60:6,10 78:13
  84:22 125:9 163:2
  165:20 173:9
  179:24 183:7 184:3
  189:9,11
**makes** 14:1 106:8
  155:18,24 158:20
  192:19 201:24
**making** 51:4 60:22
  120:6 147:11 201:3
  205:2
**manage** 26:24 27:10
**manager** 23:4 24:13
  49:15 80:11 85:14
  96:25 103:11
**managers** 23:12
**manipulate** 42:11
**manipulated** 193:5
**manual** 30:5,9,11,20
  31:2 32:7 44:9 45:7
  46:19 52:20 70:6
  200:18 205:4,6,7
**manufacture** 20:25
**manufactured**
  125:13 161:13
**manufacturer**
  145:14
**manufacturers**
  164:19 166:18
  167:23 169:2
  191:11
**manufactures** 20:20
  21:9

**manufacturing**
  134:17 169:5
**manuscript** 184:25
**March** 5:3 101:19
  165:16 166:2
**mark** 55:18,22 56:2
  74:19,20 81:4 86:10
  101:6 103:21
**marked** 19:3 45:5,9
  51:20 56:5 59:16
  75:3 81:8 86:12
  89:4 96:10 101:8
  103:23 109:19
  116:18 118:17
  123:13 124:6,14
  136:1 146:23 154:5
  155:13 169:16
  174:2 184:19
  204:25 205:5,9
**market** 21:1 93:1
**marketed** 194:5
**marketers** 198:4
**marketing** 23:11,16,
  20,24 97:11,13,21,
  23 98:4,8,12 100:22
  124:24 130:3
  134:18 145:14
  165:11 167:7
**markets** 20:21 21:9
**master's** 6:10
**match** 57:25 189:4
**material** 115:13
**materials** 41:22
  61:11 127:1,4 129:2
**math** 166:8
**matter** 9:10 63:4
  141:19 198:5
**maximize** 43:10
**maximum** 77:5
  129:21 156:14
  158:7 173:23 198:5
**MAXX** 123:18,24
  124:12,19 125:17
  127:21 128:5,8,13,
  20 138:3 142:15
  162:20 174:8,25
  175:6,13 183:10
  197:15 201:19
**meaning** 121:18
  186:23
**means** 36:7 41:19
  52:3 70:2 127:23,24

**139:19,20 147:11
  149:10 192:22
  204:1
**meant** 148:4
**measure** 34:19
  48:12 150:21
  180:18
**measured** 70:25
  76:25 150:19,22
  188:6,20
**measurement**
  158:23
**measurements**
  140:3
**measures** 72:1
  180:16
**measuring** 71:6
  178:1
**mechanical** 48:10
**meet** 16:22 24:17,19
  25:21 126:4
**meetings** 28:21
  121:17 122:24
  126:6
**Meinke** 101:25
  102:2 103:25
**member** 27:19,20
  28:3 31:16,24 88:22
  101:13 102:7
  110:25 111:6,19
  192:24
**members** 27:5
  28:25 29:4 76:18
  108:14,16 109:7
  128:11,18 191:23
  192:3
**membership** 29:2
  154:14
**memory** 16:21
**men** 17:22
**mentioned** 40:23
  109:10
**message** 114:7
**met** 16:12,24 107:20
  122:16,22 133:15
  134:2
**meter** 67:10
**method** 72:25
  164:22
**methodologies**
  165:1

**methodology** 189:6
**Michael** 101:24
  132:25 133:4,12,19
  134:14,23 135:1,7,
  11 136:21 138:22
  139:2 141:6,11,15
  142:14,17 143:10
  174:5,14,24 175:5,
  13 176:6,11 177:9
  186:6 189:21 191:6
**Michael's** 181:1
  183:4 191:9 195:10
**Michigan** 104:13,14
**microphone** 120:9
**military** 6:24 7:1 9:6
  10:11,15 11:7,15,
  16,22,25 12:5 27:3,
  5 30:2 36:1 54:5
  69:22 127:20,22,24
  128:1,4,8,12,19
  129:3,11,20,21
  155:2,12 178:8
  191:17 192:24
  194:10 195:18,22
  197:6
**military's** 192:1
**millions** 12:10
**mind** 61:17 62:8
  156:25
**minds** 198:4
**minimize** 77:8,13
  117:12 204:5
**minimizes** 78:6
**mining** 14:15,17
**minute** 46:9 144:17
**minutes** 56:7 107:10
  116:11
**misquoted** 165:20
**misread** 165:19
**mission** 14:8 28:11
**mix** 125:9
**model** 22:4 54:12
  61:17,18 123:18
**models** 20:2,19,23
  21:8
**Modernisation**
  96:14 113:15
**moisten** 65:13
**molds** 155:4
**money** 11:20 12:3
**month** 27:25

**months** 13:11
**Montreal** 12:24 13:7
**motivate** 194:12
**motivation** 191:4
**mouth** 65:14
**mouthful** 29:15
**move** 71:4
**moved** 18:15 68:23
70:22
**movies** 119:16
**muff** 107:3,7 132:19
201:13,20,23
**muffled** 66:14
**muffs** 73:4 117:12
118:6,12 203:9
**Murphy** 74:13 75:7,
11 76:13,23 77:20
78:24 79:8,16 94:17
96:1 98:16,18,22
100:3 102:1 103:25
106:3 168:17 169:1
**Murphy's** 75:5 80:1,
13,14,24
**music** 7:12
**muzzle** 38:12

**N**

**named** 17:7 86:18
**names** 24:6
**narrow** 128:17
**national** 13:17
27:21,24 55:11 58:8
88:17 101:10 110:4,
11 111:15,21 112:3
116:5,6 118:2
119:1,2 127:21,23
135:20 154:13,15
**Navy** 30:17
**necessarily** 152:6
158:18 199:3
205:12
**needed** 131:17
171:21
**Neil** 121:12 122:24
175:18,19,22,25
176:6
**news** 147:1 154:9
157:19
**NHCA** 28:18,19
55:13,14 58:9 101:9

105:13
**Ninety** 67:14,15
**NIOSH** 13:13,16,24
14:1,5,9,13,14,23
15:1,3 74:9 75:24
81:3,10 82:1,9,15,
19 83:13 84:4 86:8,
10,15,25 94:18
95:25 98:20 99:1,
12,17 100:10
113:16 118:25
129:12 130:18
131:3 132:10
156:10 157:25
168:17 180:23
184:23 185:11
186:5
**NIOSH's** 85:21
113:20
**noise** 8:8 9:15,19,
21,22 10:8,11,16
11:6,15,21 12:4
28:12 29:9,10 33:23
34:2,5,11,15,24
35:3,6,8,9,10,13,14,
15,17,22 36:10,13,
25 37:21 38:2,15,
16,25 39:1,13,25
40:5 46:24 47:22,24
53:11 58:1,13,15
67:19,22,25 68:2,6,
8,15 70:15,22,23,25
71:2,5,10,15,18,23
72:3,4,5,19 73:3,11,
20 74:6,14 76:13,
14,25 77:6 78:19,25
79:21 81:21 82:17
84:16 87:3 90:13,
18,19 91:7 94:21
95:1 96:5 99:3
100:6,12 101:16
119:18,25 128:21
129:10,14 130:19
141:24 142:3,14,23
144:6,12,22 145:4,9
146:8,20 147:10,16,
25 148:4,6 149:3,4,
6,12,16,21,23,25
150:8,11,19,20
151:1,10,13,21,23
152:2,4,7,8,11,15,
16,17,22,25 153:3,
4,7,15,22 155:16
158:25 159:10,14,

