In the United States District Court
Southern District of Texas
McAllen Division

| | |
|---|---|
| ROBERT "BOBBY" FLORES, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>HONEYWELL SAFETY PRODUCTS §<br>USA INC. and SHOOTING ACADEMY §<br>OF SOUTH TEXAS L.L.C. d/b/a POINT §<br>BLANK SPORTING GOODS, §<br>Defendants. §<br>§ | Civil Action No. 7:18-cv-00027 |

## ORDER OF DISMISSAL

On the 28th day of February 2023, came on to be considered the Joint Stipulation of Dismissal which the Court considers as a Motion to Dismiss of the Plaintiff, **ROBERT "BOBBY" FLORES** and Defendant, **HONEYWELL SAFETY PRODUCTS USA, INC.**, who appeared by and through their attorneys of record. The parties having informed the Court that this matter has been comprised and settled as to this defendant; and Plaintiff has stipulated that the cause be dismissed with prejudice because of the settlement, and the Defendant agreeing thereto, and all the parties agreeing to a judgment of taxable court costs against the party incurring same, and dismissal of said judgment thereafter, and it appearing to the Court that the dismissal with prejudice should be made as prayed, it is therefore,

**ORDERED, ADJUDGED** and **DECREED** that this cause, causes of action, claims, allegations, lawsuits and debts, known or unknown, asserted or that could have been asserted, be dismissed with prejudice as to Defendant, **HONEYWELL SAFETY PRODUCTS USA, INC.**, however named or misnamed, and its affiliates and insurers; that plaintiff take nothing against this defendant and his claims, causes, causes of action, allegations, lawsuits, debts and demands are dismissed against Defendant, **HONEYWELL SAFETY PRODUCTS USA, INC.**, however named or misnamed. It is further,

4

5

**ORDERED, ADJUDGED** and **DECREED** that taxable court costs are to be borne by the party incurring same.

DONE at McAllen, Texas, on February 28, 2023.

*Ricardo H. Hinojosa*
RICARDO HINOJOSA
UNITED STATES DISTRICT JUDGE