15 160:6 161:12
164:5,22 169:19,20,
23,24 170:1,3,4,23
171:16,18 172:9
173:14 175:8,14
177:10,16,19,20
178:4,19,22 179:6,
20 180:11,20,21,22,
25 181:2,6,21
182:12,20 204:8
**noise-induced**
150:21
**noises** 40:7 130:6
159:1,2 175:2
200:21
**noisy** 47:18
**non-privileged**
121:20
**nonlinear** 155:24
159:10,15
**normal** 66:18,24
146:16,21
**notice** 165:24
**noticed** 98:15
**notion** 61:15 74:4,8,
9 114:13 144:16
**notwithstanding**
181:9 191:1
**November** 174:9
**NR** 95:19
**NRR** 72:12,14,16
73:9 90:23 143:3
144:18 145:2,5,13,
15,20 146:12 149:3,
14 150:2,15,16,23
151:6,7,12 152:20
153:6,12,16,17,21
155:16,21,24
158:23 163:22
179:13,19 180:3,24
182:8,9
**NRRS** 151:19 193:6
**number** 11:9 12:7
20:4,19 21:8,12
22:1 32:8,11 37:6
67:6 74:11 90:7
104:1 126:12
127:22,23 138:21
142:11 150:3 153:2
154:2 159:12,14
164:20 193:15
**numbered** 205:20,
22

**numbers** 159:13
**Numerous** 52:25
**nurses** 29:9
**NVLAP** 134:3

**O**

**Object** 11:2,10 12:6,
11 17:16,23 18:3
20:6,22 21:10,22
22:2 26:8 28:8
33:19 34:3,12 35:23
36:5,23 37:17 38:8
39:3 40:8,15 41:24
42:6 43:17 44:8,16
45:3 47:13 52:5,13
62:11 64:23 68:17
79:5 80:2,20 81:13
83:16,23 85:2,5,11
89:15 93:12 96:8
97:15,19 98:2,10
100:13 101:3
102:23 103:8
104:20,25 105:4,16
107:18 108:23
109:3,8 111:2 112:8
113:9 114:5,15,24
117:15 118:8 120:3
128:14,25 129:16
130:21 131:6,19
132:4 138:10
140:17 141:18
145:17 160:3
167:19 170:9 171:9
172:23 173:4,18
188:24 193:13
198:17 201:21
206:20
**objection** 10:21
20:14 37:3,12 39:21
41:17 42:24 46:13
48:22 53:12 63:14
64:8,19 65:16
66:10,19 67:1,8
68:4 69:24 77:16,22
78:10,21 79:2,12,
17,23 80:16,25 83:7
84:6 85:25 87:21
88:1 91:8,13,23
95:2 106:6,17 108:8
115:4 117:6 118:15
119:6,20 120:14,17
131:25 132:14
134:8,19 141:1,25

142:6,20 143:6
144:3,20 145:22
146:14 147:19
149:18 150:6
151:15 152:5,12,23
153:9 156:6,19
158:16 161:6,18
162:5,12,16 163:11
168:14 169:14
171:14,24 172:6,18
175:9 176:15
177:24 178:5,23
179:21 180:13
181:4,12,17 186:10
188:14 190:17
191:2,7 192:9,15
193:2,8 194:24
195:11 196:5,10,20
197:8 198:2,12
199:10,17 200:12,
23 201:14 202:7,15
203:2,11,22 204:9,
16
**observed** 36:16
**obtain** 67:23
**occasion** 115:16
126:3,5
**occasionally** 27:16
**occasions** 112:23
**occupational** 10:12,
17 13:17 29:14 30:3
34:13 81:20 185:2
**odd** 157:5
**odds** 26:3
**offhand** 205:17
**office** 14:18 18:13,
20 27:23 28:14
75:25 76:1 169:24
170:12,23
**office's** 169:25
**officer** 5:12
**officers** 76:14,22
77:1
**official** 108:2,6,19
109:1 118:21 204:1
**Ohio** 6:14,15,16
**older** 16:20
**Olympics** 107:23
**one-on-one** 53:2,16,
22
**one-to-one** 153:24

**ongoing** 25:21 35:9
**online** 15:6 25:3
110:21
**open** 64:12 163:18
**opens** 64:12,14
**operated** 127:16
**operations** 13:1
**operator** 83:10
**operators** 113:3
114:11
**opinion** 11:5,9
71:13
**opportunity** 136:22
157:22
**opposed** 83:14
**option** 83:15
**order** 20:11 21:13
42:4 43:21 62:9
67:19 68:2 84:19
193:6
**ordered** 155:3
**organ** 9:23
**organization** 28:4,7,
9,23 29:7,18,21,23
30:4 31:8,10,14,19,
20,25 32:2,3 101:12
107:15,17 110:5,7,
10
**organizations** 131:4
132:10 164:18
181:1
**original** 174:13
**Orlando** 88:16
**OSHA** 13:24 14:2
34:14,24 67:13
70:20 71:1 73:6
150:2,7,12,15,16
151:6,12,19,25
152:2 180:23 182:3,
9
**outdoor** 39:8,12
74:14
**outfit** 132:24 133:1
154:16 194:5
**outreach** 26:25
**outstanding** 8:18
**outward** 39:13
**over-the-ear** 201:13,
20,23 203:9
**owned** 15:11

**owns** 137:1

---

### P

**p.m** 204:24
**p.m.** 5:3 58:23,24
59:1 109:15,16,18
136:16,17,19
157:13,14,16
204:23,24 206:3,5
207:4,5
**package** 43:12,13
107:25 118:18,24
119:5 132:16
139:23 148:9 162:2,
4,11,23 163:8,14,
15,17 173:22 201:4
**packages** 52:8
**packaging** 118:22
161:8,9,15 197:22
**padding** 61:25
**pages** 89:25 90:7
205:4
**paid** 143:11,14
206:19
**pair** 43:9,16
**panel** 144:15 199:14
**paper** 74:12,16
76:16 80:1,11,13,24
81:2 86:10 94:18
96:12,17,19,24
97:7,24 99:1,3,24
100:4 101:5,15,17
102:25 103:1,19,20,
24 135:17 147:3,5,
9,14,25 148:18
155:18 186:15
**papers** 27:7,10
40:14 74:11 97:4
126:13 185:15
187:5
**paradigm** 182:23
**paragraph** 46:20
139:25
**parent** 21:20
**parentheses** 105:21
**parenthesis** 50:12
59:9 105:23
**Parrish** 195:7
**part** 9:23 10:13
13:21 14:3 22:21
49:4 54:21 58:19

61:21,24 62:1 102:4
129:4 140:13 142:4
161:10 170:1
186:22 187:2
**participate** 166:1
**participates** 105:3
**parties** 165:25
**parts** 61:20
**pass** 117:10
**passing** 84:10
**past** 141:3 169:23
**pasted** 148:16
**patent** 48:18
**patented** 17:2,11,14
18:7 48:11,16
**patents** 17:18,21,25
**pathology** 7:17
**patients** 155:11
**pay** 7:5,8 11:20
134:16
**pays** 12:3 104:23
105:3
**peak** 36:19,20 71:7
76:24,25 77:5 99:5
155:22 179:7,9
**peek** 156:15 158:8
**peer** 186:23 187:5
**peer-review** 186:22
187:2
**Pennsylvania**
14:19,21 132:24
133:21 195:9
**people** 10:17 11:6,9,
15,24 13:5 19:24
23:9 24:2,11 25:8
26:25 27:3,4,7,10,
11 29:4,5,6 30:1
33:9,11 34:6,23
36:25 39:18,24
40:3,4,10,19,20
41:10 42:4 44:4,12
49:5 50:22 52:11
53:21 55:9 63:13,25
64:3 65:9,17 66:18
85:9,16 86:8 96:2
97:13 98:4,12
100:24 102:4 104:1,
2,17 107:22 124:25
125:2 127:15
128:21 129:3,14,24
130:4,15 131:23
132:9 140:8,11,13,

24 146:12,22
147:11 148:5 152:9,
14 166:18 173:16
186:23 194:12
195:20,25

**people's** 63:24
194:15

**percent** 150:13
152:1 180:24

**percentage** 11:14,
18

**perfect** 68:23

**perform** 157:21
173:13

**performance** 49:11
159:16

**period** 23:25 34:25
71:3 135:1

**permanent** 38:7
68:12 69:1,16

**permanently** 10:7
33:17 37:9

**permissible** 71:5

**permitted** 71:1

**person** 19:9 38:1,20
41:13 43:10 46:21
48:13 57:24 64:4,6,
12 65:13 66:17
68:15 71:10 74:5
97:11,21,22,24 98:8
100:22 116:21
131:16 139:21
150:24 167:5
168:20 176:20,22

**person's** 37:9,16
38:15 46:15 61:16
67:19 130:19

**personal** 83:19

**personally** 75:18
155:10

**personnel** 10:11,12,
15,16 22:12 54:5
69:23 138:8,13
195:19

**persons** 164:24

**phased** 169:25

**Phd** 6:13,17 50:16
133:9

**phone** 64:4,22 67:10
123:5,9

**photograph** 160:22

**photographs** 92:7
124:8 148:12

**physicians** 29:9

**physics** 106:7 181:5

**picture** 64:4,11
124:4

**pictures** 124:18

**piece** 64:9 129:17,
18 148:17

**pieces** 60:19 155:7

**pilot** 69:12

**pistol** 112:1

**Pittsburgh** 14:19
18:14 76:1 195:9

**place** 49:14 111:25
130:23

**placement** 58:12

**places** 130:10,13

**plaintiff's** 205:7

**plaintiffs** 193:23

**play** 48:1,4 49:22
51:18 82:19 116:3
169:12 192:1

**played** 164:4
205:14,24

**playing** 51:21 59:17
116:19,25 117:23

**plug** 62:24 63:5,9
107:5 132:20,21
198:7 200:3 202:19

**plugs** 69:7 73:16,18
79:1 118:6,13
156:11 200:8

**point** 18:16 22:9
54:20 55:15 108:9
130:23 158:21
168:24 182:7 201:2

**pointers** 43:15

**policy** 25:20 26:3
83:11 98:3 151:16
170:2

**political** 168:23

**pool** 141:3

**population** 34:7
39:23

**portions** 92:11

**position** 26:11 27:9
101:15

**Possibly** 80:3,12

**potential** 77:8,14,19
78:4,7,8,12,16,25

79:7,9,16,18,20
90:23 131:14,16,23
156:1 175:1 202:24
204:5

**potentially** 36:22
47:16,20 53:11 69:6
130:4 150:4 158:15
160:2 172:10,12
178:2 200:19 204:7

**Powerpoint** 89:6,22
94:19 184:24 185:6
187:12

**PPE** 84:11 103:11

**practice** 14:16 91:19
156:12

**practices** 14:2 23:7
89:17 115:21

**precious** 33:12

**prefer** 117:7

**preparation** 55:20

**prepared** 86:18

**present** 89:22

**presentation** 114:23
115:2

**presented** 115:13
164:20

**president** 12:25
27:21,24 28:17
55:15 88:19 101:13

**pressure** 34:19
156:15 158:8
159:24 160:1

**presume** 104:2
174:20

**pretty** 146:20
198:23

**prevent** 14:6 28:11

**preventing** 8:8
81:20

**prevention** 13:22
14:10,16 23:6 26:20
27:1

**primarily** 27:9

**primary** 25:18 170:2

**principal** 133:3

**prior** 43:23 166:16

**priorities** 26:3

**private** 195:4,5

**problem** 10:19,25
11:1 124:3

**procedure** 139:1
189:1

**procedures** 189:11

**process** 11:23 70:4
98:6 139:10 142:19
186:22 187:2

**produce** 35:13
36:10,17 37:20 90:1
145:3 177:16,19
194:23

**produced** 50:3
110:4 116:6,11
125:8 136:10 174:5

**produces** 125:21
177:19

**product** 19:18,21,24
21:3 24:3,13 56:15
92:23 93:1,5,10,19
112:14,15 113:5
123:20 124:24
125:10 155:25
161:5 168:1 184:2
196:14

**production** 131:5

**products** 19:15
21:12 22:8 23:15,24
24:12 89:9,10
125:12 127:10
140:22,25 145:6
153:14,15 165:1
169:3,7 171:17
182:1 186:9 206:9

**professional** 13:1
27:18 31:10,20 76:4
103:14 164:17,18
200:10

**programs** 30:3

**prohibited** 169:2

**projects** 135:20

**prolific** 75:8,12

**promote** 32:4

**pronounced** 13:15
15:14

**proper** 45:1,14,23
62:13 183:21 199:5

**properly** 41:11,15
44:7 46:12 47:12,23
49:10 52:11 53:23
54:1,6 64:7 66:21,
25 74:2 95:11,12,20
131:15 145:24
146:1,4 153:19

158:25 183:10,16
**properness** 73:23
**proposal** 164:16
166:5
**propose** 166:19
**proposed** 98:9
163:21,23 164:4,8,
12 166:17 167:1
168:11 171:25
179:12 180:2
**proposing** 159:12,
20 166:21
**proprietary** 48:15
**protect** 34:7 54:24
71:9,14,17 84:8,19
87:10,16 94:20,25
96:4 100:11 113:6
129:14 130:5,19
131:17 151:1 171:8,
13 172:4,15 173:2
194:12 202:21,23
**protected** 68:2,7,10
84:14,15 90:18
152:10,14
**protecting** 24:12
84:9,21 117:13
185:24
**protection** 12:22
15:4 17:4,12 18:11
19:15 22:12,13,17,
21 23:16 33:22
40:23 42:5,9 43:11
46:22 48:13 49:19
53:2,16 54:6 55:7
57:21 58:13 70:7,8,
10,12,15 71:9,14,22
72:10,19 73:1,6
74:4,6 77:2,4,7,13
78:6 82:3 83:5,14
84:5,22 85:23
87:11,16,20,25
90:9,13,20 91:5,6,
15 94:20,25 95:7
96:3 98:1 99:4,15
100:7,11 102:14,15,
22 105:21,24 106:8,
10,11,14,25 107:1
108:15 109:7
113:16,22 114:8,13
115:24,25 116:1
117:20 118:6,12
119:4 120:13,19
128:19 129:9,13,21

130:18 131:17
132:7,12,18 134:7,
14,22,25 135:8,12
138:8,15,22 139:3,6
140:9 143:9,21
145:24 147:12,16
148:1 149:2,5,15
153:16,17,21
154:17 158:2,24,25
159:5,6,7,8,9,17,25
160:9 170:16
173:24 178:10,15
181:2 182:21
183:17,22,23 184:2
191:10 194:14
197:7,13,17,20
198:6 199:4 202:18
203:8 204:13
**protections** 69:9
**protective** 83:20
178:4
**protector** 12:21
47:23 117:18
131:10,11 144:25
145:1 149:12
150:10 151:9
156:14 157:21
158:6 159:16
178:18 191:10
198:6 202:19
**protectors** 13:6 18:5
20:1 22:14 23:19
24:4 40:25 41:11,15
46:1 47:10 52:4,12
63:23 68:8 72:24
73:23 85:17 130:13
131:14 143:23
148:9 149:1 151:20,
25 152:3 154:20
156:11 159:3
160:17 172:10
173:13,25 180:8
182:20 184:13
186:1 189:15,21
190:3,11 202:22
**protocol** 139:15,16
141:10,20 144:7
**protocols** 142:21
**proven** 145:2
**provide** 12:22 25:5
43:11 60:24 74:5
95:12,13,16 102:15,
20,21 106:13
115:25 119:19

126:2 128:20,24
129:8 152:21
153:17 182:21
183:11,17 194:3,21
195:14
**provided** 82:23 91:5
113:2 115:20
126:25 129:2,6
160:19 172:1
183:18 194:25
195:15
**providing** 46:21
106:25 117:12
127:4
**provisions** 164:6
**public** 129:2 171:8,
13 172:4,16 173:2
195:21
**publically** 21:17
**publication** 55:15
58:10 81:15,19
82:11 86:14 87:8
96:13 97:8,25 98:9
100:25 101:23
103:7 166:17
186:15,19
**publications** 82:9
110:8
**publish** 30:5,23 98:4
**published** 32:8,12
50:5 55:16 80:5
96:13,16,24 98:19
99:1,10 100:3
101:19 102:8 106:4
113:14 126:12
146:25 154:8,9
157:19 166:5 167:1
184:23 185:1,15
186:25 187:10
**publishes** 109:23
**publishing** 32:21
96:19 97:5
**pull** 63:1 67:9
**pulling** 62:4
**pulses** 179:9,10,11
**purchased** 15:22,25
49:14 137:2
**purpose** 25:10
60:22 67:22 77:6
125:25 144:22
145:5,11 147:8
153:13 177:21

**purposes** 41:6
140:21 143:21
177:20 182:10
**put** 30:19 42:18,20,
22 43:1 61:13 62:24
63:8 65:24 66:12
88:17,20 89:6
148:17 158:14,19
160:1 161:4 169:9
199:20,23
**puts** 117:8
**putting** 65:14

---

**Q**

**question** 10:23
18:23 19:2 60:8
67:21 70:23 76:7
83:12 91:1 94:22
95:4,23 127:7
128:16 143:1,7
148:13 149:20
152:14 172:14,24
173:7 179:1 196:6
200:6 203:13
**questions** 59:6 92:4
114:10 148:25
173:10 204:19
206:13,25 207:2
**Qui** 192:20,22
**quibble** 106:10
**quick** 35:10,11
**quickly** 117:22
**quiet** 66:14 170:4
200:5
**quote** 46:23,24,25

---

**R**

**R-U-D-Y-A-R-D**
104:11
**range** 29:3 35:21
36:9,16,18 37:15
38:23,24 67:5 70:19
82:4,18 83:10 84:17
85:10 87:19,25 96:5
113:3 114:11,14
159:13 160:1
197:11,14 199:9
200:11 201:19
**ranges** 36:13 74:14
81:21 87:4,9,15

100:12 113:21
127:16 130:5
**rank** 5:16
**rare** 112:22
**rated** 72:12,13 73:8
90:19 174:1
**rating** 72:19 73:3,
12,20,22 90:19
142:14 144:6,12,18,
23 145:4,9,13
146:8,20 147:11
148:4,6 149:3,14
150:9,19 153:6
161:12 164:5,22
171:16 180:21
**ratings** 147:16
181:2,8
**reach** 44:11 62:23,
25
**reached** 169:4
**reaching** 44:13
**read** 42:8 43:21
49:25 57:13 58:4,16
77:10 78:13 80:1,11
82:5 83:3 87:4,12
92:11 102:16
103:14,15 105:20,
25 129:5 136:7
140:5 143:24
148:24 149:7
155:19 156:2,16,21,
24 157:5,22 162:4,
7,10,14,19 165:3
169:21 183:9,13
188:20 199:12
**reader** 148:2
**reading** 76:8 136:11
158:3 186:18
**reads** 57:17 90:12
**Ready** 50:14 59:15
116:14
**real** 92:17 145:21
**reality** 199:19
**realized** 7:12
**reason** 25:15,19
26:9 53:20 80:23
92:3 107:5 120:12
138:18 145:12
149:13 151:11,24
159:1 183:25
196:16 201:22

**reasons** 25:18 26:6
53:19 105:15 141:6
178:13,14
**recall** 59:19 80:13
81:1,12 85:7 91:10,
22 98:11 103:6,15
114:12,16 121:23
122:2 123:3,12
124:18,22 127:4
135:19 175:12
**receive** 9:4,8
**received** 11:24
**receives** 68:15
158:24
**recently** 99:1
**recess** 58:24 109:16
136:17 157:14
204:24
**recognized** 8:18 9:1
11:7
**recognizing** 113:15
**recollection** 52:3
**recommend** 65:11,
18 86:8 87:24 99:3,
19,20,21 118:5
119:3 181:20
182:12 199:7,11
200:7,11
**recommendation**
77:12,15 80:14
83:11 87:8,18 91:5,
11,14 100:1 181:23
187:10
**recommendations**
14:1,16 77:4 80:24
95:6 99:2 130:17
**recommended** 74:9
90:14 94:25 113:16
129:13 149:1
156:10,14 158:1,7
**recommending** 96:3
99:13 100:6,11
113:20 131:4
132:11
**recommends** 73:6
109:6 118:12 150:7,
12
**record** 5:4 49:25
50:1 56:1 58:21,23
59:1,9 74:23
109:13,15,18
136:13,16,19
156:24 157:3,8,10,

13,16 184:17 201:5
204:21,23 205:1
206:1,3,5 207:4
**records** 196:3
**recover** 192:23
**recreational** 36:13,
15,18 95:9 101:16
114:9 156:12
**recruit** 13:5
**reduce** 99:2
**reducing** 77:6 87:3
**reduction** 72:19
73:12,20 76:24 77:5
90:19 142:14 144:6,
12,23 145:4,9
146:8,20 147:11,16
148:1,4,6 149:3,22
150:8,19 161:12
164:5,22 171:16
180:20 181:21
**refer** 92:8
**references** 205:2,3
**referencing** 124:4
201:6
**referred** 104:6
**referring** 78:12
184:22
**refers** 70:9
**refit** 142:25
**reflect** 150:3
**reflects** 119:17
**refresh** 52:2
**regard** 7:6 55:3 85:9
135:8 151:19
**register** 166:6 167:2
**registered** 17:22
**regular** 140:8,13,23
**regularly** 140:3
191:6
**regulate** 170:16
**regulating** 170:3
**regulation** 34:1
161:7 169:4,13
**regulations** 34:4,10
161:3 163:22
164:25 168:5,11
170:16,24 171:6,7,
12,21,22 172:1,4,15
173:1 179:13 180:2
194:14

**regulatory** 14:4
149:10
**reinforce** 58:14
**relabeled** 169:3
**relabeling** 169:4
**related** 115:24 165:1
**relating** 94:19
135:13,15
**relationship** 153:21,
23,24 155:15,21
196:24 197:2
**relative** 70:19
162:17
**relevance** 144:18
**relevant** 144:19
153:6,11,13,14
**reluctant** 105:13
**Rely** 147:15,25
**relying** 120:15
**remain** 170:6
**remarks** 60:2
**remember** 9:10
45:6,17 47:1 51:4,6,
18 53:6 60:12 70:16
80:18 88:8,10,24
89:3 96:19 97:12
99:8 101:22 112:10
113:10,18 114:4,6
121:2 135:18 147:2
158:3 167:14,18
182:7,19 184:13
186:18 203:18,21
**remembering** 76:19
137:9
**reminded** 89:13
**remotely** 18:19
**Renee** 165:11 167:6,
7,16
**repetitively** 177:20
**rephrase** 28:24
**replicate** 178:20
180:9
**report** 136:2,10,22
137:22 138:2,7
139:12,25 142:13
174:7,13 175:17
176:5,9 177:9 179:6
188:3
**reporter** 20:17 39:4
44:2 56:22,24 57:3
134:10,12 154:4
177:3,6 184:18

represent 119:23
136:9 179:13 180:3
206:8
representing
176:19,23
requested 82:15
194:23
requesting 176:20,
22
require 83:13 84:4
99:13,17,21 113:21
132:11 150:2
required 82:2 83:4,
6,17 84:12,18 85:22
86:4 95:16 96:4
149:24,25 164:21,
22,23 167:23
requirement 84:10
132:6 149:10
requirements 83:19
134:3,4
requires 140:20
141:21 146:4 148:8
160:16 178:1
requiring 99:13,17
rescinded 170:5
research 14:1,15
26:24 36:12 70:4
96:17 104:14,16,19,
24 105:3 166:15
researcher 75:8,12
researchers 36:12
reserve 206:12
207:1
respect 5:15 10:10,
15 22:16 23:15,18,
23 24:4 36:15 43:9
47:11 67:24 108:15
127:3 128:12,19
150:1 152:3 153:6
164:4 174:7 175:24
180:25 181:2
193:18
respected 185:20
respirators 22:14
respond 60:9
187:19
response 18:24
165:24 169:7
187:23

responsibilities 8:3
13:3 14:13 26:18
28:17,20
responsibility 170:2
responsible 8:9
24:3,11
Restate 172:24
restore 170:22
result 11:22 12:5
38:2 82:14 197:7
resulting 72:5
results 76:24 138:4
144:9,15 155:21,23
179:2 184:3,8
187:11,13,25 188:8,
11,12,21 189:6
190:20
resumes 206:3
retail 93:5 109:11
111:3 112:23 127:9,
12 130:11,16 131:1,
23 132:9
retest 167:25
retired 5:11 8:15
12:15 30:17 50:17
98:23 126:17,18
168:21
retreat 115:15
reusable 46:2
reverberate 39:14
reverse 183:15
review 24:25 25:3,6,
11 70:3 97:7,14,24
98:5 186:23,24
187:5,8
reviewed 25:9 97:21
100:25 186:19
revised 164:25
168:5,13 171:21,25
revisions 57:14
180:2
rifle 112:1
Riley 8:2
risk 38:15,25 77:8,
13,14,19 78:4,7,8,
12,16,19,25 79:8,9,
16,18,20 95:11
131:14,16,23
150:21 152:16
179:3 202:24 204:6
risks 95:15

Robert 186:7
Roberto 206:10
role 82:19 85:16,19
164:3 169:12 192:1
roles 103:10
roll 62:8
rolling 44:20 46:5
62:12
room 174:21
rotate 65:6
rough 20:11 21:13
routine 130:24
row 9:2,3
Rudger 104:8
Rudyard 104:7,12,
13,14
rule 73:5 164:8
166:17
rules 84:21
running 28:22
139:21

S

S12.42-2010 180:22
S3.19-1974 141:20
safe 67:20 83:18,22,
25 84:2,23 85:17
86:8 96:18
safety 13:18 14:2,15
22:8 34:13 49:15
83:19 84:21 88:3
95:8 109:22,25
110:3 116:4 117:10,
11,17 118:13 147:1
148:1 154:9 186:9
195:21,25 206:9
salespeople 126:2,
21,24,25 127:5,9,
11,12
Sambur 122:22
Sambursky 121:19
122:16 175:18
San 24:16 25:23
26:16 27:14,15
122:8 125:16
126:20
scale 10:19 62:17
70:25 72:2
school 5:25 7:11,14

Schultz 5:5,10 50:16
206:7,14
science 6:4,14
scope 23:17 41:4
Scott 154:7,10,16
155:18 156:9
157:18,25
script 59:23,25
seal 58:13 67:19,23
68:2 117:12,20
198:25
seconds 48:3 49:23
117:22
section 70:7
selected 140:1
sell 22:12 48:20
169:6
seller 145:14
selling 85:9,20 93:9,
17,22 94:8,23
124:19 127:15
130:16 131:1,24
169:3 194:9
sells 127:10
seminar 115:20
seminars 27:13 33:4
40:13 63:24 129:1,
4,12 130:24 194:11
195:16,18,25
send 7:4 134:25
138:17 176:13
186:20
sending 175:12
sense 33:13 193:9
sentence 10:14
separate 188:18
sequella 88:3
serve 25:10 28:7,21
served 8:12 140:3
service 11:17,19,22
12:1 128:21 191:23
192:3 193:18 197:6
services 11:19
serving 154:14
sessions 115:8
set 25:12
settled 192:12,17
share 127:1,5
194:12
shared 63:24 129:18

**shift** 6:23 170:1

**shock** 177:9,13

**shoes** 202:10

**shooing** 112:17
197:11

**shooter** 83:21,25
84:1 95:1 197:19

**Shooter's** 72:10
73:8

**shooters** 82:2 83:4,
14 84:5 85:22 87:9,
15 92:6,10,21 93:17
94:8,23 95:24 99:14
100:12 113:17,21
118:19,25 119:3
123:16 124:9 127:3
130:3,17 131:2,9,24
132:11 148:12
149:14 150:15
152:19 156:10
158:1 160:18
162:22 173:16
174:8 175:1,7
197:22 198:9 201:9
202:4,13 203:7

**shooting** 85:10
87:19,25 92:10,16,
21 94:24 95:24
107:14 108:2,7,16,
20 109:2,6,21
110:4,11 111:15,20,
22,24 112:1,2,3,12
113:2 116:5,6
118:2,11,20,21
119:2,3 127:16
131:2,9 132:17
152:19 156:13
173:17 197:23,25
198:10,15 199:9
200:11 201:10,12,
19 202:6,14 203:10,
21

**short** 47:25 59:4
116:4,10

**shortly** 81:14
101:23

**SHOT** 112:25 115:9

**shotgun** 112:1

**shots** 203:5

**show** 5:14 37:7 43:2
54:14 58:13 59:4,5
68:6 112:25 113:1,8
115:9,15 116:10

**showed** 69:15
174:20 184:11

**showing** 61:18
124:5 179:6

**shown** 53:1

**shows** 96:18 117:17
146:15 159:15
198:22

**side** 10:4 93:3
109:11 111:3
112:22,23 117:13
127:8,9,12,13,14
130:12,16 131:1
132:9,18 199:14

**sidebar** 106:17
144:21 147:19
162:13 178:24
179:22 180:14
186:11 204:10

**sign** 7:15

**significance** 83:5

**significant** 11:9,12
164:21 187:24

**significantly** 143:22
187:12 188:7,12,21

**silence** 119:25

**silencer** 119:18

**silencers** 119:13

**similar** 30:15 183:11
204:12

**simple** 35:8

**simply** 47:16 83:15,
22 183:6

**single** 38:6 74:7
115:25 156:14
158:6 159:11,25

**sir** 10:6 14:11,25
16:5 18:21 19:7
21:5,19 22:15,19,24
23:13 24:5 26:17
27:23 28:5 29:8,16
30:13 31:3,7,18
32:1,10,14,16,18,25
33:5,7 34:18,21
35:4,20 37:25 38:4
41:2 49:1,21 50:18
51:5 52:1 53:7,9
54:10 56:6 57:7,10,
15,23 58:5,7,17
64:18 71:12 72:21
73:13 75:23 76:5

**sister** 7:13 93:6

**site** 48:2

**situation** 200:17

**situational** 129:22

**situations** 47:3,9
129:25

**size** 54:17 55:4,7,9
57:19

**skill** 44:7 199:22

**skills** 41:14,19,23
42:3,7 44:9 51:25
52:3,7 146:4

**skin** 61:22

**skip** 164:1

**slide** 89:16 115:23

**slides** 92:2 114:7,19
115:20 195:15,17,
20

**slightly** 44:20
144:15

**small** 77:7

**snapshot** 114:3

**society** 28:13

**software** 48:11

**sold** 123:24 130:12
137:14,19

**Soldier** 96:13
113:15

**soldiers** 68:20,25
69:5,12,17 178:9

**Solely** 147:15,25

**solution** 198:7

**solutions** 87:2

**somebody's** 62:2
191:4

**someone's** 33:14

**Sonomax** 12:16,19
13:10,12

**sort** 7:19 14:6 18:19
48:10 61:20 62:1
95:7 113:6 137:16

**Sherry Stern.com**

77:11,17 78:22
79:3,6 81:18,23
82:21,24 83:2
85:12,15 96:23
98:17 107:9 120:8
122:10 127:17
130:1 138:5,16,19,
24 139:4,11 140:6,
15 176:2,4,25
206:11,21,23

**sorts** 25:3 31:22

**sound** 34:19 39:10,
12,14 55:2 67:23
69:6 155:8 156:15
158:8 159:24 160:1
199:20,24 200:4,25

**sounded** 66:13

**sounds** 58:14
142:10 149:20
156:1 157:5,20

**source** 22:4

**South** 192:6,20

**sparked** 7:19

**speak** 27:7,10 39:23
89:2,13 135:21
191:3

**speaker** 89:20

**speaking** 66:24 91:4

**specialist** 86:22

**specialty** 22:23

**specific** 25:5 86:2,5
144:7 151:8 167:22
179:1 181:20 182:6

**specifically** 38:22
41:8 80:17,21 91:20
98:12 103:12,15
132:1 134:2 150:11
160:17 167:24

**speech** 7:17 31:17
60:16 66:18,20
70:19,24

**speeches** 27:12

**spell** 104:10

**spend** 14:20

**spent** 40:20

**Sperian** 15:4,11,23,
25 16:1 18:12 80:8,
11,15,23 84:25
85:4,8,19,21 89:7,8
93:9,10,11 94:1,4,7,
8,13,23 123:24,25
124:18,20 137:1,5,
6,9,13,19 167:21
168:3

**split** 8:5

**spoke** 113:24
121:12 167:16

**spoken** 32:22 33:1
95:7 135:23 185:17

**sponsor** 104:22
105:12 203:16,20

sponsored 203:24
sponsors 104:19
sporting 130:11
sports 92:10,16,22
94:24 95:25 110:4,
12 111:15,22 112:3
113:2 116:6 118:2,
20 119:2 131:3,9
132:17 152:19
173:17 197:15,23
198:1,10,15 201:10,
12 202:6,14 203:10
Sr 17:19
stand 57:21 153:12
standard 6:22 71:1
139:14 142:22
143:16 144:4 153:1
172:8,11 176:17
177:11,25 189:7
190:22 191:1
standardized
180:18,20
standards 70:1
83:19 135:20
143:13 154:15
standby 140:1
stands 148:18
started 133:11
startup 12:20
state 5:8 6:14,15,16
83:24 170:3,15,18
stated 203:12
statement 58:6,18
84:1 90:15 102:18
106:5 155:18 156:4,
18 157:5 159:23
states 13:9 82:2
189:14 190:1
Station 26:1
stationed 7:25
step 199:18,19
200:5
steps 46:1,5 87:10
Steward 101:25
102:2
Stick 46:24 200:22
stimulate 170:24
stitched 60:19
stock 127:21,23
stop 117:1

store 130:11
straighten 63:1
straightens 62:5
strangers 140:12
street 140:12
Stress 58:12
strict 25:20 26:2
structures 9:25
students 140:2
studies 52:25 68:6,
13
study 68:18 184:11,
21,22 185:4 186:14
stumbled 60:16
styles 40:22
subject 142:22
187:22
subjective 190:11
subjects 139:22
141:4 178:1,3
187:15,19
subjects' 187:14,17
submit 98:9
submitted 97:8,25
subpoena 193:25
194:20,23
subpoenaed 193:20
194:2,16
subsequently 89:9
137:2 143:15
subset 115:19
subsidiaries 22:1
substance 167:17,
20
substantive 187:7
subtract 151:2
suburb 28:15
successor 137:6
sued 192:6,23
suggest 83:13
suggesting 165:15
181:7,13
suggestions 57:14
187:7
suit 196:18
summarizes 36:11
sums 72:20
supervisor 200:20
supplied 108:12

supplier 108:2,6,19
109:1 118:21 204:1
suppose 173:12
supposed 19:9
54:24 84:8 139:10
161:4,17 162:21
194:19,21
suppressor 119:17,
18,24 120:4,13,16
suppressors 119:11
surveillance 26:21
survey 36:9
SWAT 76:18 100:5
sweep 117:8
sworn 5:6
system 48:8,11

T

table 179:5
tagged 82:1
takes 60:13,15,20
200:24
taking 64:4 88:5
162:3,11
talk 16:9 21:6 27:17
38:22 42:13 44:5
46:8 48:4 50:24
61:14 64:2 65:1
75:21 81:3 89:14
94:22 107:11 121:9
122:18 123:14
130:15 139:13
144:16 160:11
163:20 164:2 174:3
184:20 191:12
197:21
talked 7:16,18 40:21
45:15 52:19 54:8
55:11 62:10 65:22
66:6 70:20 82:22
88:4 89:7 94:3,17,
19 95:10 96:2 120:6
121:15,17 122:3,23
123:15 131:13,20
150:25 160:15,17
178:7 182:19 184:6
188:7 199:23
200:16 201:8
talking 35:25 45:7
59:3 61:19 77:20
78:8 103:16 109:21

118:19 121:20
124:9,13 136:21
139:16 141:9
155:14 157:18
163:3 166:18
183:20 187:15
188:22 199:13
talks 78:3 79:8
90:17 95:15 157:25
tam 192:20,22
tandem 13:24
tape 56:7
target 12:22 156:12
197:19
task 189:3
taught 52:7 63:25
194:11 195:25
teach 19:24 26:25
29:25 49:4,6,10,14
50:22 63:21 195:25
200:14
teaching 60:1 63:24
64:6 93:4
team 14:9,13 23:11
25:2 26:24 76:18
92:1 100:5 107:14
108:2,7,12,14,16,20
109:2,6,22,23
111:20,24 112:12,
17 116:5 118:11,21
119:3 203:21
technical 34:23 35:7
technicians 30:1
technique 45:14
62:23 63:11,12,15
64:25
techniques 45:2,23
63:25
technology 165:1
telling 40:20 167:18
203:18,21
temples 117:17
temporary 68:12,25
69:13,15
ten 20:10 21:14 51:9
56:20,24
tenure 24:10
Teresa 50:16
term 9:13,14,16
162:18 192:21
terms 9:16 10:19
11:13 28:23 30:16

**52**:3 **70**:11

**test** **49**:16,17,18
**133**:20 **134**:6,17
**138**:8,14 **139**:2
**140**:8,24 **141**:22
**143**:11,15 **164**:21
**165**:1 **174**:24 **175**:6
**176**:20,22 **177**:10,
23 **178**:8,9 **179**:17,
19 **180**:9 **181**:10
**182**:1 **183**:18 **184**:1
**187**:15,17,19,20
**188**:16,17,18 **189**:1,
2,11,21 **190**:3,12
**196**:3

**tested** **68**:24 **149**:21
**152**:25 **175**:13
**186**:1,8

**tester** **141**:10 **186**:8
**190**:15,16

**tester's** **190**:13

**testers'** **187**:25
**190**:14

**testified** **5**:6 **94**:1
**164**:7 **165**:5 **167**:10,
12,15

**testify** **165**:7 **171**:20
**194**:16

**testimony** **54**:14,20
**167**:18

**testing** **23**:19 **30**:2
**48**:7 **50**:25 **124**:25
**134**:23 **135**:8,12
**138**:4,18,23 **139**:1,
6,8 **140**:14,22 **141**:7
**142**:19 **147**:13
**149**:12,24 **164**:6
**170**:17 **172**:9 **174**:8
**176**:7,14 **177**:20
**178**:3,17 **179**:16
**180**:8 **184**:12 **189**:1,
15 **190**:10 **191**:10
**193**:5 **194**:13,14,15

**tests** **31**:11 **134**:14

**Texas** **5**:20,22,24,25
**6**:5,11 **7**:12 **18**:15
**26**:1 **170**:15,18

**text** **90**:12 **92**:9
**148**:18

**textual** **164**:23

**then-very-new**
**147**:12

**theory** **54**:23

**Theresa** **5**:5,10

**thick** **117**:19

**thing** **16**:6 **55**:6
**57**:19 **86**:5,7 **112**:20
**113**:6 **198**:25
**202**:11

**things** **22**:13 **25**:3,4
**31**:22 **35**:18 **43**:25
**57**:17 **76**:11,19
**98**:4,14,19,25
**102**:12 **104**:22
**112**:22 **134**:7
**164**:15

**thinking** **68**:19
**147**:17,21

**Thomas** **30**:12

**thought** **85**:13
**137**:12 **182**:17
**200**:19

**threatened** **196**:17

**threshold** **6**:23
**67**:13 **187**:20 **189**:1,
7

**thresholds** **34**:5

**thumb** **73**:5 **74**:25
**90**:1

**thumbs** **187**:3

**tight** **62**:9

**time** **5**:3 **7**:7 **8**:1,6,23
**11**:19 **14**:21,22
**15**:10,19 **18**:14
**21**:12,13 **22**:10
**23**:4,20,25 **24**:7
**26**:4 **56**:12 **58**:22,25
**59**:21 **60**:3 **69**:12
**80**:4,7,9 **86**:25 **88**:9,
19 **91**:3 **93**:15 **94**:11
**97**:11,16,22 **99**:6
**100**:20 **101**:21
**103**:13 **107**:21
**108**:9 **109**:1,14,17
**111**:4 **115**:1,7,12
**119**:22 **135**:2
**136**:15,18 **137**:25
**142**:9,19 **147**:21
**157**:12,15 **159**:13,
20 **164**:2 **165**:10,11,
18 **167**:21,25 **175**:5
**183**:21 **186**:17
**194**:3,9 **204**:19,22
**206**:4,13,19 **207**:2,3

**times** **58**:15 **104**:3
**115**:10 **142**:11

**title** **6**:19,20 **81**:19,
22 **87**:2 **89**:16 **96**:17
**122**:11 **147**:14,15
**157**:19

**titled** **74**:13

**titling** **147**:25

**today** **60**:7 **69**:21
**163**:19 **170**:6

**Today's** **5**:2

**told** **37**:19 **116**:7
**138**:20 **168**:2
**171**:19 **178**:12
**200**:18 **203**:15

**tolerant** **36**:25

**tone** **66**:24 **187**:21
**189**:2

**tool** **48**:10 **145**:14

**top** **10**:5 **12**:8 **20**:4
**72**:15 **73**:4 **107**:3
**132**:20

**topic** **135**:13 **160**:12
**174**:4 **197**:21

**topics** **135**:15
**191**:13

**touch** **62**:16 **123**:5

**trade** **25**:8 **89**:8
**110**:13,15,23 **113**:1,
8 **115**:15 **129**:5
**164**:17,18

**traded** **21**:17

**trademark** **50**:19
**94**:15

**train** **13**:5 **127**:11

**trained** **127**:12
**138**:14

**training** **46**:22 **53**:2,
16 **58**:19 **60**:24
**61**:1,2,3 **64**:25 **77**:2
**103**:10 **107**:23
**113**:4 **126**:2,25
**127**:8,15 **130**:24

**trains** **29**:24

**transcript** **50**:11
**92**:8

**transfer** **170**:2

**transmission** **55**:2

**transposed** **166**:23

**travel** **14**:20 **27**:12,
16 **39**:10

**traveled** **33**:3

**trial** **206**:13 **207**:2

**troops** **8**:9

**trouble** **131**:7

**true** **32**:8 **53**:8 **84**:3
**106**:8 **153**:13
**183**:15

**trust** **16**:21 **141**:16,
20

**tube** **177**:9,13

**turn** **60**:6

**twelve** **56**:20,25

**twenty-teens** **59**:22

**twofold** **110**:11
**201**:23

**type** **35**:18 **108**:15
**117**:17

**types** **44**:21 **70**:12
**156**:1

---

**U**

**U.S.** **7**:23 **127**:20
**185**:25 **192**:5

**Uh-huh** **116**:15
**118**:1,4 **123**:19
**148**:20 **176**:8,10
**178**:11 **180**:5
**183**:14

**unclear** **179**:23

**unconditional**
**106**:13

**underestimate**
**158**:23

**understand** **5**:11
**7**:21 **9**:17 **29**:12
**39**:18 **40**:10 **58**:3,16
**65**:3 **77**:10 **78**:24
**84**:14 **94**:6 **107**:4
**140**:5 **143**:24 **148**:4
**149**:7 **161**:24 **164**:9
**178**:17 **182**:25
**183**:13 **186**:2
**192**:21 **206**:8

**understanding**
**39**:24 **76**:15 **78**:14
**138**:4 **140**:7 **155**:25
**174**:23 **179**:25
**191**:8

**understood** **10**:23
**40**:12

underway 83:1
unfunded 170:7
United 13:9 189:14
190:1
units 31:22
University 6:5,11,
15,16 7:11
unprotected 38:3,6
39:1 40:6
urban 129:25
USA 107:13 108:2,7,
19 109:1,6,21 116:5
118:11,20 119:2
203:21
USAF 50:17
user 144:11 146:7,
10 149:16 165:2
178:20 182:7
users 96:18 146:18

**V**

variability 184:14,16
187:22
variables 38:13
180:17
varies 11:19
verbiage 171:15
verify 49:11,19
Veripro 48:5,7
49:14,17,18 50:25
66:7 188:6,7,15,17,
20,25 189:3
version 57:7
versions 56:17 57:9
versus 71:7
veterans 11:20,23
12:3 197:5
vice 12:25
video 47:25 48:4,5
49:22 51:3,4,7,15,
21,24 52:16 59:4,5,
11,17,20,21,23
60:6,11,18,23 61:7
62:5,10,22 64:2
65:2 107:12 109:23
110:1,3 116:4,5,9,
11,12,19,25 117:23
118:14 163:25
206:1,3
videos 68:22

visits 49:6
voice 66:13,24
voices 67:6
volume 67:3 75:2
voluminous 90:2
voluntarily 28:1,2
206:22
volunteer 139:22
141:12,16 142:18
volunteers 140:2,24
177:22
vulnerable 40:5

**W**

walk 202:10,11
wall 9:9
walls 39:15
wanted 26:10,12
60:25 62:24 74:10
75:11,21 125:5
133:23 167:23
183:4
Washington 165:6
166:2 167:9 171:20
waves 39:10,12,14
weapon 160:5 203:4
weapon's 68:20
weaponry 36:1
weapons 76:25 77:2
wear 41:10,14 42:5
43:10,15,22 44:7
46:12 47:12,17
49:10 52:11 53:23
54:1,6 58:11 64:7
72:17 76:23 83:4,14
84:5,11,22 85:22
87:19,24 99:14
106:23 108:16
113:22 114:8 119:3
120:13 130:4 132:6,
12,16,19,21 145:23
146:1,11 156:10
158:1 197:15,17
198:16 201:10,12,
19,23 202:12,18
203:7
wearer 58:11 68:1
wearing 42:23 49:19
66:17,21,25 71:21
72:23 73:16,18,25
74:1 76:22 78:1,2

83:22 84:2 87:16
106:24 107:7
114:13 117:2,5,10
129:13 146:3
158:12,24 159:24
160:9 199:7 200:8
webpage 109:25
website 50:1,4,12,
13 51:22 59:10,18
109:23 118:14
164:12 165:24
169:19
weekend 111:21,24
112:2
weighted 99:6
weighting 150:20,22
well-fit 95:8 107:2
129:7 131:11 198:6,
20
Westminster 28:15
Westone 154:17
155:4
whatsoever 82:23
138:18
white 148:17
widely 102:8,9
wiggle 65:3,4
wiggling 65:2
William 74:13 98:16
101:25 103:25
Wise 5:10
Witt 126:11,12
165:10
word 41:21,23 83:6
words 51:24 72:18
76:3 77:24 115:13
134:16 140:11
142:9 150:14
161:22 180:6 188:2
189:9 190:13,15
202:24
wore 197:5,14
201:16
work 8:6,8 12:16
13:8,10,13,24 15:1,
4,7,17,21 23:14,18,
22 24:22,24 25:11,
20 26:10 27:13,15
47:18 69:11,12
75:24 76:1 93:2
94:1 97:14 109:10
112:21 124:20

139:10 147:6
154:25 159:3
166:15 169:9
170:19 175:25
195:3 196:14
worked 13:7,9 14:14
16:1 18:15,19 22:7,
16,20,21 23:1,9,12,
20,25 25:2 57:8
75:25 76:1 92:1
93:10 100:20 125:7
126:7,8 127:8
135:2,19 137:5
138:20
worker 46:23 150:4
200:20,21
workers 47:9,16
53:1,3,9,15 82:2
83:4,13 85:22 87:8
99:14 113:21
working 7:13 25:1
26:2,14 80:8 94:7
98:22 103:2 128:7
168:17,21 170:15
workplace 14:6 87:2
150:5
works 86:25 122:8
154:16 167:7
185:10 191:6
workshop 165:16
166:1,12,14,24
world 145:21
worn 42:9 95:20
105:22 143:23
write 27:7,10 30:23
40:13 59:23,24
writes 87:8
writing 25:7 45:17
47:1 53:6 57:5
70:16 99:8 147:2,8
198:4
written 36:8,11 60:2
75:8,12 154:7
165:25 171:23
172:15 173:1 174:7,
14 176:6 190:23
wrong 22:18 100:7
137:10,15 158:11
166:11
wrote 6:25 25:3 78:5
99:10,24 104:7
147:5,18,21

## Y

**y'all**  75:24 135:17
**year**  6:2 8:19 9:8,10
  12:5 51:8 88:6
  93:23 112:5 113:1,7
  165:13
**years**  7:24 8:4,13
  9:2 15:2,17,21
  17:15 22:20 23:1
  28:4 29:19 30:21
  32:12 39:16 41:10
  51:9 56:20,25 63:19
  68:19 99:12,25
  100:3 101:14
  113:11 134:23
  166:4,7,17 168:9,24
  181:21
**Yesterday**  174:18
**Youtube**  48:2 49:25
  50:5 60:25 61:4,5,8